UNITED STATES  DISTRICT COURT
SOUTHERN DISTRICT OF NEW
YORK

**18 CV 12233**

SHEILA
ROBINSON

PLAINTIFF

VS
DEFENDANTS

     1.LARRY  PAGE
2.SERGEY  BRIN
3. MARK ZUCKERBERG
4.DAVID FILO
5. JERRY YANG
6.MAISSA MAYER
7.HANS VESTBERG
8. JEFF BEZIO
9.SATYA  NADELLA
10.BRAD  SMITH
11. GABRIEL WEINBERG
12.CEO (DOGPILE)
13.DEVIN WENG
14. PIERRE OMIDYAN
15. TIM ARMSTROMG
16.  BEN SILBERMAN
17. JOEY LEVIN
18.JOANE WISON
19.FRED WILSOM
20.AMY CHESHIRE
21. DAVE  WECHSLER
22. JASON APFEL
23. LLOYD PARKS
24. MICHAEL LOGAN
25.GRES MAFFEI
26.  JOHN MALONE
27. AJAY SINGH
28.LEX WEXNER
29.DAVID MCCONNELL
30.KIM KARDASHIAN WEST -ADDRESS UNKNOWN
31. KYLE KARDASHIAN
32. DOUGLAS MCMILLION
33. KANYE WEST

1

# TABLE OF CONTENTS

INTRODUCTION    4
CAUSE OF ACTION
JURISDICTION
VENUE
STANDING
PREDICATE ACTS  6
ON COUNT  I   7
ON COUNT  II   8
ON COUNT III    9
ON COUNT  IV  10
JURY DEMAND   10
VERIFICATION  11
RELIEF REQUESTED  ON COUNT I      12
RELIEF REQUESTED ON COUNT II      14
RELIEF  REQUESTED  ON COUNT III   16
RELIEF  REQUESTED ON COUNT  IV       18
CASE  STATEMENT  20
CASE STATEMENT  DETAILED -PREDICATE ACTS,CAUSE OF ACTION,  BY
PARAGRAPH  42
SUMMARRY OF DAMAGES   49
LIST OF EXHIBITS 50
TIME FRAME TO TRIAL  51
ADDRESSES OF DEFENDANTS
52 ....................................................................................................................
............................................................................................................................
......................

*MOTION FOR PERMANENT /PRELIMINARY /TEMPORARY / STALKING
INJUNCTION-**SEPARATE**

## Introduction

1.This is a complex RICO claim alledging violation of 18 USC 1962 (a)(b)(c)(d) brought by plaintiff against all named defendants arising from a complex widespread schemes to defraud plaintiff and plaintiffs brand company or companies and brand product lines in a pattern of predicate acts in violation of extortion under the hobbs act 1954 and RICO

2. The schemes were based on the defendants organizing as a organization and using their organization and business as a crimial enterprise to target, stalk,and defraud plaintiff and plaintiffs brand company and or companies          ...

### Jurisdiction and Venue

This court has subject matter jurisdiction over this action pursuant to 18 USC1964.Venue is proper in this judicial district pursuant to 18 USC1965(b) .

..............................................**Standing**

Plaintiff resides in New York since 1975,Plaintiff started ,named, formed companies in 1997,2013,2016,2018 in New York ,Plaintiffs 's company/ business was injured /damaged by named defendants by reason of RICO violation 1962(a)(b)(c)(d)  targeting plaintiffs companies in New York                 ............................ ...............................................
...............................................................**Statue Of Limitations**

Plaintiff did not discover the fact of  company /business was being intentionally targeted by the named  defendants  until 2015. The named defendants were suppose to be accredited , and reputable ,no warning from any goverment  or law agency or  news organization  notified- broadcasted  plaintiff or  other companies or buinesses that named defendants were operating a criminal pozzi like  enterprise intentionally diverting revenue from online companies causing financial loss to companies and bringing financial gain to themselves. Plaintiff had limited computer skills and  could not have discovered these facts despite its exercise of reasonable diligence

....................................................**Injuries /Damages**

1.Loss in profits and revenue as other brand companies

2.Corrective Advertising

3.Relocation  Cost

4.Unpaid/ royalaties

5. Reputation and Goodwill

6. **TOTAL DAMAGES  $  91.450,000,000 BILLION DOLLARS**                                                ........

.................................................................**Cause of Action**

1

1. RICO VIOLATIONS 1962 (a)(b)(c)(d)
2. common law trademark infridgement under the Lanham act 43 (a) 1125
3. Unfair trade practices under the laham act 43( a)1125
4. Cybersqatting  under the laham act 43 (a)1125
5. False designation of origin  under the laham act 43(a)1125
5. Cyberstalking /Stalking 2261(a) (b)
6. Extortion under the hobbs act 18 USC 1954
7. unfair competition under the laham act 43 (a) 1125
8. Racketeering activity / Predicate acts  1961 (5)

## PREDICATE  ACTS
1. CYBERSTALKING /STALKING - 2261A-B
2. COMPUTER FRAUD -  18 USC 1029 ,1030 (a)(7)
3. WIRE FRAUD - 18 USC 1343
4. MAIL FRAUD 18USC  1341
5. SCHEME TO DEFRAUD -18 USC 1346
6. EXTORTION  UNDER THE HOBBS ACT -18USC 1959
7. TRAFFICING IN COUNTERFEIT GOODS 18USC 2320
8. INTERFERENCE IN INTERSTATE AND FOREIGN COMMERCE 18 USC 1951 9. CYBERSQUATTING
10. EMBEZZLEMENT
11. MURDER FOR HIRE
12. BRIBERY 18 USC 201
13. RETALIATION -18USC1513
14.AIDING AND AIBETTING
15.RACKETEERING 1961
16.   ECONOMIC ESPIONAGE 18 USC 1831
17. HATE CRIME
18. DEPRIVIATION OF RIGHTS 18USC  241-242

1

# **COUNT   I**

..........................................Income Derived  from a pattern of Racketeering
Activity                                            ..                           or through the
collection of a unlawful dept:                      ...................................18
U.S.C. <u>1961</u> (5), <u>1962</u> (a)
.......................

1. The allegations of paragraph1 through 2 are documentary materials
incorporated herein by reference.

2.The allegations of paragraph 1 through 25 in plaintiffs Case Statement are
documentary materials incorporated herein by reference

3.The  <u>COUNT I</u>  is against all  defendants named  ,except and excluding
defendants of COUNT (c),(d)

4. At various times and places efendants received income from a pattern of
racketeering activity and/or through a collection of an unlawful dept,directly or
indirectly

5. During the past 10 years, all defendants did cooperate jointly and severally in
the commission of two(2) or more of the predicate acts itemized at 18 U.S.C.
1961 (1) in violation of 18 U.S.C.<u>1962</u> (a)

6.All defendants did commit two (2) or more of the offenses itemized above in a
manner which they calculated and premeditated intentionally to threaten
continuity,a continuing threat of their respective racketeering activities,in violation
of the RICO law 18 U.S.C.<u>1962</u> (a)

7.As a direct and proximate result of the count I defendant racketeering activities
and        violations of 18 U.S.C <u>1962</u>(a) plaintiff have been injured in their
business +property.                                   ....

WHEREFORE ,plaintiff request that this court enter    judgement   against the
count I defendant as follows (.SEE RELIEF  REQUESTED )   ...                .

1

# COUNT

**II** ....  **Acquisition and Maintenance of an interest in and  Control                                        an Enterprise Engaged in a Pattern of Racketeering Activity                      ..**
**18 U.S.C.1961(5) 1962 (b)**

1.The allegation of paragraphs  1----through-2----- are documentary materials incorporated here in by reference

2.The allegations of paragraph 1 through 25 in Plaintiffs Case Statement  are documentary materials incorporated herein by reference

3.This count is against all defendants ,except and excluding   COUNT 1962(c)(d) defendants

4 At various times and places all  named  defendants  enumerated in plaintiffs above documentary materials , did acquire and /or maintain ,directly or indirectly an interest in or  control of a RICO enterprise of individuals who were associated in fact and who did engage in ,and whose activities did affect,interstate and foreign commerce,all in violation of  18 U.S.C.1961,1962(b)

5.The count II defendants  have directly and indirectly acquired + maintained interests in and control of the enterprise through a pattern of racketeering activity

6.The racketeering activity listed above constitutes a pattern of racketeering activity pursuant            to 18 U.S.C. 1961(5)                           .

7. During the ten years,all  defendants did cooperate jointly and severally in the commission of two or more of the predicate acts itemized at 18 U.S.C. 1961 (1) in violation of 18 U.S.C. 1962(b)

8..All defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity,a continuing threat of their respective racketeering activities,in violation of  the RICO law18 U.S.C.1962(b)

9.As a direct and proximate result of the COUNT II defendants racketeering activities and violations of 18 U.S.C. 1962 (b) plaintiff have been injured in their business .

10. WHEREFORE -Plaintiff request that this court enter  judgement  against the COUNT II defendants as follows ( SEE RELIEF REQUESTED )

## .COUNT
...................................III

Conduct  and participation in a RICO Enterprise                         .........
through a Pattern of Racketeering Activity:                                    ..
18 U.S.C. 1961(5) 1962 (c)

1.The allegations of paragraphs1 through2  are documentary  materials incorporated     here in by reference.

2. The allegations of paragraph 1 through 25 in Plaintiffs Case Statement are documentary materials incorporated herein by reference

3 This  <u>COUNT III</u> is against all defendants

4  Named defendants is a  enterprise engaged in and whose activities affect interstate  and foreign  commerce. The count III defendants are employed by or associated with the enterprise.

5.The  <u>COUNT III</u> defendants agreed to and did and conduct and participate in the conduct of the enterprises affairs through a pattern of racketeering activity and for the unlawful purpose

6. At various times and places enumerated in plaintiffs documentary material,all defendants did associate with a RICO enterprise of individuals who were associated in fact and who engaged in ,and whose activities  did affect ,interstate and foreign commerce. All defendants did conduct and /or participate either directly or indirectly,in the conduct of the affairs of said RICO enterprise through a pattern of racketeering activity in                         violation of 18 U.S.C. <u>1961 (5),1962</u> (c)

7..During the ten years,all defendants did cooperate jointly and severally in the          ..commission of two or more of the predicate acts itemized at        18 U.S.C. 1961(1) in violation of 18 U.S.C. 1962 (c)

8.All defendants  did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten a continuity , a continuing …     ….......threat of their respective racketeering activities ,in violation of                         the RICO law 18 U.S.C. 1962 (c)

9 The <u>count III</u> defendants have directly and indirectly conducted  and participated in the conduct of the enterprises affairs through the pattern of racketeering and activity described above in violation of 18 U.S.C. <u>1962</u> (c)

10.. As a direct and proximate result of  the <u>count III</u> defendants racketeering activities and violations of 18 U.S.C. <u>1962</u> (c) plaintiff have been injured in their business.        …….

…..                         WHEREFORE -Plaintiff request that this court enter judgement  against the count III defendants as follows ( SEE X----------)

1

# COUNT IV

..... Conspiracy to Engage in a
... ..... ...........................pattern of Racketeering Activity :
.....................................18 U.S.C. 1961 (5) 1962
(d)                                                      .
1.The allegations of paragraph 1through 2 are documentary materials incorporated here in by reference
2.The allegations of paragraphs 1 through 25 in Plaintiffs Case Statement are documentary materials incorporated herein by reference.
2.This  COUNT IV  is against  all named defendants
3. At various times and places partially enumerated in plaintiffs documentary material all defendants conspired to receive  income derived,directly or indirectly from a pattern of racketeering activity ,or through collection of an unlawful debt in which such persons has participated   which is engaged in or the activities affect interstate or foreign commerce in violation of 18 USC 1962 (a) (d)
4..At various times and places partially enumerated in Plaintiffs documentary material, all defendants did conspire to acquire and maintain an interest in a RICO enterprise engaged in a pattern of racketeering,in violation of  18 U.S.C.1962 (b)(d)                                 5 At various times and places partially enumerated  in plaintiffs documentary material  all defendants did also conspire to conduct and participate  in said RICO enterprise  through a pattern of racketeering activity  in violation of  1962 (c) (d)
6.During the ten years,all defendants did cooperte jointly and severally in the commission of two (2) or more of the predicate acts itemized at 18 U.S.C. 1961 (1) in violation of 1962 (d)
7. All defendants did commit two (2) or more of the offenses itemized  above in a manner which they calculated and premeditated  intententionally to threaten a continuity ,a continuing threat of their respective racketeering activities,in violation of the RICO law 1962 (d)
8. As a direct and proximate result of the count IV defendants conspiracy,the overt acts taken in furtherance of that conspiracy ,and violation of 18 U.S.C. 1962 (d) plaintiff have been injured in their business and property in that                                                                         .
.....
WHEREFORE ,plaintiff requests that this court enter   judgement  against the COUNT IV defendants as follows ( SEE RELIEF  REQUESTED)
.... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PLAINTIFF DEMAND TRIAL BY JURY

1

# RELIEF REQUESTED

…....................WHEREFORE,pursuant to the staues at 18 U.C.C.1964(a))(c) Plaintiff requests judgment against all defendants as follows:

## ....<u>ON COUT ONE</u>

1.That this court liberally construe the RICO laws and thereby find that all defendants ,both jointly and severly,has received income derived from a pattern of racketeering activity or through a collection of an unlawful dept,used such income ,in acquisition or interests,or the establishment or operation of a enterprise engaged in,and whose activities did affect interstate and foreign commerce in violation of 1962(a)

2.That all defendants and all their directors,officers,employees,agents,servants and all other persons in active concert or in participation with them,be enjoined temporarily during pendency of this action ,and permantly thereafter,from aquiring or maintaining ,whether directly or indirectly,any interest or control of any RICO enterprise of persons,or of other individuals associated in fact,who are engaged in,orwhose activities do affect,interstate or foreign commerce.

3.That all defendants and all of their directors,officers,employees,agents,servants and all other persons in active concert or in participation with them ,be enjoined temporarily during pendency of this action,and permantly thereafter,from committing any more predicate acts in furtherance of of the RICO enterprise alledged in <u>COUNT ONE</u>

4.That all defendants be required to account for all gains,profits,and advantages derived from their several acts of racketeering in violation of 18 USC 1962(a).

5 That judgment be entered for plaintiff and against all defendants for plaintiffs actual damages,and for any gains,profits,or advantages attributable to all violations of18 USC1962 (a)

6.That all defendants pay to the plaintiff triple damages ,under authority of 18 USC 1964 (c)

7. That all plaintiffs pay to the plaintiff cost of the lawsuit incurred herein including ,but not limited to, all necessary research, private investigations,expert witnesses,travel expenses,all non judicial enforcement and all reasonable pro se fee's at $500 dollars @ 10 hours 6days per week ,.worked on at start of this action from 2015.,and other counsel fee's, detailed in summary of dammages list

8. A permanent injunction from all defendants frompromoting,advertising,soliciting, manufacturing,selling,or using any of as of /similar plaintiffs named companies brand name or company product lines in commerce.

9.That named defendants destroy any and all products manufactured and cloned ,similar,of plaintiffs companies brand identity.

10. That named defendants except defendants that have lived and resided in upstate new york prior to 2013 not ever relocate any,business or resident property in upstate New York where plaintiff lives resides and does business,or their property forfeits to plaintiff .

11..That named defendants except defendants that resided prior 2013 forfeit any property aquired in upstate new york to plaintiff.

1

12.That named search engine  defendants remove all named  cyber   squatted and infridging  domains from their computer servers  permantly.

13. That all domain registras  cancel   all of  the  cyber squatted  infridging domains of plaintiffs company's and companies product lines  identity..

14..That all search engine defendants remove the search pages created of plaintiffs  company identities,product line identities  from their computer servers permantly

15.That  search engine defendants cease and decease,  solicting any marketing,sells,advertising, affiliation, of any of plaintiffs companies, or plaintiffs companies product lines  permantly, and remove the hundreds to thousands to millions of other businesses  from their computer servers in  the online search for plaintiffs companies permantly.  .

16.  That named defendants disclose any shell companies ,business interest,investments  ,of  similar,cloned names of  plaintiffs companies brand names,or product lines and forfeit it to the plaintiff.

17.  That all named defendants be banned from buying any stock in plaintiffs public companies or possible public companies,or investing in any of plaintiffs companies.                                18. That all named defendants pay relocation costs of  plaintiffs business/home.                                19. That all defendants pay the cost of loss profits and revenue/ unpaid rolayaties/in injunction relief /and other costs detailed in-list of  summary of damages

20.That all  the trademarks  registered  by defendants as of /and /of of plaintiffs companies brand identities and product line identities be canceled.

21.  That all defendants pay the cost of manufacturing and corrective nationwide advertising  relaunching costs of  plaintiffs companies brands and product lines to the original designation of origin

22. A permanent injunction to all defendants from contacting  any of plaintiffs manufacturers and suppliers or interfering with interstate or foreign commerce to any of plaintiffs companies or companies product lines

23. A  EX PARTE SEIZURE. That HOMELAND SECURITY enforce the intellectual property rights of plaintiffs companies ; GORGEOUS JEANS INTERNATIONAL TM ,INSIDE LIMOS CLOTHING TM,HERE-DEAR INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM ,CHUONG OO CHOOSE INTERNATIONAL TM, that consits of product lines;STREETCLOTHES INCLUDING DENIM JEANS ANDT-SHIRTS,FOOTWEAR,FRAGRANCES,COSMETICS,FOODPRODUCTS,MAGAZ INES,SWIMWEAR INCLUDINGBOARDSHORTS,BEER,LIQUOR AND WINES,BEVERAGES,JEWELRY INCLUDING WATCHES,CERTAIN STAIONERY PRODUCTS,CERTAIN TOY PRODUCTS,BIKES,that could generate plaintiff and plaintiffs companies $billions to $trillions of dollars.. (SEE EXPERT WITNESSES AND  DISPOSITIONS  )

## ON COUNT TWO

**......1.**That this court liberally construe the RICO laws and thereby find that all defendants both jointly and severly ,have aquired and maintained ,both directly and indirectly,an interest in and/or control of a RICO enterprise of persons and of other individuals who  were associated in fact,all of whom engaged in ,and whose activities did affect ,interstate and foreign commerce in violation of 18 U.S.C.1962 (b)(prohibited activities)

2.That all defendants and all of their directors,officers,employees,agents,servants and all other persons in active concert or in participation with them,be enjoined temporarily during pendency of this action ,and permanently there after,from acquiring or maintaining whether directly or indirectly, any interests in or control of any RICO enterprise of persons,or other individuals ,associated in fact,who are engaged in ,or whose activities do affect ,interstate or foreign commerce.

3.That all defendants  and all their directors,officers,employees,agents,servants and all other persons in active concert  or in participation with them ,be enjoined temporaily during pendency of this action, and permanently  thereafter, from committing any more predicate acts in furtherance  of the RICO enterprise alledge in COUNT TWO

4That all  defendants  be required to account for all gains,profits,and advantages derived from their several acts of racketeering activity in violation of 18U.S.C.1962(b)

5.That  judgement be entered for plaintiff  and against all defendants  for plaintiffs actual damages,and for any gains,profits, or advantages,attributable  to all violations of 18 U.S.C. 1962 (b)

6. That all defendants pay to plaintiff   triple damages under authority of 18U.S.C.1964 (c)

7.That all  defendants  pay to plaintiff   costs of the lawsuit, incurred herein including but not limited to all necessary research,investigations,experts,all non judicial enforement and all reasonable pro se fee's at $500 per hour at 10 hours per day since 2015-2018 ,detailed in summary of dammages list

8.A permanent injunction from all defendants from promoting ,advertising ,soliciting,  manufacturing ,selling,or using any of/as of /similar of /cloned as  plaintiffs named companies brand name or company product lines in commerce

9.That named defendants destroy any and all products manufactured  and cloned, similar,of plaintiffs companies brand identity

10.That named defendants except defendants that have lived and resided in upstate new york prior to 2013 not ever relocate any business or residential property in upstate new  york where plaintiff lives and resides and does business ,or their property forfeits to plaintiff.

11. That named defendants  except defendants that resided prior 2013 forfeit any property aquired in upstate new york to plaintiff

12.That named  search engine defendants remove all named cyber squatted and infridging  domains  from their computer servers

1

13 That all named domain registra's cancel all of the cyber squatted infridging domains of plaintiffs company's and companies product lines  identity

14. That all named search engine defendants remove the search pages created of plaintiffs company identities ,product line identities  from their computer servers  permantly

15.That search engine defendants cease and decease ,soliciting any marketing,sells advertising,affiliation,of any of plaintiffs companies,or plaintiffs companies product lines permantly,and remove the hundres to thousands to millions of businesses  of other businesses from their computer servers in the online search for plaintiffs companies product lines  permantly,and remove the hundreds to thousands to millions of other businesses from their computer servers  in the  online search for plaintiffs companies permantly.

16. That named ,defendants disclose any shell companies ,business interests ,investments,of similar,cloned names of plaintiffs companies brand names,or product lines and forfeit to the
plaintiff
,                                    17. That all defendants be  banned from buying stocks from any of plaintiffs public companies investing  in plaintiffs possible public companies.                                    18. That all named defendants pay  plaintiffs relocation costs of plaintiffs business/home ..

19.That all defendants pay the cost of loss profits and revenue /unpaid royalaties/in junction relief /and other costs detailed in list of summary of damages.

20.That all the trademarks registered by defendants as of/and /of of plaintiffs companies brand identities and product line identities be canceled.

21.That all defendants pay the cost of manufacturing and corrective nationwide advertising relaunching costs of plaintiffs companies brands and  product lines to the original designation of origin.

22. A  permanent injunction to all defendants from contacting any of plaintiffs manufacturers or suppliers or interfering with interstate or foreign commerce to any of plaintiffs companies or  companies product lines.

23.  A EX PARTE SEIZURE. That HOMELAND SECURITY enforce the intellectual property rights of plaintiffs  companies; GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE-DEAR INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM,CHUONG OO CHOOSE INTERNATIONAL TM,that consists of product lines ;STREETCLOTHES-INCLUDING DENIM JEANS AND T-SHIRTS,FOOTWEAR,FRAGRANCES,COSMETICS,FOOD PRODUCTS,MAGAZINES,SWIMWEARINCLUDING BOARD SHORTS,BEER,LIQUOR AND WINES,BEVARAGES,JEWELRY INCLUDING WATCHES,CERTAIN STATIONERY PRODUCTS,CERTAIN TOY PRODUCTS,BIKES,that could generate plaintiff and plaintiffs companies $billions to $trillions of dollars ( SEE EXPERT WITNESS AND DISPOSITIONS )

# ON  COUNT THREE

1. That this court liberally construe the RICO laws and thereby find that all defendants have associated with a RICO enterprise of personsand of other individuals who were associated in fact ,all of whom did engage in ,and whose activities did affect, interstate and foreign commerce in violation of the RICO law at 18 U.S.C. 1962 (c)

2.That this court liberally construe the RICO law and thereby find that all defendants have conducted and / or participated ,directly or indirectly ,in the affairs of sad RICO enterprises through a pattern of racketeering activity in violation ot the RICO laws at 18 U.S.C. 1961 (5) ( pattern defined ) and 1962 (c)

3.That all defendants and all their directors ,officers,employees,agents,servants and all other persons in active concert or in participation with them be enjoined temporarily during pendency of this action ,and permantly thereafter,from conducting or participating either directly or indirectly from committing any more predicate acts in furtherance of the RICO enterprise alledged in <u>COUNT THREE</u>

4. That all defendants be required to account for all gains,profits,and advantages derived from their several acts acts of racketeering in violation of 18U.S.C 1962 (c)                              5. That judgement be entered for plaintiff and all against defendants for plaintiffs actual damages,and for any gains,profits,or advantages attributable to all violations of 18 U.S.C. 1962 (c)

6. That all defendants pay to plaintiff triple damages under authority of 18 U.S.C. 1964 (c)

7. That all defendants pay to the plaintiff cost of the lawsuit incurred herein including,but not limited to ,all necessary research ,private investigations,expert witnesses,travel expenses,all judicial and non judicial enfocement ,and all reasonable pro se fee's at $500 per hour @10 hours 6 days per week ,from 2015-2018 and other counsel fee's detailed in list of summary of damages

8..A permanent injunction from all defendants from manufacturing,selling,or using any of plaintiffs companies brand name,or companies brand product lines in commerce .

9.. That named defendants destroy any and all products manufactured and cloned,similar of plaintiffs company brands or company brand product lines.

10.That named defendants except defendants that have lived and resided in upstate new york prior to 2013 not ever relocate any business or residential property in upstate new york where plaintiff lives resides and does business or their property forfeits to plaintiff.

11.That named defendants except defendants that resided prior to 2013 forfeit any property aquired in upstate new york. to plaintiff.

12.That named search engine defendants remove all cyber squatted and infridging domains from their computer servers permantly. .

13.That all domain registras cancel all of the cyber squatted domains and named cyber squatted and infridging domains of plaintiffs companies identity,and product line identity .

14. That all search engine defendants remove the search pages created of plaintiffs companies identities ,and companies product lines identities. From their computer servers permantly.

15That search engine defendants cease and decease , solictiting any marketing ,sells,advertising,affiliation,of any of plaintiffs companies,or plaintiffs companies product lines and remove the hundreds to thousands to millions of other businesses from their computer servers in the online search for plaintiffs companies  permantly

16.That all named defendants disclose any shell companies,business interest,investments of,similar,cloned names of plaintiffs companies brands,or companies brands product  lines.and forfeit it to plaintiff

17. That all named defendants be banned from buying any stocks in plaintiffs public companies or possible public companies or  investing in any of plaintiffs companies.

18.  That all named defendants pay relocation costs of plaintiffs business/home

19.That all named defendants pay the cost of lost  profits and  revenue /unpaid royalaties /in junction relief /and other costs detailed in summary of damages list s.                                                              20. That  all the trademarks registered  of plaintiffs companies brands identities and companies product lines identities  by named defendants and /or others  be canceled.

21. That all defendants pay the costs of  manufacturing and corrective nationwide advertising costs and relaunching  of plaintiffs company brands and companies product line. To the original designation of origin..

22. A permanent injunction to all named defendants from contacting  any of plaintiffs manufactures and suppliers or interfering with interstate or foreign commerce to any of plaintiffs company brands or companies brand product lines..                                          23.  A EX PARTE SEIZURE .That HOMELAND SECURITY enforce the intellectual property rights of  plaintiffs companies ;GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE-DEAR INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM, CHUONG OO CHOOSE INTERNATIONAL TM;, that consists of product lines; STREETCLOTHES INCLUDING DENIM JEANS AND T-SHIRTS ,FOOTWEAR,FRAGRANCES,COSMETICS,FOOD PRODUCTS,MAGAZINES,SWIMWEAR INCLUDING BOARDSHORTS ,BEER,LIQUOR AND WINES,BEVERAGES,JEWELRY INCLUDING WATCHES,CERTAIN STATIONERY PRODUCTS ,CERTAIN TOY PRODUCTS,BIKES BRANDS , that could generate plaintiff billions to trillions of $dollars in revenue. (SEE EXPERT WITNESSES   AND DISPOSTION )

# ON COUNT IV

1.That this court liberally construe  the RICO laws and thereby  find that all defendants  have conspired to receive income derived ,directly or indirectly  from a pattern of racketeering activity and/o directly or  indrectly in  the  collection of an unlawful dept , participated,associated with enterprise and or used or invest ,directly or indirectly any part of such income ,in acquisition of any interests in ,or the establishment or operation of any enterprise which is engaged in and ,or of  the activities that  affect interstate or foreign commerce in violation of      18 u.s.c. 1961(5),1962(a)(b)(c) (d)

2. That this court liberally constue the RICO laws and thereby find that all defendants have conspired to acquire and maintain an interest in ,and or conspired to acquire and maintain control of a RICO enterprise engaged in a pattern of racketeering activity in violation of 18 U.S.C. 1961(5)1962 (b) (d).

3.That all defendants and all their directors,officers,employees,agents,servants and all other persons in active concert or in participation with them ,be enjoined temporarily during pendency  of this action , and permantly thereafter,from conspiring to acquire,benefit, or maintain an interest  in,or control of,any RICO enterprise that engages in a pattern of racketeering activity in violation of 18U.S.C. 1961 (5), 1962  (d)

4.That all defendants  and all their directors ,officers,employees,agents,servants and all other persons  in actiive  concert or in participation  with them ,be enjoined temporarily  during pendency of this action ,and permantly thereafter, from conspiring to  committing,or committing  any more  predicate acts in furtherance of the RICO enterprise alledged in <u>COUNT ONE</u>,<u>COUNT II</u> ,<u>COUNT III</u>,<u>COUNT IV</u>

5. That all defendants be reqiured to account for all gains,profits,and advantages derived from their several acts of racketeering in violation of 18 U.S.C. 1962 (d)

6. That judgement be entered for plaintiff  and against all defendants for plaintiffs actual damages,and for any gains,profits,or advantages attributtable to all violations of 18 U.S.C 1962 (d)

7. That all defendants pay to plaintiff triple damages,under authority of 18 U.S.C. 1964 (c),for any gains,profits,or advantages attributtable to all vilolations of 18 U.S.C.1962 (d)

8.That all defendants  pay to plaintiff cost of the lawsuit incurred herein including but not limited to ,all necessary research,private investigations,expert witnesses,travel expenses,all non judicial enforcement and all reasonable pro se fee's at $500 per hour @10 hours 6 days per week, 2015-2018,and other counsel fee's as listed in summary of damages.

9.A permanent injunction from all defendants from manufacturing ,selling,or using any of plaintiffs named companies brand name or product lines in commerce.                                  10. That named defendants destroy  any and all  products manufactured and cloned ,similar of plaintiffs companies brand identity.                                  11.That named defendants except defendants that have lived and resided in upstate new york prior to 2013 not ever relocate any business or resident property in upstate new york where plaintiff lives resides and does business ,or their property forfeits to

1

..........................VERIFICATION

**I ,SHEILA ROBINSON ,Am  a plaintiff in the above action . I have read the foregoing and know the contents therefore. The same is true of my own knowledge ,as to those said alledged on**

**investigation ,evidence,information and belief as to those matters,I believe to be true. I declare under penalty of perjury that the foregoing is true and correct and this declaration was executed in Albany New York 12202.**

**DATED :** 12/26/2018

Sheila Robinson

...............................   ...............................

...............................   **X**

25 SECOND AVENUE
Albany New, York 12206

1

plaintiff.

12. That named defendants except named defendants that resided prior to 2013 forfeit any property acquired in upstate new york. To plaintiff.

13. That named search engine defendants remove all named cybersquatted infridging domains from their computer servers.

14. That all domain registra defendants cancel all of the cyber squatted infridging domains of plaintiffs companies and companies product line identity.

15. That all search engine defendants remove the search pages created of plaintiffs companies identities,product line identities from their computer servers permantly.

16.That search engine defendants cease and decease ,promoting,soliciting any marketing,sells,advertising,affiliation ,of any of plaintiffs companies ,or plaintiffs companies product lines permantly,and remove the hundreds to thousands to millions of other businesses from their computer servers in the online search for plaintiffs companies permantly.

17. That named defendants disclose any shell companies ,business interest ,investments,of similar,cloned names of plaintiffs companies brand names,or product lines and forfeit it to the plaintiff.

18.That all defendants be banned from buying any stock in plaintiffs public companies or possible public companies ,or investing in any of plaintiffs companies.

19. That all defendants pay the relocation costs of plaintiffs business/home.

20. That all defendants the cost of loss profits and revenue /un paid royalaties /in junction relief/and other costs in detailed list in summary of damages

21. That all defendants registered trademarks cloned / as of /and /of plaintiffs companies and companies product lines be canceled.

22. That all defendants pay the cost of manufacturing and corrective nation wide advertising relaunching costs of plaintiffs companies brands and product lines to the original designation of origin.

23. A permanent injunction to all defendants from contacting any of plaintiffs manufacturers and suppliers or interfering with interstate or foreign commerce to any of plaintiffs companies or companies product lines.

24. A EX PARTE SEIZURE. That HOMELAND SECURITY enforce the intellectual property rights of plaintiffs companies;GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE -DEAR INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM,CHUONG OO CHOOSE INTERNATIONAL TM,that consists of product lines;STREETCLOTHES INCLUDING DENIM JEANS AND T-SHIRTS,FOOTWEAR,FRAGRANCES,COSMETICS,FOOD PRODUCTS,MAGAZINES,SWIMWEAR INCLUDING BOARD SHORTS,BEER,LIQUOR AND WINES,JEWELRY INCLUDING WATCHES,CERTAIN STATIONERY PRODUCTS,CERTAIN TOY PRODUCTS,BIKES,that could generate plaintiff and plaintiffs companies $billions to $trillions of dollars. (SEE EXPERT WITNESSES AND DISPOSITIONS )

## CASE STATEMENT  INTRODUCTION

Plaintiff is a native New Yorker  moving to New York in 1975,from Conniecut at 11 years old. Plaintiff  worked at age 18  from 1982-1998 ,in  Hauppauge New York,Deer Park New York ,Farmindale New York Melville New York manufacturing assorted products in many factories including toys,apparel,cosmetics, including Cosmetic Giants DELL LABS and ESTTEE LAUDER. Plaintiff  then in 1997 in Mastic New york   started,named and formed as a sole proprieter  brand name  company business  GORGEOUS JEANS INTERNATIONAL TM Plaintiff filed  a  DBA business certificate ,and formed  full brand  name product line of streetclothes,cosmetics,fragrances magazines,footwear,swimwear food products UNDERLINE SEE EXHIBITS E1,E2,and then forming  online matching domain  brand  name  in 1998www.gorgeousjeans.com.Plaintiff formed the company in the dot com boom ERA , to generate millions of dollars in profit  and advertised  nationwide 24/7 the online website www.gorgeousjeans.com  plans to go public  ,and  full product line of street clothes ,cosmetics ,magazines ,fragrances,footwear,swimwear,food products SEE EXHIBITS-E3  in which plaintiffs product line is essential  to gain stockholders attention,with a   continued nation wide 24/7 online website ad with the going public ? QUESTION MARK,and to make huge profits as other brand name companies, Plaintiff has maintained a online nation wide advertisement to go public  since  1998-2018 and continuing  in  which the internet is the platform where start -ups  make profit -some millions of dollars and  then going  public. Plaintiff is the  first to start and form the gorgeous brand  product line with the 1997  formation of GORGEOUS JEANSINTERNATIONAL TM which is the intellectual property rights of plaintiffs,who is entitled to exclusive  rights and exclusive use. GORGEOUS JEANS INTERNATIONAL TM is plaintiffs  brand trademark in which plaintiff has used the TM after the name in each and every use in online nationwide  advetisements since 1998 and on products since 1997 informing  the public of plaintiffs  company brand name trademark and plans to go piublic. .Plaintiffs brand name was formed with  3 generic words and as other brand names that were formed with generic wording as their brand and not in use by anyone such as PLAYBOY ,HUSTLER ,KENTUCKY FRIED CHICKEN ,BURGER KING ,Plaintiff advertised  24 /7 nationwide online plans to go public in which millions have seen the only gorgeous product line with plans to go public and automatically  obtaining common law trademark  rights in 2003 after  5 years of forming  and upon information and belief obtaining famous trademark rights as other brand companies in 2003-2018  SEE EXHIBITS-E4- with nation wide online ads at website www.gorgeousjeans.com 24/7 with plans to go public.aintiff also started and formed  2 other companies in 2013 ,INSIDE LIMOS CLOTHING TM SEE EXHIBITS-E5, AND HERE -DEAR SEE EXHIBITS E6,,then a 3rd company in 2016  FRANKIE SALLY INTERNATIONAL TM  SEE EXHIBITS E7 with full product lines, and   forming and  registering matching domain names  of the  High quality brand companies.Named defendants conspired and engaged in multiple  unfair trade practices,that include false designation of origin,common law trademark infridgement, multiple redicate

1

acts,economical espionage in the misappropriation of plaintiffs trade secrets,and one or more of the defendants conspired harm to plaintiff in a scheme to defraud plaintiff and plaintiffs company or companies in  violation of extortion under the hobbs act and in violation of RICO. Plaintiff has been injuried , named companies injured in   loss revenue and profit as other brand companies, damages in corrective advertising,business goodwill and reputation damaged .Defendants did commit 2 or more predicate offenses in a manner in which they calculated and premeditated intentionally ,and intentionally to threaten continuity of wide spread  racketeering activity  which affect interstate and foreign  commerce. ………………….

…………………………………………………………………………...................................……

……………………………………………………………………………………....................

……

………………..       ……………..          …………..    ……    ……..  ...

……………..     ………………..          …………  …...    .    ………

…         ……          ..                                     **1**.upon information and belief and

……..

evidence # defendants 1,2,3,4,5,6,7,9,10,11,12,15,17  are the Ceo's and ex Ceo's  of the enterprises    yahoo, msn, google, bing, go duck go ,ask,aol,ask, SEE EXHIBITS -E8,  are  college educated computer programmers with o experience in manufacturing or brand product ownership prior to plaintiffs. SEE DISPOSITION DS1 Plaintiff formed company GORGEOUS JEANS INTERNATIONAL TM, and online company www.gorgeousjeans.com  before defendants  became search engines in which defendants bought  out previous search engine providers SEE EXHIBIT E9. Defendants and named co-defendants in as early  as 2004, and continuing,in which one of more conspired harm to plaintiff, targeted,cyberstalked , plaintiffs online website ,seen the profits that plaintiff could profit as other brand name companies, plus even huger profits by taking business public as plaintiff had   advertised nationwide 24/7 to do since forming  GORGEOUS JEANS INTERNATIONAL TM .Plaintiff discovered in 2015 in  as early as 2004 and continuing  that defendants where an organized group that had formed together to take plaintiffs company ,acting in concert and using their business as a criminal enterprise,  their  computer, computer servers ,internet as a access device. www.gorgeousjeans.com  SEE EXHIBITS E10 SEE DISPOSITION DS2. Defendants used  emails to conceal the fact that they were  actually  intentionally interfering with traffic and commerce to plaintiffs website by emailing plaintiff  as trusted helpful accredited search engine providers of dot com businesses to get traffic more by plaintiff injecting company domain into their blast engines. SEE EXHIBITS -E11----SEE DEPOSITION DS3.. Defendants  were actually soliciting ,selling ,and collecting profits from thousands to millions of other businesses   knowingly and intentionally diverting  online traffic and sales  away from  plaintiffs online website ,and then   emailing plaintiff  to continually  inject their  domain name in their search engine blasts to get more traffic to business as helpful accredited search engine providers,SEE ONLINE EVIDENCE, SEE DISCOVERY----D1---- to conceal that they were actually  intentionally diverting online traffic of

hundreds to thousands to millions of plaintiffs online traffic away from plaintiffs online website towards other companies businesses including competitors of plaintiffs company SEE DIRECT ONLINE EVIDENCE SEE EXHIBITS E12.SEE DEPOSITION DS4 Defendants used their business as a criminal enterprise, and used their computer servers as a access device to than inject the thousands to millions of their solicited businesses that was collected as income and profit even removing plaintiffs name from the search of plaintiffs own online company,in unfair trade practices, using their computer servers. SEE EXHIBIT E13. Defendants used their computer servers as a access device to interfere with internet commerce, and collected income derived from a pattern of racketeering activity in computer fraud 18 usc 1029-1030, wire fraud 18 usc 1343,mail fraud 1341 ,scheme to defraud 1346,common trademark infridgement under 43a 1125,unfair competition under 43a1125,economic espionage 18usc ,cyberstalking 2261a-b,racketeering 18usc1954,interference with interstate and foreign commerce 18 usc 1951,and extortion under the hobbs act in violation of rico 1962 (a)(b)(c)(d)

**A**. The same named defendants # 1,2,3,4,5,6,7,9,10,11,12,15,17, in as early as 2004 and continuing, continued schemes to defraud plaintiff and plaintiffs company and product lines ,and used their computer servers as a access device infiltrate and to sell,solicit and mis appropriate plaintiffs company and company product line trade secrets, embezzle the company brand identity of plaintiffs, and plaintiffs company brand product line identity. The defendants than created online search pages of plaintiffs product line GORGEOUS JEANS INTERNATIONAL TM in their computer servers, than injected multiply cyber sqatted domains of co defendants # 20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36,37,38,39,40,41,42,43,44,4 5,46,47,48,49,50,51,52,53,54,55,56,57,58,59,60,61,64,76,77,78,79,80,81,82,83, 84,85,86,87,88,89,90,91,91,92,93,94,95, into their created online search pages of plaintiffs company identity ,and company brand product line identity to cause a mass false designation of origin and in unfair trade practices,and in furtherance of their schemes.. SEE EXHIBIT----E14-AND SEE ONLINE EVIDENCE-------------- The acts of mass businesses with identical company identities of plaintiffs company appearing in the computer servers of the search engine defendants of plaintiffs product line,and online business where not isolated incidents of different businesses and individuals with the same company ideas at the same time but of the named organized group of computer programmer named defendants # 1,2,3,4,5,6,7,9,10,11,15,17 ceo' s of the search engine enterprises yahoo,google,msn,ask,bing,aol,go duck go, and .their co defendants and 3rd party associates that acted in concert, organized as a group and conspired a civil conspiracy to act in concert and use their business as a criminal enterprise and computer servers as a access device to divert online traffic to plaintiffs online company, infiltrate and embezzle plaintiffs company and plaintiffs company product line,and collect income derived from plaintiffs company any company product lines.. SEE EXHIBITS -E15--- SEE DISCOVERY D2 SEE DISPOSITION DS5 SEE ONLINE EVIDENCE

**B** Defefendants # 1,2,3,4,5,6,7,9,10,11,15,17 CEO'S and the unkown

agents,employee's of the search engine enterprises YAHOO,GOOGLE,FACEBOOK ,ASK,MICROSOFT,GODUCKGO,ADSENSE,BING,AOL,DOGPILE defendants conspired with co defendants to create separate search pages to conceal their acts so that plaintiff would not discover the other identities in search for business online at www.gorgeousjeans.com  In the continued scheme to defraud ,and embezzle the business identity of plaintiffs business GORGEOUS JEANS INTERNATIONAL TM .Defendants intentionally and knowingly injected multiply cyber squatted and cloned business identity and trademarks of plaintiff business and business product lines for sell online online in interstate and foreign commerce in furtherance of their scheme to embezzle plaintiffs company identity brand trademark ,then to collect income derived from a continued pattern of racketeering activity.    SEE ONLINE EVIDENCE EXHIBITS----------SEE DISCOVERY------------------

C.   Defendants intentional caused plaintiff damages in nation wide corective advertising costs at $1million dollars a day at 365 days a year totaling $1.095 billion dollars + lost in profits and revenue as other brand companies at $20 million dollars a year at 3 years ,amounting to $60 million dollars  - totaling $ 2.550 billion dollars  PLUS $15 MILLION DOLLARS IN UN COLLECTED,UNAUTHORIZED LICENSING-ROYALTIES   .SEE EXHIBITS---- SEE EXPERT WITNESS-SEE SUMMARY OF DAMAGES -SEE RELIEF REQUESTED

2. upon information and belief and evidence  ,and plaintiffs discovery in 2015 defendant # 6  Marissa Mayer the  ex ceo of search engine company  yahoo SEE EXHIBITS E16--- in as early as 2004 – and continuing  cyber stalked,stalked conspired,targeted, and participated in  a pattern of multiply racketeering acts in schemes  to defraud,and embezzle plaintiffs business brand identity,and trademark and product line brand identity . Defendant as ceo used the computer servers at yahoo  as a access device to infiltrate, misappropriate plaintiffs company trade secrets, cause a false designation of origin  and cause plaintiffs company loss in traffic and revenue and profits and intentional economic injury to business SEE EXHIBITS –E17  SEE  DISCOVERY----- . Defendant #6 as ceo of yahoo  knowingly and intentionally interfered with commerce of plaintiffs interstate website ( 18 u.s.c.1951 ) injecting thousands to millions of other companies in unfair trade practices ,and false designation of origin.Defendant #6 used yahoo's computer servers  to intentionally divert internet traffic and revenue of  the online searches of plaintiffs online website www.gorgeousjeans.com  ,  and  then collect  income and payments from the activity  and investing the income  back into their business in a pattern of racketeering activity.    SEE EXHIBITS,SEE ONLINE EVIDENCE

A. Upon information and belief and evidence  in 2015  defendant # 6  left  # 3̶2̶ employment at  yahoo in 2015  and was chairman  of co-defendant # 3̶0̶-CEO of walmart.  SEE EXHIBIT E18-----( while plaintiff was drafting rico complaint) Defendant #6  in as early as 2015 continued the scheme to defraud  plaintiff and plaintiffs business cosmetic product line identity in which plaintiff sells cosmetics and fragrances  with TM trademark on everything  as GORGEOUS JEANS INTERNATIONAL TM-FLAMBOYANT COSMETICS- and sells cologne and

4

fragrances as  GORGEOUS JEANS INTERNATIONAL TM -FLAMBOYANT
FRAGRANCES .SEE PLAINTIFFS PRODUCT  WEBSITE AT
www.insidelimosclothing.com and www.gorgeousjeans.com  that plaintiff has
advertised  online product lines for sale , since 1998 ,in which named defendants
misappropriated plaintiffs company information as accredited search engine
providers.The defendants # 6, 29  and # 32,36 are  embezzling plaintiffs
cosmetic identity and manufacturing  the cosmetic product brand in unfair trade
practices,and false designation of origin,obtained in economic espionage by the
named search engine defendants selling and solicting plaintiffs information. ..
Defendants #6,29,32,36 started manufacturing and   selling  the gorgeous
cosmetic line on line at  walmarts,sephoria using the internet and mail delivery  in
furtherance of their  schemes SEE  ONLINE EVIDENCE ,SEE EXHIBIT -E19---
SEE DISCOVERY -D3---SEE DISPOSITION DS6--  Defendants # 6,29,32,36
than  used  co defendants # 1,2,3,7,8,9,10,11,12,13,14,15,17,22, computer
servers  to place items  in the co defendants separte  created pages of plaintiffs
company product brand online  in commerce  SEE  EVIDENCE ONLINE ,
EXHIBIT E20  knowingly  to  collect and receive income from a pattern  of
racketeering activity and intentionally  diverting  revue and profits from plaintiffs
online company with named co defendants and collecting for themselves.
**B** .Defendants intentionally caused plaintiff   nation wide corective  advertising
costs at    $1 million dollars a day in corective advertising  @ 365 days totaling
$1.095billion dollars ,+loss in profits and revenue  as other name brands
amounting to  $60 million totaling $2.550 billion dollars .SEE EXHIBITS ,SEE
EXPERT WITNESSES----  SEE RELIEF REEQUESTED
C. Plaintiff also alledges Upon information and belief if not for the fact that other
name brand companies  such as PLAYBOY, HUSTLER ,KENTUCKY FRIED
CHICKEN ,started and formed before the defendants SEE EXHIBITS --E21-------
the defendants would have  preyed on their companies  and used their computer
servers  to  cause a mass false designation of origin  and .embezzle  their
company identity ,and company product line identity. ,companies that they have
0 to do with,0 to do with naming,forming,or  obtaining common law trademarks.
**3.** upon information and belief and evidence  and plaintiffs discovery in 2015
and continuing in as early as 2004  and the last 10 calendar years  defendant #
29 David Mcconell of austraila seen plaintiffs online nation wide advertisement
and stalked plaintiffs usa  company from austraila. SEE EXHIBITS E22.
Defendant in as early as 1998 stalked ,cyber stalked, , plaintiff and plaintiffs
brand  cosmetic  product line identity  knowingly and intentionally,knowingly
seeing plaintiffs  nation wide website with TM  as plaintiffs company,and
company product line that include cosmetics,fragrances trademark ,and
knowingly  cyber sqatting the domain name of plaintiffs company  cosmetic
brand identity ,and incorporating plaintiffs  cosmectic  product line identity ,then
registering in 2004 www.gorgeouscosmetics.comin  in violation of the 1999
Anticybersquatting act SEE EXHIBIT –E23,E24-----. with fraudulent intentions of
defrauding and embezzling  plaintiffs company brand identity,and cosmetic
product line brand identity.. Defendant  intentionally   violated  the 1999
cybersquatting act in which the domain is invalid. Defendant knew  that plaintiff

5

was based in new york,and new jersey area and  went out west to california SEE
EXHIBIT E25—SEE DISPOSITION DS7--- to avoid and conceal plaintiff
detection of  defendants scheme to  embezzle  plaintiffs company  identity and
cosmetic brand identity...defendant  also went to several u.s  states,all  except
new york and  conspired with co defendants walmart ,sephora and ex ceo of
yahoo defendant #6  to sell plaintiffs brand cosmetic  identity  in their stores,and
online stores using the internet and mail delivery in furtherance of their schemes
to defraud plaintiff and plaintiffs product line and collecting profits and revenue in
unfair competion,false designation of origin 43a1125,interference with interstate
and foreign commerce 18 usc ,economic espionage ,wire fraud,mail fraud,
schemes to defraud 18 usc1346 ,cyberstalking,trademark infridgement under
43a1125, extortion under the hobbs act , in violation of RICO 1962 (a)(b)(c)(d) .
SEE EXHIBITS—E26,E27,E28,E29- SEE ONLINE EVIDENCE--- ---.  One or
more of the defendants and or co defendants conspired harm to plaintiff in a
scheme to defraud plalaintiff and plaintiffs company or companies and product
lines. The named defendants conspired and  manufactured and  sold plaintiffs
company brand cosmetic line  in a scheme to collect  income from a pattern of
racketeering activities.The defendants conspired with search engine  co
defendants to cause a false designation of origin  by using the search engines of
co defendants who created  a separate search page. In which  Defendant  claim
to have started the brand  gorgeous product line in  in australia,in which
defendant did not  SEE EXHIBITS E30 SEE DISCOVERY D6, SEE ONLINE
EVIDENCE  Defendant  actually came to the usa to  embezzle  plaintiffs
company brand identity and traveled back  and forth to  austrailia claiming
ownership of plaintiffs company brand cosmetic line and trademark brand
identity  name. Interfering with interstate and foreign commerce SEE EXHIBITS
E31 SEE ONLINE EVIDENCE .                                                B.
Defendant intentionally caused  plaintiff  damages  in  nation wide corrective
advertising costs  at $1 million dollars a day @ 365 days from plaintiffs
2015-2018 discovery and continuing totaling $1.095 billion dollars+loss in profits
as other brand name companies @ $20 million dollars a year at 365 days at  $60
million dollars all totaling $2.255 billion dollars -----SEE RELIEF REQUESTED
4. Upon information and belief,and evidence defendant  in as early as 20012
and  continuing  and  upon discovery in 2015  and in 10 calendar years
defendant # 34 participated in schemes to defraud plaintiff and plaintiffs
company brand identity  and identity product line . Defendant Helen Gibson
started a hair salon at unknown date ,for which a  investigation by plaintiff of start
up dates online appear to be  falsified,altered,and  tampered with and not of the
actual start dates,registration dates  including the domain registration date
appearing on go daddy as being 1997 in which go da daddy was not even a
domain registra,for which  network solutions was the only registra at the time,and
posts by others calling the company a scam company. SEE EXHIBIT
E32,E33,E34E35,E36 SEE DISCOVERYD7 SEE DISPOSITION 8,AND 9  Dates
on the wayback websites with hello gorgeous were also altered to appear that
defendant sold cosmetic line which was obvious at glance to be altered SEE
EXHIBIT E37 DISCOVERY D8.Defendant intentionally tried to conceal that

defendant never sold any gorgeous products before  plaintiffs 1997 company or even possible registered the domain as recorded online  with go daddy.com before plaintiffs registered 1998  domain www.gorgeousjeans.com  with networksolutions. com  in which defendant conspired with  search engine defendants in a scheme to defraud and  embezzle the product line identity from the plaintiff

**A**.- upon knowledge ,information,and evidence  defendant Hellen Gibson of hair salon  Enterprise  hello gorgeous have 0 prior use   ever of a gorgeous product line before plaintiff formed the 1997  company brand name and matching brand name full product line SEE DISCOVERY D9 SEE DISPOSITION DS10. Defendant Helen Gibson  sold full or part ownership to possible  co- defendants and associates possible law enforcement agents or ex law enforcement agents . SEE DISCOVERY D10  SEE DISPOSITION DS11in which plaintiff has received stalking like incidents and bias treatment from  law enforcement giving plaintiff probable cause they are  the perpatrators of schemes to embezzle plaintiffs companiy  GORGEOUS JEANS INTERNATIONAL TM   identity. One or more of th defendants and or co-defendants conspired harm to plaintiff in furtherance of scheme to defrud plaintiff and plaintiffs company and or companies and product lines. The defendants enterprise Hello Gorgeous  franchised  salon claims  to be non profit  SEE EXHIBITS -E38---SEE DISCOVERYD11  SEE ONLINE EVIDENCE Defendant Helen Gibson  in 2012  cyberstalked plaintiffs company and website knowingly of plaintiffs plans to take company and conspired with search engine defendants to cause a false designation of origin of  plaintiffs brand identity and product line identity,creating in 2012 domain name shophellogorgeous .com,  intentional and knowingly  inserting their  online business in co defendants # 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,25,26 computer servers websites in search of plaintiffs online website SEE EXHIBIT E39-SEE ONLINE EVIDENCE--- and then manufacturing and selling in commerce infridging,cloned,as of  products of  plaintiffs company Trademark apparel ,cosmetics,accesories brand product line identity intentionally  incommon law trademark infridgement under 43a1125, unfair trade practices,and false designation of origin under 43a1125,racketeering under 18usc 1954,embezzlement 18usc ,cyberstaling 2261a-b,and extortion under the hobbs sct in violation of RICO 1962 (A)(B)(C)(d),. SEE EXHIBITS E40 SEE ONLINE EVIDENCE  .

**B**.Plaintiff  did not know of the  hair salon existed until a  news report about person being called vinny gorgeous owning a  franchised  hello gorgeous  salon and went to jail in 2013  SEE EXHIBITS-E42--------

**C**. plaintiff also  alledges that defendants Helen Gibson, in as early as 2015 and continuing   cyber stalking  plaintiffs company in which  Plaintiff was also advertising 2015-2018 plans for a casino hotel coming soon upstate ny ? SEE EXHIBITS E44 in  which defendants than  registered at the trademark office a similar mark to opening a similar venue SEE EXHIBIT ---E45-------  in  a continued scheme  to  cause a false designation of origin  in which was done after  seeing plaintiffs 2015-2018  website SEE DISPOSITION DS-12,in which their    acts are about the plaintiff taking company public SEE DISPOSITION

DS13 in which  is the motive  defendants are trying to embezzle plaintiffs intellectual property rights and product line that is  essential to taking public and stockholders investing . .Defendants hello gorgeous salon has no bases for huge profits  to take their company  public. Investors would not invest in a hair salon in which does not create enough revenue, they have never advertised to take company public ,ever. Defendants are trying to cause a false designation , to embezzle plaintiffs product line in a scheme to defraud plaint and plaintiffs company in which plaintiff  alledges  they are trying to take over for themselves to go public using plaintiffs  business identity  and product line.

**D** Defendant intentionally caused  plaintiff damagesin nation wide advertising costs  at $1million dollars a day @365days a year since 2015- 2018 discovery and continuing amounting to $1.095 billion dollars +loss in profits $20 million dollars a year since 2015-2018  discovery and continuing $60 million dollars totaling $2.550 billion dollars in damages

**5**.Upon information and belief named defendants # 28,35,36,37,38,41,42,43,44,46,47,49,50,51,52,53,- are competitors  of plaintiffs with their own brand name  company,in which they  cyberstalked plaintiffs online company and  participated  with co defendants # 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17, 22 25,26  in as early as 2002 and continuing  schemes to  defraud plaintiffs company,interfere with commerce and revenue to plaintiffs company GORGEOUS JEANS INTERNATIONAL TM,manufacturing cosmetic and fragrance  using the 1997 unique  trademark gorgeous of plaintiffs trademark on cosmetics and fragrances , on their products, and then collecting and receiving  online payments from the as of products of plaintiffs ,in  trademark infridgement under 43a1125 ,false designation under 43a1125,unfair competition under 43a1125, cyberstalking - cyber bullying ,2261a-b,wire fraud  18usc 1343,mail fraud 1341,scheme to defraud 1346,racketeering 1954,extortion under the hobbs act 18usc ,interference with interstate and foreign commerce 18 usc ,in violation of RICO 1962  (a)(b)(c)(d) SEE ONLINE EVIDENCE , SEE EXHIBITS E46,47,48,49,50

**6**..Upon information ,belief and evidence and upon plaintiffs  discovery in 2015-2018 in as early as 2004 and continuing    named domain registra defendants # 76- #95 seen plaintiffs  1998 nationwide  online advertisement to go public ,cyber stalked, and intentionally cybersquatted multiply domain names of  plaintiffs company and or companies  in violation of trademark laws  43a1125 a, the 1999 anti cyber sqatting act knowingly  and intentionally the  names were of plaintiffs company identity,and product line brand name identitys and trademarksSEE EXHIBIT E51 SEE DISPOSITION  DS-14 SEE ONLINE EVIDENCE . Plaintiff used a TM in every nation-wide online  ad 24/7,and on every product item.  The defendants –used their business as a criminal enterprise and used their computer servers as a access device  to infiltrate plaintiffs company  and intentionally  register the  multiple  similar domains of plaintiffs to themselves and co defendants,participating in and creating formed shell companies of plaintiffs companies brand identity ,and product brand identity SEE EXHIBIT E52 SEE DISPOSITION  DS-15 in multiply schemes to defraud ,and embezzle plaintiffs company  and plaintiffs product line . One or

more of the above named domain  defendants or and co defendants  conspired
harm to plaintiff in furtherance of the schemes to defraud plaintiff .The above
domain registra defendants  participated in and conspired with search engine
defendants to place the domain names of plaintiffs  product line in co-defendants
# 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,22,25,26 computer servers.  to
conceal from  plaintiff from  discovering the scheme. SEE EXHIBITS -E53,SEE
ONLINE EVIDENCE ---- The defendants used their computer servers as a
access device to infiltrate plaintiffs company brand identity,and collected
payments in the scheme to defraud  plaintiffs company causing  false
designation of origin  under 43a1125of plaintiffs company and  brand product
line, unfair competition under 43a1125,trademark infridgement under 43a1125,
wire fraud 18usc 1343,mail fraud 18usc 1341,scheme to defraud
1346,interferance with interstate and foreign commerce under 18
usc ,racketeering under 18usc, extortion under the hobbs act undr 18usc in
violation of RICO 1962 (a)(b)(c)(d)

**A**. The defendants intentional caused damages in corrective advertising costs at
$ 1 million dollars a day at 365 days since discovery 2015 amounting to $1.095
billion dollars + loss profits at  $20 million dollars a year since discovery
2015-2018 amounting to $60 million dollars totaling $2.550 illion dollars---SEE
RELIEF REQUESTED

**B** Plaintiff did not discover the multiply schemes to embezzle company identity
and company product line identity until 2015 after seeing www.  shop  hello
gorgeous.com  in  the search page of  plaintiffs  website when plaintiff was
checking for any sales of product line SEE EXHIBITS--E54-Plaintiff discovered
that multiply  named defendants had organized as early as 2002 to embezzle
and defraud plaintiff and plaintiffs company in which plaintiff was receiving
unusual police contact like stalking incidents.

**7**. While  plaintiff  was marketing and designing the  GORGEOUS JEANS
INTERNATIONAL TM -ice cream t-shirt  product line in 2013 SEE EXHIBITS
E55.plaintiff also  formed a spin off company brand INSIDE LIMOS CLOTHING
TM in 2013 SEE EXHIBITS E56-- a spin off  of plaintiffs GORGEOUS JEANS
INTERNATIONAL TM  product line  magazine title INSIDE LIMOS  featuring the
limousine industry ,that plaintiff kept the title and main  feature a guarded trade
secret until 2013 publication,in which plaintiff did not put any information on the
computer,which is why the named defendants have not put      magazine
featuring limousines  as their own ,before 2013,in which they would have done
just that.Plaintiff was homeless ,2006-2009, then 2011-2013 due t o stalking like
incidentsregaring company GORGEOUS JEANS INTERNATIONAL TM. .. SEE
EXHIBITS -56A--. Plaintiff formed and designed a full product line of street
clothes, jewelry,footwear,beverages-that include beer and
liquor,fragrances,cosmetics.,to make huge profits as other brands SEE
EXHIBITS -E57-with plans to generate millions to billions and possible trillions  of
dollars in profit in which all of plaintiffs suppliers and associates thought the
name brand was very marketable ,unique as a  possible a  top brand that could
generate  millions to  billions of dollars in a year as other brands  SEE EXHIBIT
E58 .Plaintiff also formed around the same time  another brand name company

HERE -DEAR in 2013 SEE EXHIBITS E59 designing a full product line of street clothes,beverages and liquor,food products SEE EXHIBITS E60-----. Plaintiff alledges that the name brand company was not in use or infridging on any ones brand or product line or in the search engine defendants computer server searches. SEE EXHIBITS E61 ,SEE DISCOVERY D14,SEE DISPOSITIONS D-S17-,and there was o products in the online search of any similar company brand name or product brand line name, in which plaintiff was trying to get online sales,not knowing that named defendants where cyber stalking plaintiff and plaintiffs company..        SEE DISCOVERY D 15 SEE DISPOSITION DS18

**A.** In a new cause of action ,upon information and belief and evidence ,and plaintiff discovery in 2015,in as early as 2013 that search engine defendants had continued cyber stalking plaintiff and cyber stalked plaintiffs 2nd brand company identity and company brand product line INSIDE LIMOS CLOTHING TM in a continued pattern,and scheme to defraud plaintiffs brands identity. Defendants used their business as a criminal enterprise and computer servers as a access device to again interfere with commerce to plaintiffs online website. Named defendants in similar pattern as plaintiffs other company GORGEOUS JEANS INTERNATIONAL TM had removed plaintiffs 2016 online website www.insidelimosclothing.com from the search of online company ,and in a continued pattern solicited and injected thousands to millions of other companies in the search of plaintiffs online website .SEE EXHIBIT E62 – SEE DISCOVERY D16 SEE DISPOSTION DS19--- to divert traffic away from plaintiffs online company and collect and receive income derived from a pattern of racketeering. Plaintiff also alledges upon information and evidence that defendants would place plaintiffs website back in their computer servers when they think plaintiff was watching,and then remove from their computer servers when they thought plaintiff was not such as major inter ruptions in plaintiffs life,such as becoming homeless because of related stalking incidence to residence and having plaintiff evicted. Plaintiff also alledges one or more of defendants conspired harm to plaintiff in a scheme to defraud plaintiff and plaintiffs company or companies

**B.**   Defendants # 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17, in the continued pattern to defraud plaintiff, solicted, and sold,and misappropriated plaintiffs trade secrets to named co defendants and others.Defendants used their business as a criminal enterprise and computer servers as a access device to again create separate search pages of plaintiffs product line identity INSIDE LIMOS CLOTHING TM ,and product line of t-shirt apparel,streetclothes,watches,liquor,beverages,footwear,cosmetics,fragrances,s wimwear, diverting traffic and revenue and profits to plaintiffs online company in a continuing pattern to embezzle,defraud plaintiffs companies and product lines.The defendants The defendants than inject the co defendants cybersquatted domains and embezzled cloned,similar,as of products and identities of plaintiffs company INSIDE LIMOS CLOTHING TM product line in their created separte search pages of plaintiffs product lines using the internet and mail receiving to collect income derived from a pattern of racketeering activity in unfair trade practices under 43a1125,false designation under

43a1125,tradmark infridgement under 43a1125,computer fraud under 18usc 1029,1030, wire fraud 1343,mail fraud 1341,scheme to defraud 1346,cyberstalking2261a-b,interference with commerce 18 usc embezzlement 18usc , racketeering 18usc extortion under the hobbs act 18 usc , in violation of RICO 1962 (a)(b)(c)(d) SEE EXHIBIT E64 ,SEE DISCOVERY D18 ,SEE DISPOSITION DS20,  SEE ONLINE EVIDENCE

8.  In a new cause of action defendants # 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17  continued in  cyber stalking of plaintiffs companies and trade secrets ,defendants  stole , solicted, misappropriated,sold and used  plaintiffs brand name and  apparel  trade secrets to product lines. One or more of the defendants conspired harm to plaintiff in a scheme to defraud plaintiff and plaintiffs companiesand product lines..SEE EXHIBITS E65,SEE DISCOVERY D19, SEE DISPOSITIONS DS21 SEE ONLINE EVIDENCE------Defendants then organized , and ,conspired with co defendants # 50, #51 CEO of  disney and pixar  to  participate ,and intentionally  name a computer movie INSIDE -OUT as of /similar to  plaintiffs company  company  brand identity in a scheme to defraud plaintiffs  company brand and brand  product lines. SEE EXHIBIT 66.The defendants are all associates and investors of each other. SEE EXHIBIT E67 ,SEE DISCOVERY D22 SEE DISPOSITON DS22. .Defendants # 50,51 started  manufacturing and selling a apparel  line of sublimation clothing similar as plaintiffs sublimation apparel on co defendants # 3,8,13,14, computer servers  and website . SEE EXHIBITS E68,SEE DISPOSITION DS22 –Defendants used the movie theaters, internet and mail receiving services to collect income and revenue  derived from the  a pattern of racketeering activity, in false designation of origin under 43a1125,trademarkinfridgement under 43a1125 ,cyberstalking 2261a-b, unfair trade practices under 43a1125,economical espionage under ,wire fraud 18usc1343,mail fraud 18usc1341,scheme to defraud 18usc 1346,racketeering under 18usc ,extortion under the hobbs act 18usc, in violation of RICO 1962 (a)(b)(c)(d).   SEE EXHIBITSE-69- SEE ONLINE EVIDENCE

A. The defendants  2015 movie  INSIDE OUT title has no bases as a title and was  obtained by defendants in economic espionage, in a pattern of racketeering activity  to embezzle ,.clone disrupt  and  sell the brands  of plaintiffs company INSIDE LIMOS CLOTHING TM.SEE EXHIBITS E70. Defendants and co defendants  cyber stalked plaintiff,and plaintiffs company and stole plaintiffs trade secrets and used them to clone plaintiffs INSIDE LIMOS brand. Plaintiff designed  the formation of INSIDE LIMOS CLOTHING TM as a  flashy name brand apparel in which disney or pixar have never formed any flashy clothing brand ever. SEE EXHIBITS.E71----- .SEE DISCOVERY D23 Defendants used their business as a criminal enterprise ,and computers as a access device  to clone  the company  brand identity  from plaintiffs brand and used their computers to create a title  movie  based on plaintiffs  2013  company brand identity. Defendants collected  in income derived from a pattern of racketeering.

B. Defendants intentionally caused  plaintiff damages in nation wide corrective advertising  costs at $ 1 million dollars a day at 35 days since 2015-2018 discovery and continuing amounting to $1.095 billion dollars + loss in profits as

other brand companies since discovery 2015-2018 at $20 million dollars a year at 365 days amounting to $60 million dollars  totaling $2.550 billion dollars   SEE EXHIBITS .SEE EXPERT WITNESS.SEE RELIEF REQUESTED

**9.** Upon information,belief and evidence defendants  # 30 Kim Kardashian west and # 31 Kyle  Kardashian   knowingly tried to cause a false designation of plaintiffs cosmetic brand,by  knowingly publicly  marketing  the infridging,cloned,similar,as of cosmetic line of  Australian  defendant  who later placed online. Defendant #29  had cybersquatted plaintiffs product line,and  tried to embezzle,cause a false designation of origin of Plaintiffs Brand and Brand cosmetic line GORGEOUS JEANS INTERNATIONAL TM -FLAMBOYANT COSMETICS-FLAMBOYANT FRAGRANCES-,and in which one or more co-defendants conspired harm to plaintiff in a scheme to defraud plaintiff and plaintiffs  1997 company GORGEOUS JEANS INTERNATIONAL TM.The defendants  #30.#31 then , later launched their  own cosmetic line.Plaintiff  had advertised to take  full brand product line  GORGEOUS JEANS INTERNATIONAL TM  public since 1998.Defendants motive was to harm competion in unfair trade practices43a1125,false designation 43a1125,  wire fraud 1343,scheme to defraud 1346,extortion under the hobbs act in violation of RICO 1962 (c)(d)

**10.** Upon information defendant #33 KANYE WEST   conspired with  co-defendants # 57,58,59 and and unknown , who cyberstalked plaintiffs company and  created a infridging,cloned,similar,as of brand name of plaintiffs brand and apparel brand tshirt line and accessories formed by plaintiff .Defendants placed defendants signature jesus brand on multiply t-shirts implying that defendant is the owner,investor,associate of the cloned ,infridging brand of plaintiffs brand.Defendants  then placed for sale products on co defendants # websites,and computer servers.One or more of the co- defendants conspired harm to plaintiff in violation of the hobbs act, in unfair competition 43a1125,false designation of origin , misappropriatition of trade secrets ,cyberstalking-cyber-bullying 2261a-b, scheme to defraud 18usc1346,wire fraud 18usc1343,mail fraud 18usc1341,trade mark infridgement,racketeering 18usc in violation of RICO 1962 (a)(b)(c)(d)

**11.** Upon information and belief and evidence  defendants # 8,13,14,22,25,26,29,32,43,44,45,46,47,48,58,59,60,61 used their websites to sell,manufacturer products of plaintifs brand companies identity. Defendants placed manufactured  products as of ,infridged,similar,incorporating  plaintiffs company  brand identity in co- defendants  created separate pages on their computer servers,and  search engine defendants  to collect income derived from a pattern of cyberstalking,cyberbullying, racketeering activity in unfair trade practices 43a1125 ,false designation of origin 43a1125 ,trademark infridgement 43a1125,2261a-b,wire fraud 18 usc 1343,mail fraud 1341,scheme to defraud 1346,trafficing in counterfeit goods ,economic espionage,racketering 18usc,extortion under the hobbs act in violation of RICO 1962(a)(b)(c)(d).SEE EXHIBITS -E72------ SEE DISCOVERY-D24---DISPOSITION DS24----

**12.** Upon information ,belief and evidence ,defendant  # 55,56 JEFF PIGOZZI and  KD WAVE CEO  cyberstalked plaintiff and plaintiffs online company INSIDE

LIMOS CLOTHING TM in as early as 2013 and continuing and schemed to defraud plaintiffs brand forming a similar name brand apparel line,and falsifying start up dates,and name , to intimidate plaintiff and plaintiffs company,and then posted for sell limoland apparel on co defendants #3 computer servers webite enterprise facebook in 2016. The named defendants are associates of the named co -defendants and one or more of the defendants conspired harm to plaintiff in a scheme to defraud plaintiff and plaintiffs companies and companies product lines. in unfair trade practices 43a1125,false designation of origin 43a1125,trademark infridgement 43a1125,trafficing in counterfeit goods18usc,wire fraud 18 usc 1343,mail fraud 1341,scheme to defraud 18 usc 1346,racketering 18usc,extortion under the hobbs act ,in violation of RICO 1962 (a)()(c)(d)      SEE EXHIBITS, SEE DISCOVER,SEE DISPOSITION  SEE ONLINE EVIDENCE                                                             **13**.Upon information and belief ,evidence defendants # 57 LIMOS AND LIQUOR LLC cyberstalked plaintiff and plaintiffs company and t-shirt apparel line.Defendants schemed to defraud plaintiff and plaintiffs  2013 company INSIDE LIMOS CLOTHING TM  manufacturing as of/similar/cloned/incorporating  plaintiffs t-shirt apparel line ,and selling incommerce and online on co defendants websites and leaving no contact info as to who the real person is.Defendants appear to be in contact with co defendant#3,44,48,59. the defendants are cloning,infridging ,incorporating plaintiffs brand in infair trade practices 43a1125,trade mark infridgement 43a1125,false designationa of origin 43a1125,scheme to defraud 18usc1346,wire fraud 18usc1343,mail fraud 18usc1341,trafficing in counterfeit goods 18usc ,extortion under the hobbs act,racketering in violation of RICO 1962 (a)(b)(c)(d)
**14**.Upon information and belief  defendants # 52,53,54  CEO of  VOSTEC WATCHES AND LG ENTERPRISES.Defendants schemed to defraud plaintiffs watch accessories brand ,creating and manufacturing infridged/as of/cloned/incorporating plaintiffs company brand and watch product brand line.The named defendants intentionally misappropriated plaintiffs watch brand and obtained the information of plaintiffs company from one or more of co defendants in economical espionage.It is 0 coincidence  that the  defendants and plaintiff came up with the same similar logo watch  name brand  identity at the same time .Defendants are manufacturing and selling watches of plaintiffs watch brand in unfair trade practices 43a1125,false designation of origin 43a1125,trademark infridgement 43a 1125,trafficing in counterfeit goods 18usc,economic espionage 18usc ,racketering 18usc ,extortion under the hobbs act in violation of RICO 1962(a)(b)(c)(d)
A. Defendants  intentionally caused plaintiff damages  in  nation wide corrective advertising  costs at $1million dollars a day @365 days since discovery 2015-2018 amounting to $1.095 billion dollars+ a loss in profits as other companies at $20 million dollars a year amounting to $80 million dollars a year totaling $1.175 billion dollars. –SEE RELIEF REQUESTED
**15-16**. In a new cause of action Upon information and belief  and evidence defendants # 8,13,14,amazon,and ebay and 3rd party associates --  cyber stalked  and conspired to embezzle plaintiffs company brand identity in a

continued scheme to defraud and embezzle plaintiffs company INSIDE LIMOS
CLOTHING TM.  The defendants are associates and investors of the co-
defendants and one or more conspired harm to plaintiff. Defendants #8,13,14
used their business as a criminal enterprise and their  computer servers as a
access device to  placed for sell the brand identity of plaintiffs t-shirt product line
brand identity,and watches line brand identity  on their computer servers  using
the internet and mail receiving services  in a pattern and in  furtherance of their
scheme to  to  embezzle, defraud , cause a false designation of origin of plaintiffs
company brand identity and cause a loss in revnue and profits to plaintiffs
appare line  SEE EXHIBITS E73,74,SEE DISCOVERY D25,SEE DISPOSITION
DS25 Defendants  posted $20 t-shirts of plaintiffs t-shirt apparel  line
identity,reducing the price  of plaintiffs apparel t-shirt line. Plaintiffs t-shirt apparel
line is a luxury brand line that plaintiff priced sells at$75 per  t-shirts. SEE
EXHIBITS E75,76,SEE DISCOVERY D26,-Defendants have never
sold,market,any limo,or limousine t-shirts until plaintiff  formed company in 2013 .
SEE EXHIBITS E 77,78 SEE DISCOVERYD27 SEE ONLINE EVIDENCE  ------
defendants used their business as a criminal enterprise  and  computer servers
as a access device to sell counterfeit apparel of plaintiffs brand and  collect
income derived from the pattern of cyberstalking,misappropriation of plaintiffs
trade secretsand trade dress racketeering from plaintiff and plaintiffs company,in
unfair trade practices43a1125,false designation of origin 43a1125,trademark
infridgement 43a1125,computer fraud 18 usc 1030-1029,wire fraud 18usc
1343,mail fraud 18usc 1341,interferance with interstate and foreign commerce
18usc,economic espionage 18usc ,extortion under the hobbs act, racketeering
18usc ,embezzlement 18usc  in violation of RICO 1962 (a)(b)(c)(d)
A. Defendants intentionally caused plaintiff  damages   in nation wide advertising
costs  at  $1 Million dollars a day   since discovery 2015-2018   at 365 days
amounting to $1.095 billion dollars+ loss in  profits as other companies  at$ 20
million dollars a year amounting $60 million dollars  totaling $2.500 billion
dollars. PLUS UNCOLLECTED ROYALATIES OF $ 15 MILLION DOLLARS
**17**. In a new cause of action upon information and belief and evidence  named
defendants # 65,66,67  worked in the commerce dept and under color of law
participated in racketeering  schemes to defraud and embezzle  plaintiffs
companies,and product lines. Defendants  knowingly registered multiply
trademarks of plaintiffs companies  and plaintiffs product line GORGEOUS
JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE-DEAR
INTERNATIONAL TM ,FRANKIE SALLY to co defendants.  SEE EXHIBITS -
E79,E80 SEE DISCOVERY D28, SEE DISPOSITION DS26 SEE ONLINE
EVIDENCE
**A**. Defendants while employed at the U.S. Depatment of commerce targeted
plaintiffs companies,solicited out plaintiffs trademarks ,that plaintiff
named,formed,and started , that  could generate plaintiff millions to billions of
dollars in revenue . Defendants handed  plaintiffs trademarks  out as if they
where, to foreign residents,and codefendants as their own personal
usage,without plaintiffs knowledge ,and conduct of bribery in exchange.. Plaintiff
has kept nationwide ads online and a internet check would have revealed that

plaintiff formed the companies,and trade marks belonged to plaintiff. Defendants used their computers,internet,and emails  as a access device,  to collect and receive income derived from the  pattern of racketeering activity,in unfair trade practices 43a1125,in unfair competition 43a1125,false designation of origin 43a1125 ,economic espionafe,fraud 18usc1064,cyberstalking 2261a-b,wire fraud 18 usc 1343,mail fraud 18usc 1341,computer fraud 18 usc 1029-1039,extortion under the hobbs act 18usc in violation of RICO 1962 (a)(b)(c)(d)

**B**.Defendants  intentionally caused plaintiff  damages in corrective advertising costs  at $1 million dollars a day at 365 days  since discovery in 2018 amounting to $365 million dollars +loss in profits as other brand companies at $20 million dollars a year totaling $385 million dollars

**18**. Upon  information and belief,and evidence named defendant #3  Mark Zuckerberg Ceo of facebook targeted stalked ,cyber stalked plaintiff and plaintiffs company  GORGEOUS JEANS INTERNATIONAL TM,in as eary as 2010 SEE EXHIBIT E81 ,SEE DISPOSITION DS27  in a scheme to embezzle and defraud plaintiffs company brand identity .- Defendant #3  did use the  business as a criminal enterprise and  computer servers as a access device to solicit,misappropriate the tradesecrets of plaintiffs company.Defendant  inject multiply companies of co defendants  cybersquatted domains,infidging ,cloned,similar,as of companies of plaintiffs  into  facebooks computer servers  in a scheme to cause a false designation of  plaintiffs company brand  identity and product line. Defendants manufactered and used the internet and mail receing to sell products  of as of similar,cloned of plaintiffs in defendants business and computer servers  and to cllect income derived in a pattern of racketeering activity to defraud plaintiffs company GORGEOUS JEANS INTERNATIONAL TM  in unfair trade practices 43a1125,trademarkinfridgement 43a1125,false designation of origin 43a1125,cyberstalking 2261a-b,computer fraud 1030-1029,wire fraud 18usc 1343,mail fraud 1341,scheme to defraud 1346,economic espionage 18usc , in violation of RICO 1962 (a)(b)(c)(d) .SEE EXHIBITS E82, SEE DISCOVERY D29,SEE DISPOSTION DS28 ,SEE ONLINE EVIDENCE

**A**. Defendant intentinally caused plaintiff damages in nation wide corrective adverting costs at $1 million dollars per day at 365days a year since discovery 2015 totaling $1.095 billion dollars + loss in profits  as other company brands at $20 millillion dollars a year totaling $2.550 billion dollars,PLUS UNPAID ROYALATIES AT $15 MILLION DOLLARS

**B** .In a second cause of action against  defendants FACEBOOK   continued to target,cyber stalk  plaintiffs companies and product lines with co-defendants . Defendant FACEBOOK  and co defendants  used their business as a criminal enterprise and  computer servers as a access device to infiltrate and  embezzle the company brand identity of plaintiffs  2ndcompany INSIDE LIMOS CLOTHING TM SEE EXHIBIT E84,SEE DISCOVERY D31,SEE DISPOSITION DS29 SEE ONLINE EVIDENCE ---. Defendant # 3 used the computer servers of business FACEBOOK  to inject  multiply companies  of co defendants knowingly of plaintiffs company brand identity INSIDE LIMOS CLOTHING TMand product line identity to intentionally cause a false designation of origin in a pattern of similar

racketeering avtivity to divert traffic and revenue from plaintiff and plaintiffs companies.Defendant # 3 is a associate  and investor of co- defendants in which one or more of the co-defendants conspired harm to plaintiff in a scheme to defraud plaintiff and pplaintiffs companies.Dendants co-defendants manufactured and sold product lines of plaintiffs brand identity on FACEBOOK using the internet,and email services to collect and receive income derived from a pattern of racketeering activity ,in the misppropriation of plaintiffs trade secrets ,trade mark infridgement 43a1125,false designation of origin 43a1125,unfair competition 43a1125,racketeering 18usc,economic espionage 18usc,extortion under the hobbs act in violation of RICO 1962 (a)(b)(c)(d)

1. Defendants intentionally caused plaintiff damages in nation wide advertising costs at $1 million dollars a day at 35 days totaling $1.095 billion dollars + loss in profits as other brand companies at $20 million dollars a year totaling $2.055 billion dollars

C.In a third cause of action  against defendants  FACEBOOK ,defendant # 3  in a similar continued  pattern used their business as a criminal enterprise and computer servers as a access device to cause a false designation of origin of plaintiffs  3rd company brand company   HEARE -DEAR INTERNATIONAL TM.SEE EXHIBITS 85 . SEE DISCOVERY-D32, SEE DISPOSITION DS30 SEE ONLINE EVIDENCE----Defendant # 3 used  business as a criminal enterprise and computer servers to inject multiply companies as

of ,similar ,infridging,cloned  of  plaintiffs company brand identity. HERE -DEAR INTERNATIONAL TM. Co defendants manufactured and sold products as of ,infridging,cloned , of plaintiffs product line identity on FACEBOOK  using the internet and email service  to collect and receive income derived from a pattern of racketeering activity in unfair competition ,43a1125,trademark infridgement43a1125,false designation of origin 43a1125,sheme to defraud 18usc1346,wire fraud 18usc1343,mail fraud 1341,computer fraud 18 usc 1030-1029,economic espionage 18usc,racketeering 18usc,cyberstalking-cyberbulling 2261a-b,interference with interstate and foreign commerce,extortion under the hobbs act in violation of RICO 1962 (a)(b)(c)(d)

1.    Defendants intentionally caused plaintiff damages in nation wide corrective advertising costs at $1 million dollars a day at 365 days totaling $1.095 billion dollars +loss in profits as other brand companies at $20 million dollars a year  at $60 million dollars totaling $2.550 billion dollars

D.  In a continued cause of action  defendant # 3   continued to plaintiffs 4th company FRANKIE SALLY INTERNATIONAL TM  using  their  business as a criminal entrprise and  computer  servers as a access device to  inject  multiply similar,cloned,as of names of plaintiffs business  identity and business product line identity. SEE EXHIBITS E86,SEE DISCOVERY D33 ,SEE DISPOSITION DS -31 Defendant #3 and co defendants  knowingly and intentionally manufactured  products of plaintiffs brand identity  in a scheme to cause a false designation of origin of plaintiffs company brand identity ,and product line identity. Defendant used the internet and mail receiving services to collect income derived from a pattern of racketeering activity.and misapproprite trade secrets of plaintiffs company and companies product lines in unfair

competition43a1125, trademark infridgement 43a1125,false designation of origin 43a1125,computer fraud 18 usc 1029-1030,wire fraud 18usc 1342,mail fraud1341,cyberstalking-cyberbullying 2261a-b,economic espionage 18usc,racketeering 18usc 1954,extortion under the hobbs act in violation of RICO 1962 (a)(b)(c)(d)

**1**.  Defendant  intentionally caused plaintiff damages in nation wide corrective advertising costs at  $1million dollars a day at 365 days since discovery amounting to $1.095 billion dollars +loss in profits as other brand companies @ $20 million dollars a year since 2015-2018 amounting  $60 million dollars totaling $2.500 billion dollars

**19**.. Upon information and belief and evidence named defendants # 79 networksolutions  domain registras cyber stalked,and conspired to defraud  and cause a false designation of plaintiff,s companies ,GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,FRANKIES SALLY INTERNATIONAL TM,. Defendants used their business as a criminal enterprise and  computer servers  as access device to intentionally  register  multiply domain names  of plaintiffs company identity and company brand identity product line identity   to themselves and co defendants knowingly that they where the trademarks and business identity of plaintiffs . <u>SEE EXHIBITS E87 SEE DISCOVERY D34,SEE DISPOSITION DS32</u> .Defendant  # 79 and co-defendant chase bank  in 2017 used their computer,internet, and  computer servers  as a access device to block plaintiff from paying fees on domain names of plaintiffs business product brand  name INSIDE LIMOS  and plaintiffs aka name FRANKIE SALLY that plaintiff formed and registered in 2016 www.insidelimosclothing.com and  www.frankiesally.com .defendants intentionally blocked payment and then registered the names to themselves and then sold them  to co defendants in a continued scam to defraud plaintiff and plaintiffs business identity and business identity product line. <u>SEE EXHIBITS E88,89-SEE DISCOVERYD35</u>--Defendants   used the internet and emails to collect income derived  from a pattern of racketeering activity in unfair competition 43a1125,computer fraud  18 usc 1029,wire fraud 18 usc 1343,mail fraud 18 usc 1341, cyberstalking-cyberbullying 2261a-b,economic espionage 18usc , extortion under the hobbs act in violation of RICO 1962 (a)(b)(c)(d)

**1**.A Defendants intentionally caused plaintiff  nation wide corrective  advertising damages at $1million dollars a day at 365 days amounting to since 2015-2018 $1.095 billion dollars+loss in income and profits as other brand companies  $20 million dollars a year ,amounting to  $60million dollars totaling $2.550 billion dollars   .

**20**.Upon information and belief and evidence  defendants # 49 yellow book cyber stalked -cyberbullied plaintiff and plaintiffs company GORGEOUS JEANS INTERNATIONAL TM and  participated and conspired with co defendants who are associates and investors , to   use their  business as a criminal enterprise to intentionally   post slandering and defamation posts  of plaintiff and plaintiffs company  GORGEOUS JEANS INTERNATIONAL TM   on co defendants computer servers of named defendants # 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17, of plaintiff being muslim  and sold

muslim products in the   online searchs of plaintiffs online company knowingly to be false SEE EXHIBIT E90--SEE DISCOVERY D36,SEE DISPOSITION DS33-----.Defendants  used the internet to intimidate consumers into not going on plaintiffs online website   in a continued scheme to interfere  with commerce affecting interstate and foreign commerce in unfair competion 43a1125,cyberstalking-cyber bullying 2261a-b,wire fraud 18usc 1343,hate crime 18usc ,extortion under the hobbs act 18usc ,in violation of RICO (c)(d)

A. Defendants intentionally caused plaintiff damages in nation wide corrective advertising costs at $1 million dollars a day at 35 days totaling $1.095 billion dollars +loss in profits as other brand name companies.

21.upon information and belief and evidence named defendants # 18,19,20,21,23,24,27,29,39,40,55,56,57,64,stalked,cyberstalked,cybersquatted on plaintiffs company brand identity and company brand product line identity. One or more of the defendant ,co- defendants conspired harm to plaintiff in a scheme to defraud plaintiff and plaintiffs commpanies. Defendants  registered the domain names  as of ,cloned,similar,infridging, incorporating  plaintiffs company and or companies  trade mark brand identity in violation of the anticybersquatting act. The defendants formed  shell companies with  investor funds and manutactured products of one or more  of plaintiffs company brand identities and business identity product line identies GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE-DEAR INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM, posted them on co defendants computer servers that separated plaintiffs company to conceal plaintiffs discovery,in trademark infridgement 43a1125,unfair competition 43a1125,false designation of origin 43a1125,  scheme to defraud 18 usc 1346, wire fraud 1443,mail fraud 1341,computer fraud 18 usc 1029-1030,misappropriation of trade secrets,racketeering 18usc ,extortion under the hobbs act in violation of RICO 1962 (a)(b)(c)(d) . SEE EXHIBIT E 91,SEE DISCOVERY D  37,SEE DISPOSITION DS34

1.Defendants intentionally  caused plaintiffs company mass  corrective advertising  damages at $1 million dollars a day at 365 since discovery 2015-2018 amounting to $1.095 billion dollars + loss in profits as other brand companies at $20 million dollars a year am dollars all totaling $ 2.550 billion dollars

22.  upon information and belief and evidence person defendant #68 michael bloomberge appears to be the perpatrator behind a pattern of  unusal stalking like incidents to residents in as early as 2005 and continuing in some unusual hate crime act.Plaintiff had apts in nj in which persons of the jewish religion bought buildings,payinying twice what they where worth ,and then having plaintiff evicted. SEE EXHIBITS E92,SEE DISCOVERY D38,SEE DISPOSITION DS35 The unusual   stalking like incidents seem to be hate crimes related targeting plaintiff and related  to plaintiffs company GORGEOUS JEANS INTERNATIONAL TM in which plaintiff had been promoting and advertising to go public since 1998.. The named defendant is associated with th co -defendants. SEE EXHIBITS E93,SEE DISCOVERYD39,SEE DISPOSITION DS36 -.The defendant  has contacted both mayors of the towns that plaintiff relocated to,

after harrassment like incidents by local officials and law enforcement officials,in which plaintiff complained to the local FBI SEE EXHIBIT E94,SEE DISCOVERY-D40. plaintiff was harassed by local officials and local police soon after defendant rnade contact. A pattern of incidents that included using local police officers ,mayors, drug dealers as hitmans to cause trouble and harm for plaintiff at residence is conduct related to defendant,and the schemes to embezzle plaintiffs companies. The latest incidents is of the local police station two blocks away from plaintiffs residence,and police officers conduct is of accepting bribery,not respond to drug dealers loitering for long periods around residence of plaintiff as if told not to by three local ex police chief's in Albany N.Y. Plaintiff also alledges of needing assitance and got 0 response ,multiply times, conduct of bribery,and running a protection racket for the drug dealers...Plaintiff had made multiply inquires regarding defendant # 68 to the fbi about probable cause to charge plaintiff with stalking plaintiff as a hate crime with o response. .SEE EXHIBITS-E95 SEE DISCOVERYD41,SEE DISPOSITION DS37-- Plaintiff has had to relocate in response to incidents. Plaintiff has probable cause to believe defendant is the perpatrator of incidents and other incident of conduct of bribing a judge. In which person judge lawrence Bushing was sworn in by bloomberge and then immediatly interupted and presided over a criminal misdeameanor case of plaintiffs,and violated plaintiff with fraud upon the courts .Judge made false statements claiming plaintiff was suffering a ment disease that was interfering with plaintiff from understanding the proceedings, in which was absolutltly false. The judged than tried to have plaintiff committed to a mental facility,issued a warrant out for plaintiffs arrest twice for not appearing,in which plaintiff never missed a court date.The compleintant never appeared in court and plaintiff was entitled to a dismissal for failure to prosecute at trial date in which plaintiff attended court for two years on the misdeamenor charge.Plaintiff alledges person defendant is the cause of the fraud upon the court incident in which plaintiff found out later the connection between defendant and judge bushing,also other unusual incidents . SEE EXHIBITS-E96,
. Defendant appears to have stalked plaintiff to plaintiffs upstate residence ,contacted defendant # 69 the mayor of Albany ,and others in albany,and upstate locations and orchestrated acts to cause trouble for plaintiff .defendant is associated with co defendants and one or more of the defendants conspired harm to plaintiff,to grt plaintiff murdered by drug dealers in a scheme to defraud plaintiff and plaintiffs companies in violation of murder for hire 18usc ,bribery 18usc, extortion under the hobbs act, hate crimes act18usc,stalking 2261a-b,retaliation 18usc , in violation of RICO 1962 (c) (d) --
**23**.
upon information and belief and evidence , defendants # 70,71,72,73 albany new york ex police chiefs from 2015-until 2018. The ex police chief's and local officers participated in violent racketeering schemes related to embezzling plaintiffs companies. The local albany new york ex police chiefs conspired with co- defendants to get plaintiff out of apt .SEE DISCOVERY D48,SEE DISPOSITION DS 45,out of new york so that co def defendants could set up

companies of plaintiffs companies identity in NEW YORK..Defendants #
70,71,72,73 conspired as   rogue gangsters under the color of law and above
the law to interfere  and block plaintiffs equal right to  police protection,by luring
dangerous  armed  drug dealers  carrying guns to sell narcotics around plaintiffs
apt. an. Defendants allowed  the drug dealers to  loiter and sell narcotics on a
daily base 2015-2018. SEE EXHIBITS E109 SEE DISPOSITION DS46.When
plaintiff would call the police on the drug dealers to get  away from residence ,the
Albany NY police would tell the drug dealers that  plaintiff  was the one who
called on them,intentionally putting plaintiffs  safety in danger. The drug dealers
would also use the deli across the street as a base to  loiter and sell narcotics.
SEE EXHIBIT E110--. in which plaintiff tried to have shut down in which
defendants blocked. SEE DISCOVERY D49. The drug detectives in albany told
plaintiff  if  plaintiff  wanted their help  Plaintiff  would have to buy  drugs from
the drug dealers,in which plaintiff Iwould not buy ,police responded ,then  do not
expect their help. SEE DISCOVERY D50,SEE DISPOSITION DS47-The  albany
new york police officers  tried to intimidate plaintiff  to move each time plaintiff
had to report a incident,demanding that plaintiff move. plaintiff responded to
police officers that the drug dealers  should move ,move to were they live with
their activity, and suppose to be arrested on the spot after a called complaint..
AFTER  plaintiff complained that the drug dealers did not live in the area,some
unknown agency or person lured the drug dealers to the side street on  clinton
street  of plaintiffs residence  and moved them in  some of the houses . SEE
EXHIBIT E111,SEE DISCOVERY D51,in which the drug dealers would then
show up daily and tell the police they  now live on the street. .The drug dealers
stole  $140 from plaintiff , ,broke out all of  plaintiffs windows in  plaintiffs  apt
causing minor cuts to plaintiff ,also a drug dealer  throwing a full bottle of water in
plaintiffs eye causing swelling and injury in which  plaintiff had  to seek medical
treatment at albany hospital. The drug dealers also   menaced  plaintiff  several
times with their guns they obtained . Local police in albany ny and  the unknown
how many named defendants conspired to  intentionally  force plaintiff out of apt
in which plaintiff would become homeless,and disrupt plaintiff from  stopping the
defendants embezzlining plaintiffs companies. One or more of the defendants or
co -defendants conspired harm,to get the drug dealers to murder plainttiff in a
scheme to defraud plaintiff and plaintiffs companies.The defendants conduct is
of murder for hire. Local police intentionally  obstructed justice and  state and
local law enforcement  relating too  new york loitering laws. SEE  EXHIBIT
E112,,SEE DISCOVERY D52,SEE DISPOSITION DS48  The  defendants also
violated plaintiffs privacy  and stalked plaintiff to parks multiply times  that plaintiff
goes to workout  causing plaintiff  concern for immediate safety.The acts consist
of conduct to  cause harm to plaintiff, in which plaintiff contacted the DOJ and
got 0 response.  THE named defendants stopped and  would not respond to any
of plaintiffs call  for assistance in deprivation of plaintiffs right18 usc
241,242,retaliation 18 usc ,bribery 18usc , stalking 2261a-b,murder for hire
18usc ,hate crime 18 usc ,extortion under the hobbs act in violation of RICO
1962 (c)(d),SEE EXHIBITS.E113, SEE DISCOVERY D54,SEE DISPOSITION
DS49..

**24**. Upon information and belief defendants # 74 Tech  Valley-FIRST LIGHT  of Albany ny ,participated in retaliation acts,and acts to disrupt plaintiff in filing a civil complaint against named defendants , by  disabling the  internet services to plaintiff in 2015-2018,and disconnecting plaintiffs internet services permantly october 2018, disrupting plaintiff in  drafting of complaint that was not finished or filed yet. Defendants act is consistant of bribery 18usc201 ,retaliation 18usc 1513, in violation of RICO 1962 (c) (d)

**25**. upon information and belief defendant Tom Keppler participated in retaliation acts against plaintiff,  to disrupt plaintiff in filing a civil complaint ,and intentionally coiercing tenants and local drug dealers to give plaintiff a hard time , telling them he wants her out,  in which they would mumble around me, tom wants her out in which one tenant ( who was a unstable  prostitute un be known to tenant at time of moving to apt) kept threating plaintiff with hammer for unknown reason.Plaintiffs windows where  broken out by drug dealers loitering in front of building daily for 10-12 hours <u>SEE EXHIBITS  4A, 5A</u>  other tenants throwing garbage in front of plaintiffs door, dumped coffee in plaintiffs new air condition. Plaintiff also alledges  each  time  on 3 separate occasions of flat tires on 10 speed bike after defendant Tom Keppler  left apt  doing repairs in which defendant obviosly  intentionally flatted the tires of plaintiff for no known reason. Plaintiff also alledges of seeing local police approaching defendant Tom Keppler and both defendants giving plaintiffs dirty looks for unknown reason. Plaintiff alledges of being a  decent, clean, stable,reliable,quiet tenant, who has 0 to do with drugs, and has no guests that visit, does not loiter around building,has cleaned  in  and around the building for owner Tom Keppler for nothing ,just to keep it clean, and  who does not have a superintendant  there, and does not clean  around the building or in the building. Plaintiff also alledges of renting apt in 2013 after answering ad studio for rent on craigslist. Plaintiff alledges rent is $375.00 and plaintiff has been over paying owner $400  cash payments , since 2015 a extra $25  each month just  to be a reliable tenant. The over payments amount to $1,200 . Plaintiff  alledges of defendant aggressively harassing plaintiff to move out of apt ,of refusing to give a rent receipt after cash  payment oct 2018,and returning about $60-$80 telling plaintiff to move. Plaintiff also alledges of defendant  then claiming plaintiff did not pay oct 2018 and refused to accept any check  from plaintiff for  November 2018 after plaintiff told owner oct 18 2018 that rent  checks would be mailed to his address from now on. Defendant also refused to accept any dss payment  defendant claimed plaintiff did not pay oct 2018 after giving plaintiff a eviction letter for non payment  on oct 18 , 2018 after plaintiff contacted housing code  to have owner Tom Keppler turn gas -heat on ,and fix broken  window in which plaintiffs apt was broken in twice, which then  plaintiffs tires on bike were flat after owner Tom Keppler  left apt in which was the third incident of tires being flatted after he left apt.Plaintiff also alledges 1st repair cost $40,2nd repair cost $140,and third repair $140 totaling $320 of tire damages. Defendant owner of apt house has been overpaid $1,200 in rent , as of November 2018 refuses to accept in rent from plaintiff to force plaintiff out of apt into the streets to  be homless,in which defendant filed a non payment eviction in which he refuses to accept  rent payments which makes

the filed non payment  for rent void. Defendant is participating in two counts of retaliation , in which the ny state 223-b  prohibits eviction after 6 months of filing a housing code complaint . The defendant filed eviction on behalf of the albany ny defendants in violation of 18usc1511, 18usc ,bribery 18usc ,in violation of RICO 1962 (c)(d)

**CASE   STATEMENT DETAILED;  PREDICATE ACTS ,CAUSE OF ACTION ,
RICO STATUTE VIOLATIONS- BY
PARAGRAPH**

**1**.
1 INTERFERENCE WITH INTERSTATE AND FOREIGN   COMMERCE   18
USC 1951 -1952
2.  COMPUTER FRAUD 18 USC1029 ,1030 a,1,7
3. SCHEME TO DEFRAUD 18 USC 1346
4. WIRE FRAUD   18 USC 1343
5. MAIL FRAUD   18 USC  1341
6. COMMON LAW TRADEMARK INFRIDGEMENT UNDER  43a 1125
7. UNFAIR   COMPETITION UNDER 43a 1125 (A)(D)
8. FALSE DESIGNATION OF ORIGIN UNDER 43 a1125
9.ECONOMIC ESPIONAGE  18 USC 1831
10.CYBERSTALKING 2261A ,B
11.RACKETEERING 1961
12. EXTORTION UNDER THE HOBBS ACT 18 USC 1959
13 .RICO 1962 ( a) (b) (c) (d)
**A-B**
1.INTERFERENCE WITH INTERSTATE COMMERCE 18 USC 1951
2. UNFAIR COMPETION  UNDER 43 a1125
3. COMMON LAW TRADEMARK INFRIDGEMENT UNDER 43 a 1125
4. FALSE DESIGNATION OF ORIGIN 43 a1125
5. CYBERSTALKING 2261A -B
6. SCHEME TO DEFRAUD 18 USC 1346
7. WIRE FRAUD 18 USC 1343
8. COMPUTR FRAUD 18 USC 1029,1030a,7
9. ECONOMIC ESPIONAGE  18 USC1831
10. RACKETEERING 1961
11.EXTORTION UNDER THE HOBBS ACT 18 USC 1959
12. RICO 1962 (a)(b)(c)(d)
**2**
1. COMMON LAW TRADEMARK INFRIDGEMENT  43 (A) 1125
2. UNFAIR COMPETITION 43a 1125
3. FALSE DESIGNATION OF ORIGIN 43 a 1125
4. WIRE FRAUD 18 USC 1343
5. MAIL FRAUD 18 USC 1341
6. SCHEME TO DEFRAUD  18 USC 1346
7. RACKETEERING 1961
8. EXTORTION UNDER THE HOBBS ACT 18 USC 1959
9. ECONOMIC ESPIONAGE 18 USC 1831
10. CYBERSTALKING 2261A,2261B
11.RICO 1962 (A)(B)(C)(D)
**A**

1

1. CYBERSTALKING /STALKING 2261A -B
3. COMMON LAW TRADEMARK INFRIDGEMENT 43 a 1125
4. EMBEZZLEMENT   18 USC
5. FALSE DESIGNATION  OF ORIGIN 43 a 1125
6. SCHEME TO DEFRAUD 18 USC 1346
7. WIRE FRAUD  18 USC  1343
8. MAIL FRAUD   18 USC  1341
9.ECONOMIC ESPIONAGE 18 USC 1831
10. EXTORTION UNDER THE HOBBS ACT 1959
11. RICO 1962 (A)(B)(C)(D)
**3-3A**
1.CYBERSQUATTING 43 a1125
2. COMMON LAW TRADE MARK INFRIDGEMENT 43  1125
3.FRAUD 18USC 1064 43 a 1125
4.EMBEZZLEMENT 18USC
5.FALSE DESIGNATION OF ORIGIN 43 a 1125
6. INTERFERENCE WITH INTERSTATE AND FOREIGN COMMERCE 18 USC 1951
7. CYBERSTALKING 2261A -B
8. SCHEME TO DEFRAUD 18 USC 1346
9.WIRE FRAUD 18 USC 1343
10.MAIL FRAUD 18 USC 1341
11. RACKETEERING 1961
12. ECONOMIC  ESPIONAGE  18 USC1831
13. EXTORTION UNDER THE HOBBS ACT 18 USC 1959
14. RICO 1962 (A) (B) ( C) (D)
**4**
1.CYBERSTALKING 2261A-B
2. FALSIFYING RECORDS
A-C-
1.   COMMON LAW TRADE MARK INFRIDGEMENT 43 a 1125
2. FALSE DESIGNATION OF ORIGIN 43 a 1125
3. UNFAIR COMPETION 43 a1125
4. CYBERSTALKING/STALKING 2261 A -B
5. SCHEME TO DEFRAUD  18 USC 1346
6. WIRE FRAUD 18 USC 1343
7. MAIL FRAUD 18 USC 1341
8. RACKETEERING 1961
9. EMBEZZLEMENT 18 USC
10. EXTORTION UNDER THE HOBBS ACT 18 USC 1959
11. RICO 1962 (A)(B) (C) (D)
**5**
1.CYBERSTALKING 2261A-B
2.COMMON LAW TRADEMARK INFRIDGEMENT 43 a 1125
3.FALSE DESIGNATION OF ORIGIN 43 a 1125
4.UNFAIR COMPETITION 43 a 1125

5.SCHEME TO DEFRAUD  18 USC 1346
6. WIRE FRAUD 18 USC 1343
7.MAIL FRAUD 18 USC 1341
8. INTERFERENCE WITH INTERSTATE AND FOREIGN COMMERCE 18 USC 1951
9. EXTORTION UNDER THE HOBBS ACT 18 USC 1959
10.RACKETEERING 1961
11.RICO 1962 (A)(B)(C)(D)

**6**
1.CYBERSTALKING 2261A -B
2. CYBERSQATTING 43 a1125
3.  UNFAIR COMPETITION 43a1125
4.COMMON LAW TRADEMARK INFRIDGEMENT 43a1125
5. FALSE  DESIGNATION OF ORIGIN 43a 1125
6.INTERFERENCE WITH INTERSTATE AND FOREIGN COMMERCE 18 USC1951
7.SCHEME TO DEFRAUD 18 USC 1346
8. COMPUTER FRAUD 1029 ,1030 A,1,7
9. WIRE FRAUD 18 USC 1343
10. MAIL FRAUD 1341
11. ECONOMIC ESPIONAGE 18 USC 1831
12.EXTORTION UNDER THE HOBBS ACT 18 USC 1959
13.RACKETEERING 1961
14. RICO 1962 ABCD

**7**
A-B
1.CYBERSTALKING /STALKING 2261A -B
2. COMPUTER FRAUD 18 USC 1029,1030a,1,7
3. INTERFERENCE WITH INTERSTATE AND FOREIGN COMMERCE 18USC1951
4.  SCHEME TO DEFRAUD 18 USC 1346
5. WIRE FRAUD 18 USC 1343
6.   MAIL FRAUD 18 USC 1341
7. COMMON LAW TRADEMARK INFRIDGEMENT 43a 1125
8. UNFAIR COMPETITION 43a 1125
9. FALSE DESIGNATION OF ORIGIN 43 a 1125
10. EMBEZZLEMENT 18 USC
11. ECONOMIC ESPIONAGE 18 USC 1831
12.EXTORTION UNDER THE HOBBS ACT 1959
13.RACKETEERING 1961
14.RICO 1962 A,B,C,D

**8**
1. CYBERSTALKING /STALKING 2261A-B
2.  ECONOMICAL ESPIONAGE 18 USC 1831
3. UNFAIR TRADE PRACTICES 43a1125
4. COMMON LAW TRADEMARK INFRIDGEMENT 43a1125

3

5. FALSE DESIGNATION OF ORIGIN  43 a 1125
6. SCHEME TO DEFRAUD 18 USC 1346
7. COMPUTER FRAUD 18 USC 1029, 1030
8. WIRE FRAUD 18 USC 1343
9. ECONOMIC ESPIONAGE 18 USC1831
10.EXTORTION UNDER THE HOBBS ACT 18 USC 1959
11. RACKETEERING 1961
12.RICO 1962 A ,B,C,D
**9**.
1. UNFAIR TRADE PRACTICES 43a1125
2.FALSE DESIGNATION OF ORIGIN 43a1125
3. SCHEME TO DEFRAUD 1346
4. WIRE FRAUD 1343
5. EXTORTION UNDER THE HOBBS ACT 18USC  1959
6. RIC 1962 (C) (D)
**10**.
1. TRADEMARK INFRIDGEMENT 43a1125
2.UNFAIR TRADE PRACTICES 43a1125
3. CYBERSTALKING 2261A-B
4.  ECONOMIC ESPIONAGE 18USC1831
5.  SCHEME TO DEFRAUD 1346
6.WIRE FRAUD 1343
7.MAIL FRAUD 1341
8.RACKETERIING 1961
9. RICO 1962 (a)(b)(c)(d)
**11-12 -13-14**
1.CYBERSTALKING 2261A-B
2.COMMON LAW TRADEMARK INFRIDGEMENT 43a 1125
3.UNFAIR TRADE PRACTICES 43a 1125
4. SCHEME TO DEFRAUD 18 USC 1346
5. WIRE FRAUD 18 USC 1343
6. MAIL FRAUD 18 USC 1341
7. EXTORTION UNDER THE HOBBS ACT 1959
8. TRAFFICING IN COUNTERFEIT  GOODS  18 USC 2320
9.  RACKETEERING 1961
10. RICO 1962 A,B,C,D
**15-16**
1.CYBERSTALKING /STALKING 2261A -B
2.COMMON LAW TRADE MARK INFRIDGEMENT  43 a 1125
3.  SCHEME TO DEFRAUD 18 USC 1343
4.WIRE FRAUD 18 USC 1343
5.MAIL FRAUD 18 USC 1341
6.UNFAIR TRADE PRACTICES,FALSE DESIGNATION OF ORIGIN  43a 1125
7.COMPUTER FRAUD 18 USC 1029 ,1030 A,1,7
8. TRAFFICING IN COUNTERFEIT GOODS 18 USC 2320
9.INTERFERENCE WITH INTERSTATE AND FOREIGN COMMERCE  18 USC

4

1951
10. EMBEZZLEMENT 18 USC
11. ECONOMIC ESPIONAGE  18 USC1831
12.EXTORTION UNDER THE HOBBS ACT 18 USC1959
13. RACKETEERING 1961
14. RICO 1962 A,B,C,D
**17**
1.ECONOMIC ESPIONAGE 18 USC 1831
2.COMMON TRADE MARK INFRIDGEMENT 43a 1125
3. FRAUD 18 USC 1064  43 a 1125
4. PUBLIC CORRUPTION 18 USC  201
5.UNFAIR COMPETITION  43a 1125
6.CYBERSTALING /STALKING 2261A-B
7. FALSE DESIGNATION OF ORIGIN 43 a 1125
8.SCHEME TO DEFRAUD 18 USC 1346
9.WIRE FRAUD 18 USC 1343
10. MAIL FRAUD 18 USC 1341
11.COMPUTER FRAUD 18 USC 1029, 1030 a,1,7
12. EXTORTION UNDER THE HOBBS ACT 1959
13. RACKETERING 1961
14. RICO 1962 A,B,C,D 14. RICO 1962 A,B,C,D
**18**
A,B,C,D
1.CYBERSTALKING /STALKING 2261A -B
2. COMMON LAW   TRADE MARK INFRIDGEMENT 43 a1125
3. SCHEME TO DEFRAUD 18 USC 1346
4.WIRE FRAUD 18 USC 1343
5.MAIL FRAUD 18 USC 1341
6.COMPUTER FRAUD 18 USC 1029,1030 A,1,7
7.  UNFAIR  TRADE   PRACTACIES  43 a 1125
8.FALSE DESIGNATION OF ORIGIN 43 a1125
9.EMBEZZLEMENT 18 USC
10. ECONOMIC ESPIONAGE 18 USC 1831
11.EXTORTION UNDER THE HOBBS ACT 18 USC 1951
12.RACKETEERING 18 USC1961
13.RICO 1962 A,B,C,D
**19**
1. CYBERSTALKING/STALKING 2261A-B
2.CYBERSQUATTING 43 a 1125
3. INTERFERENCE WITH INTERSTATE AND FOREIGN COMMERCE 18 US C
1951
4. COMPUTER FRAUD 18 USC 1029 ,1030 a,1,7
5. UNFAIR TRADE PRACTICES 43 a 1125
6. COMMON LAW TRADE MARK INFRIDGEMENT 43 a 1125
7. FALSE DESIGNATION OF ORIGIN 43 a1125
8. EXTORTION UNDER THE HOBBS ACT 18 USC 1959

9.ECONOMICAL ESPIONAGE 18 USC 1831
10.SCHEME TO DEFRAUD 18 USC 1346
11.WIRE FRAUD 18 USC 1343
12.MAIL FRAUD 18 USC 1341
13. RACKETEERING 1961
14.RICO 1962 A,B,C,D
**20**
1.RETALIATION 18 USC 1513
2. CYBERSTALKING/CYBERBULLYING 2261A-B
3. UNFAIR TRADE PRACTICES 43 a 1125
4. DEFAMATION
5. RICO 1962 C,D
**21**
1.CYBERSTALKING 2261A -B
2. UNFAIR TRADE PRACTICES 43a1125
3. CYBERSQUATTING 43a,d1125
4. COMMON LAW TRADE MARK INFRIDGEMENT 43 a 1125
5. SCHEME TO DEFRAUD 1346
6. WIRE FRAUD 18 USC 1343
7. MAIL FRAUD 18 USC 1341
8. EXTORTION UNDER THE HOBBS ACT 18 US 1959
9.RICO 1962 A,B,C,D
**22**
1.STALKING 2261A-B
2. HATE CRIME
3.RETALIATION  18USC1513
4.BRIBERY 18 USC 201
5.EXTORTION UNDER THE HOBBS ACT 18 USC 1959
6. MURDER FOR HIRE 18 USC 1958
7.RICO 1962 C,D
**23**
1.STALKING 2261A-B
2.BRIBERY 201
3.RET ALIATION 18 USC 1513
4.MURDER FOR HIRE 1958
5.DEPRIVIATION OF RIGHTS 242
6.EXTORTION UNDER THE HOBBS ACT 1959
7.OBSTRUCTION OF STATE AND LOCAL LAW ENFORCENT
8.RICO 1862 C,D
**24**
1. BRIBERY 201
2. RETLIATION
3. RICO 1962 C,D
**25**
1.  BRIBERY 201
2. RETALIATION 18USC1513

3.RICO 1962 C,D

# SUMMARRY OF  INJURIES /DAMAGES

..............................................

<u>$91.450 BILLION DOLLARS</u>

**1**.LOSS IN PROFITS AS OTHER BRAND COMPANIES- $ 6 BILLION DOLLARS **2**. CORRECTIVE ADVERTISING COSTS -$6 BILLION DOLLARS

**3**. PRO SE FEE'S,COURT COSTS,COST TO INITIAT LAWSUITT,ATTORNEY'S COST $ 100 MILLION DOLLARS

**4**. RELOCATION COSTS $100 MILLION

**5**. UNPAID ROYALATIES BY NAMED $150,000,000 MILLION DOLLARS                              ..........

..............................................**<u>AMOUNT OWED BY EACH NAMED</u> <u>DEFENDANT OF THE $ 91 .450 BILLION DOLLARS</u>**

**1**.LOSS IN PROFITS AND REVENUE AS OTHER COMPANIES-1 COMPANY/ $ 80 MILLION DOLLARS **2** COMPANIES-$160 MILLION DOLLARS SINCE  DISCOVERY 2015   <u>BY EACH</u>

**2**.CORRECTIVE ADVERTISING COSTS -NATIONWIDE- @ 1MILLION DOLLARS A DAY =$ 365 MILLION  X  3 YEARS OF CORRECT DESTINATION OF ORIGIN  SINCE DISCOVERY 2015 =$ 1.560,000,000 BILLION DOLLARS <u>BY EACH </u>DEFENDANT

**3**.PRO SE COSTS  ,AND COST TO BRING THE LAWSUIT ,TRAVELING AND RELATED COURT COSTS,COSTS  OF EXPERT WITNESSES AND ATTORNEYS $ 2.740,000 MILLION DOLLARS  <u>BY EACH DEFENDANT</u>

**4**.RELOCATION COSTS $ 3 MILLION DOLLARS <u>BY EACH  DEFENDANT</u>

**5**. UNPAID ROYALATIES AT @ $15 MILLION DOLLAR BY EACH NAMED DEFENDANT

1

LISTS OF EXHIBITS
## CASE STATEMENT
A.INTRO PAGE-E1,E2,E21,55,E56,E56AE57,E58,E59,E60,E61,E62,E65
B.SEARCH ENGINE DEFENDANTS -
E8,E9,E11,E13,E14,E15,E16,E17,E64,E81,E82,E83,E84,E85,E86
C. COMPETITORS -E46,E47,E49,E50
D. E 72 ( 1-100 )
E.-E87,E88,E89-E51 (1-100 ),E52 ,E53 ( 1-100 )
F.E91 ( 1-100 )
G.E96
H. E95,E104,E105,E106,E107,E108,E113,E114,E115
I.E109,E110,E111,E112
J.E90
K.  LIST OF SIMILAR COMPLAINTS
L.    LEGAL DEFINITIONS
M. EXPERTS,EXPERT WITNESSES
N.STATE VIOLATIONS EXHIBITS
O.PREDICATE ACT DEFINITIONS
P.E19,E20
Q.E32,E33,E34,E35,E36,E37,E38,E39,E40,E41,E42,E43E44,E45
R.E22,E23,E24,E25,E26,E27,E28,E29,E30
S. EE63,E92,E93,E94,E97,E98,E99,E100,E101,E103,E104
T. E10,E15,E67,
U. DISCOVERIES + DISPOSITIONS
V.CV1,CV2,CV3,CV4
DP DISNEY + PIXAR - E66,E68,E69,E70,E71,DP1,DP2,DP3,DP4,DP5
AEP-.AMAZON,EBAY,PAYPAL -
E73,E75,E76,E77,E78,AM1,AM2,AM3,AM4,AM5,EB1,EB2,EB3,EB4,EB5,PP1,P
P2,PP3,PP4,PP5
CDDC -
CD1,CD2,CD3,CD4,CD4,CD5,CD6,CD7,CD8,CD8,CD9,CD10,CD11,CD12,CD1
3,CD14,CD15

TIME FRAME  TO TRIAL

**1**. COMPLAINT FILED /INJUNCTION MOTIONS- REPLYS/ ANSWERS - 16 DAYS

**2**. REPLYS/ ARGUMENTS /MOTIONS /DISCOVERY- 26 DAYS

**3**. MEDIATION /SETTLEMENT CONFERENCE -2 WKS

**4**.TIME FRAME- DISCOVERIES -REQUEST FOR DISCOVERIES /REQUEST FOR PRODUCTION /REQUEST FOR ADMISSION /POSITIONS/  EXPERT WITNESSES 2- 4 MONTHS

**5**. COURT CONFERENCE - STATUES OF DISCOVERIES /FINAL STATUES/ 3-4 DAYS

**6**.TIME ESTIMATE OF  TRIAL  3-4-DAYS, OR  7-20  DAYS

**7**. TRIAL DATE  IN  8 MONTHS. **PLAINTIFF IS PREPARED FOR TRIAL-**
**(  documents , that include evidence from exhibits**)

1

ADDRESSES

1.LARRY PAGE  (CEO GOOGLE,ADSENSE ,YOU-TUBE)-**1600 AMPHITHEATER PARKWAY ,MOUNTAIN VIEW CA 94043**

2. SERGEY BRIN - ( CEO GOOGLE ,ADSENSE ,YOU -TUBE )**1600 AMPHITHEATER PARWAY ,MOUNTAIN VIEW ,CA  9403**

3. MARK ZUCKERBERG (  CEO FACEBOOK)**- 1 HACKERWAY ,MENLO PARK,CA  94025**

4.DAVID FILO ( EX CEO YAHOO ) 46 PALO ALTO ,CA 94306

5.JERRY YANG ( EX CEO YAHOO) 44 LOS ALTOS HILLS ,CA 94022

6.MARISSA MAYER ( EX CEO YAHOO,CHAIRMAN WALMART ) -**165 UNIVERSITY PALO ALTO ,CALIFORNIA**

7. HANS VESTBERG (CEO  OF VERIZON ) **226 WEST 45 TH STREET NEW YORK, NY**

8. JEFF BEZIO ( CEO  AMAZON.COM )-**1200 12 TH AVENUE SOUTH SUITE 1200,SEATTLE ,WA 98144**

9. SATYA NADELLA ( CEO MICROSOFT ,BING )- **1 MICROSOFT WAY ,REDMOND ,WA 98052**

10. BRAD SMITH   ( CEO MICROSOFT ,BING )- **1 MICROSOFT WAY REDMOND ,WA 98052**

11. GABRIEL WEINBERG -  ( CEO GODUCKGO )**20 PAOLI PIKE ,PAOLI PENNSYVANIA 19301**

12. DOGPILE - GONET- ?

13. DEVIN WENG - ( CEO CEO EBAY,PAYPAL )**2025 HAMILTON AVENUE ,SAN JOSE ,CA 95125**

14.PIERRE OMIDYAN ( CEO EBAY,PAYPAL ) **- 2025 HAMILTON AVENUE ,SAN JOSE,CALIFORNIA ,CA 95125**

15.TIM ARM STRONG ( CEO AOL ) -**770 BROADWAY NEW YORK ,NY 10003**

16. BEN SIBERMAN (CEO  PINTEREST **) 808 BRANNAN  STREET SANFRICISCO ,CA  94103**

17. JOEY LEVIN- CEO  (ASK, IAC **) 55 WEST 18TH STREET NEW YORK ,NY**

18. JOAN WILSON  (CEO UNION SQUARES VENTURES)  **915 BROADWAY NEW YORK ,NY 10010**

19.FRED WILSON   ( CEO UNION SQUARES VENTURES )**915 BROAWAY NEW YORK ,NY 10010**

20. AMY CHESHIRE ( HEY GORGEOUS ) **270 WEST 38TH STREET NEW YORK NY**

21. DAVID WECHSLER  ( HEY GORGEOUS )**270 WEST 38 TH STREET NEW YORK, NY**

22.JASON APFEL   ( CEO FRAGRANCE.NET )**900 GRAND BLVD ,DEER**

1

PARK NEW YORK,NY

**23. LLOYD PARKS -**<u>3250 BROADWAY APT 145 NEW YORK,NEW YORK 10027</u>

**24. MICHAEL LOGAN -**<u>3250 BROADWAY APT 145 NEW YORK,NEW YORK 10027</u>

25. GRES MAFFEI - <u>**1 HSN STREET,PETERSBURGH ,FLORIDA  33716**</u>

26.JOHN MALONE ( CEO HSN ) - <u>**1 HSN   ST.  PERTERSBURGH ,FLORIDA 33716**</u>

**27.AJAY SINGH -GORGEOUS FOREVER**

28. LES WEXNER - ( CEO VICTORIA'S SECRET ) <u>**THREE LIMITED PARKWAY ,COLUMBUS ,OHIO 43230**</u>

29.  DAVID MCCONNELL- OF  AUSTRAILAN  ( GORGEOUS COSMETICS ) <u>**8616 LA TIJERA BOULEVARD ,LOS ANGELES ,CA 90045**</u>

<u>**30**</u>. KIM KARDASHIAN WEST-

31. KYLE KARDASHIAN

32..DOUGLAS MCMILLION - ( CEO WALMART )**702 WEST EIGHTH STREET BENTONVILLE ,ARKANSAS 72716**

**33.KANYE WEST-**

34..HELEN GIBSON - CEO HELLO GORGEOUS **) 1829 CORDOVA ROAD -17TH STREET CAUSEWAY ,FORT LAUDERDALE ,  33316**

35.DOMENICO SOLE  (CEO GUCCI )-**50 HARTE WAY SECAUCUS ,JERSEY CITY,NJ 21030**

36. CHRIS DE LAPUENTE ( CEO SEPHORA ) **525 MARKET STREET  ,FIRST MARKET TOWER FLOOR 36 ,SAN FRANCISCO ,CA 94105**

37. SALLY HERSHBERGER ( CEO GET GORGEOUS SALLY HERSHBERGER )**25 WEST 26TH STREET 2ND FLOOR NEW YORK ,NY**

38.DAVID TAYLOR, MICHELE SCANNAVINI  ( EX -CEO COTY )-  **350 5TH AVENUE ,17 TH FLOOR NEW YORK,NY 10018**

39. GORGEOUS COUTURE -(CEO)  LTD POBOX 701 SAN MATEO CALIFORNIA 94401

40.  GORGEOUS ANTIQUES (CEO)  467 DELAWARE AVENUE  ALBANY NY 12208

41.ABIDALI NEEMUCHWATA ( CEO YARDLY **) 3030 1114 6TH AVENUE NEW YORK ,NY**

42  .  MATTHEW FARRELL  ( CEO VITAFUSION )-**500 CHARLES,EWING BLVD ,EWING N.J. 08628**

43.  BLAKE NORSTORM ( CEO NORSTORM) - **1600 SEVENTH AVENUE SUITE 2600  SEATTLE, WA  98101**

44. DICK COSTOLO  ( CEO TWITTER )- **1355 MARKET STREET SAN**

FRANCISCO ,CA 94103

45. BOB MARINO (CEO CAFEPRESS ) - **11909 SHELBYVILLE ROAD, LOUISVILLE ,KENTUCKY 40243**

46.FRED DURHAM  ( CEO CAFE PRESS ) - **11909  SHELBYVILLE ROAD LOUISVILLE,KENTUCKY 40243**

47.ZAZZLE- ROBERT BEAVER **1800 SEAPORT BOULEVARD  REDWOOD CITY ,CA 94063**

48. INSTAGRAM- KEVIN SYSTROM- **200 JEFFERSON DRIVE MENLO PARK ,CA 94025**

49. YELLOW PAGES -   (CEO JARED ROWE) -247 NORTH LAKE  PKWY ,GA 30084

50. BOB IGER  DISNEY -**500 S. BUENA VISA STREET ,BURBANK ,CA  91521**

**51**. PETER DOCOR -PIXAR - **1200 PARK AVENUE EMERYVILLE ,CA**

52. LG ENTERPRISES- **201 JAMES RECORD RD, HUNTSVILLE ,ALABAMBA, 35824**

53. VOSTOK EUROPE WATCHES -   VILNIUS KOLIZ -**VYTENIO STR22 LY-03229 VILNIUS ,LITHUANIA ; EMAIL   info @votok -europe.com**

54.  VOSTOK EUROPE WATCHES- KOLIZ VOSTOC - **VYTENIO STR.22 ,LT -03229 VILNIUS ,LITHUANIA +370 52 10 6342**

55. JEAN PIGOZZI - **1 WEST 67 TH STREET STE NEW YORK ,NY 10023**

56. KD WAVE- **1 WEST 67 TH STREET STE 901 NEW YORK ,NY 10023**

57. LIMOSANDLIQUOR - BEN BROWN -PITTSBURGH ,PENNSYLVANNIA ?

58.ZIMZILLA -  70 BLANCHARD RD BURLINGTON ,MASSACHUSETTS  01803

59.BIG CARTEL -MATT WIGHAM,ERIC TURNER  -**362 WEST PIER POINT AVENUE ,SALT LAKE CITY , UTAH 84101**

**60**.RED BUBBLE- BARRY NEWSTEAD, MARTIN  HOSKING - -**111 SUTTER STREET 17TH FLOOR ,SAN FRANCISCO ,CA 94104**

61. REDARTISM -  ?

62. FRITZ LIMO-GERMANY-?

63. (LIMO SUN CEO) - **GAOSHA INDUSTRIAL COMPLEX BUILDING ,2A Z HONGCUN STREET  ,PANYU ,DISTRICT GUANGZHOU CHINA 511400**

64.(GORGEOUS GIRL COSMETICS CEO )- **6776 SOTHWEST FREEWAY # 530 HOUSTON TEXAS ,77036**

65. PENNY  PRITZER- **300  N. LASALLE STREET SUITE 1500 ,CHICAGO, ILLINOISE**

66. REBECCA BLANK-161 BASOM HALL 500 LINCOLN DRIVE MADISON ,WI 53706

67. WILBUR ROSS - **HERBERT C. HOOVER BUILDING ,1401 CONSTITUTION AVENUE ,NW, WASHINGTON DC 20230**

3

68. MICHAEL BLOOMBERGE -**731 LEXINGTON AVENUE ,NEW YORK,NY 10022**

69.KATHLEEN SHEEHAN - ( ALBANY,  NY MAYOR  **) 24 EAGLE STREET ALBANY ,NY  12208**

**70**. ROBERT  SEARS  ( ALBANY NY EX POLICE CHIEF ) **165 HENRY JOHNSON BLVD ALBANY ,NY  12210**

**71**.  STEVEN KROKOFF -2006 HERITAGE WALK ,MILTON ,GA  30004 (ALBANY NY EX - POLICE CHIEF)

72.BRENDAN COX ( ALBANY NY EX POLICE CHIEF  ) 165 HENRY STREET ALBANY NY   12210

73.  DERRICK SCHULTZ  ( ALBANY NY ) POLICE OFFICER - **165 HENRY JOHNSON BLVD    12210**

74.  KURT VAN WAGENEN ( CEO -TECH VALLEY-FIRST LIGHT )-  41 STATE STREET ALBANY NY 12207

75.TOM KEPPLER-   588 ELM AVENUE , SELKIRK ,NY 12158

76. GO DADDY -  (CEO  SCOTT WAGNER) - **14455 N. HAYDEN RD,SUITE 226 SCOTTSDALE,ARIZONIA 85260**

77. ENOM- SEAN MORIARTY - **58808 LAKE WASHINGTON BLVD ,NE 300 KIRKLAND ,WA 98033**

78. ENOM -ELLIOT NOSS **5808 LAKE WASHINGTON BLVD , NE 300 KIRKLAND ,WA 98033**

**79**.  DAVID BROWN   (CEO NETWORKSOLUTIONS) - 505 HUNTMAN DR,HERNDON,VIRGINIA,JACKSONVILLE ,FLORIDA

80. JAMIE DIMON ( CEO CHASE BANK ) 270 PARK AVENUE FLOOR FLOOR 12 NEW YORY ,NY 10017

81. NAME.COM( CEO)-  414 14TH STREET  # 200, DENVER,COLORADO 80205

82. NAMESILO.COM- (CEO)1300 E. MISSOURI AVENUE ,SUITE  110 PHOENIX ,ARIZONIA

83.HUGEDOMAINS.COM   CEO JEFF REBERRY AND ANDREW BERRY - **2635 WALNUT STREET DENVER ,COLORADO 80205**

84.DYNADOT,LLC - TODD HAN  **PO BOX 701 ,SAN MATEO,CALIFORNIA 94401**

85.DROPCATCH.CO -2635 WALNUT STREET ,DENVER COLORADO 80205

86.FASTDOMAIN -JEFF 1500 N PRIEST DR,SUITE 200 TEMPE ,ARIZONIA 85281

87.DOMAILLOCAL (CE0 )-

88.ASICO TECHNOLOGIES (CE0)-

89.HOSTGATOR

90.TUCOWS-  (CEO ELLIOT NOSS )5808 LAKE WASHINGTON BLVD NE **#**

201 KIRKLAND WA 98033

91. REBEL CORP -   ROB VILLENEUVE (CEO)-

92. 123 REG LIMITED -

93. NAMESAY LLC- 2635 WALNUT STREET DENVER COLORADO 80205

94.WILD WEST DOMAIN -  (CEO SCOTT WAGNER) 14455 NORTH HAYDEN ROAD ,SUITE 226 SCOTTSDALE ARIZONIA 85260

95. CSC CORPORATION -(CEO -BRUCE WINN) -251 LITTLE FALLS DRIVE WILMINGTON ,DE 19808

96.1 AND 1 INTERNET AG- ( CEO ACHIM WEISS ) 701 LEE RD. SUITE 300 CHESTERBANK PA 19087

97. LAUNCH PAD