SHEILA ROBINSON   ....
306.EAST.93RD.STREET
BRONX NEW YORK 10458
PLAINTIFF ,PRO SE

RECEIVED
SDNY PRO SE OFFICE

2019 JUL 18  PM 4: 12

VS
NAMED
DEFENDANTS ...
#1-106

.................................................................................................................

THE UNITED STATES  SOUTHERN DISTRICT COURT  ....
AMENED COMPLAINT                          .#1:18-CV-12233-LLS

~~INTRODUCTION THAT~~

INJUNTION  MOTION  FOR  # 1:18-CV-12233-LLS
Pg-25-33



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-18-19

1.LARRY PAGE -CEO- GOOGLE,ADSENSE ,YOU-TUBE-1600 AMPHITHEATER PARKWAY ,MOUNTAIN VIEW CA 94043

2. SERGEY BRIN -  CEO- GOOGLE ,ADSENSE ,YOU -TUBE-1600 AMPHITHEATER PARWAY ,MOUNTAIN VIEW ,CA  9403                                         3. MARK ZUCKERBERG -  CEO FACEBOOK- 1 HACKERWAY ,MENLO PARK,CA  94025

4.DAVID FILO - EX CEO -YAHOO- 46 PALO ALTO ,CA 94306

5.JERRY YANG - EX CEO -YAHOO- 44 LOS ALTOS HILLS ,CA 94022

6.MARISSA MAYER - EX CEO YAHOO,CHAIRMAN WALMART -165 UNIVERSITY PALO ALTO ,CALIFORNIA 94301

7. HANS VESTBERG-CEO  OF VERIZON  AND YAHOO- 226 WEST 45 TH STREET NEW YORK, NY10036

8. JEFF BEZIO - CEO  AMAZON.COM -1200 12 TH AVENUE SOUTH SUITE 1200,SEATTLE ,WA 98144

9. SATYA NADELLA- CEO MICROSOFT ,BING - 1 MICROSOFT WAY ,REDMOND ,WA 98052

10. BRAD SMITH - CEO MICROSOFT ,BING - 1 MICROSOFT WAY REDMOND ,WA 98052

11. GABRIEL WEINBERG -   CEO GODUCKGO -20 PAOLI PIKE ,PAOLI PENNSYVANIA 19301

12. DOGPILE - GONET- ?

13. DEVIN WENG - CEO CEO EBAY,PAYPAL-2025 HAMILTON AVENUE ,SAN JOSE ,CA 95125                                                 14.PIERRE OMIDYAN - CEO EBAY,PAYPAL- - 2025 HAMILTON AVENUE ,SAN JOSE,CALIFORNIA ,CA 95125

15.TIM ARM STRONG  - CEO -AOL -770 BROADWAY NEW YORK ,NY 10003

16. BEN SIBERMAN -CEO - PINTEREST -  808 BRANNAN  STREET SANFRICISCO ,CA 94103                                               17. JOEY LEVIN- CEO - ASK, IAC -  55 WEST 18TH STREET NEW YORK ,NY    10011

18. JOAN WILSON-CEO UNION SQUARES VENTURES-  915 BROADWAY NEW YORK ,NY 10010

19.FRED WILSON  - CEO UNION SQUARES VENTURES-915 BROAWAY NEW YORK ,NY 10010                                                      20. AMY CHESHIRE-  CEO HEY GORGEOUS- 270 WEST 38TH STREET NEW YORK NY  10018

21. DAVID WECHSLER-CEO HEY GORGEOUS -270 WEST 38 TH STREET NEW YORK, NY 10018

22.JASON APFEL- CEO FRAGRANCE.NET-110 PARKWAY DRIVE SOUTH,HAUPPAUGE NEW YORK,NY 11788

23. LLOYD PARKS - CEO GORGEOUS MAGAZINE-3250 BROADWAY APT 145 NEW YORK,NEW YORK 10027

24. MICHAEL LOGAN - CEO GORGEOUSMAGAZINE-3250 BROADWAY APT 145 NEW YORK,NEW YORK 10027

25. GRES MAFFEI - CEO-HSN -1 HSN STREET,PETERSBURGH ,FLORIDA  33716

26.JOHN MALONE - CEO- HSN - 1 HSN  ST. PETERSBURGH ,FLORIDA 33716

27. LES WEXNER -  CEO- VICTORIA'S SECRET- THREE LIMITED PARKWAY ,COLUMBUS ,OHIO 43230

28.  DAVID MCCONNELL- OF  AUSTRAILAN   CEO - GORGEOUS COSMETICS 8616 LA TIJERA BOULEVARD ,LOS ANGELES ,CA 90045

29. KIM KARDASHIAN WEST- 11790  SOUTH HAMPTON CT,BEL AIR ,CALIFORNIA 90077

30. KYLE KARDASHIAN  -1600 WESTAR DRIVE ,OXNARD, CALIFORNIA 93033

31..DOUGLAS MCMILLION - CEO WALMART-)702 WEST EIGHTH STREET BENTONVILLE ,ARKANSAS 72716                                              32.KANYE WEST-  11790 SOUTH HAMPTON CT,BEL AIR ,CALIFORNIA 90077



33..HELEN GIBSON - CEO- HELLO GORGEOUS-) 1829 CORDOVA ROAD -17TH STREET CAUSEWAY ,FORT LAUDERDALE ,   33316

34.DOMENICO SOLE-CEO GUCCI-50 HARTE WAY SECACUS ,JERSEY CITY,NJ 21030

35. CHRIS DE LAPUENTE - CEO SEPHORA- 525 MARKET STREET  ,FIRST MARKET TOWER FLOOR 36 ,SAN FRANCISCO ,CA 94105

36. SALLY HERSHBERGER - CEO- GET GORGEOUS-25 WEST 26TH STREET 2ND FLOOR NEW YORK ,NY  10011

37.DAVID TAYLOR -  EX CEO COTY -350 5TH AVENUE ,17TH FLOOR  N.Y.N.Y,10018

38.MICHELE SCANNAVINI - EX -CEO COTY -  350 5TH AVENUE ,17 TH FLOOR NEW YORK,NY 10018

39. GORGEOUS COUTURE -CEO  LTD POBOX 701 SAN MATEO CALIFORNIA 94401

40.   (CEO) - GORGEOUS ANTIQUES- 467 DELAWARE AVENUE  ALBANY NY 12208

41.ABIDALI NEEMUCHWATA- CEO YARDLY - 3030 1114 6TH AVENUE NEW YORK ,NY

42   .  MATTHEW FARRELL- CEO VITAFUSION -500 CHARLES,EWING BLVD ,EWING N.J. 08628

43.  BLAKE NORSTORM- CEO NORSTORM - 1600 SEVENTH AVENUE SUITE 2600 SEATTLE, WA  98101

44. DICK COSTOLO  - CEO TWITTER- 1355 MARKET STREET SAN FRANCISCO ,CA 94103

45. BOB MARINO- CEO- CAFEPRESS - 11909 SHELBYVILLE ROAD, LOUISVILLE ,KENTUCKY 40243

46.FRED DURHAM - CEO CAFE PRESS - 11909  SHELBYVILLE ROAD LOUISVILLE,KENTUCKY 40243

47. ROBERT BEAVER- CEO- ZAZZLE.COM- 1800 SEAPORT BOULEVARD  REDWOOD  CITY ,CA 94063                                                                                                48.

KEVIN SYSTROM- CEO -INSTAGRAM 200 JEFFERSON DRIVE MENLO PARK ,CA 94025

49. CEO JARED ROWE -CEO YELLOW PAGES -247 NORTH LAKE  PKWY ,GA 30084

50. BOB IGER - CEO- DISNEY -500 S. BUENA VISTA STREET ,BURBANK ,CA  91521

51. PETER DOCOR -PIXAR`- 1200 PARK AVENUE EMERYVILLE ,CA  94608

52. CEO-LG ENTERPRISES- 201 JAMES RECORD RD, HUNTSVILLE ,ALABAMBA, 35824

53.  VILNIUS KOLIZ - CEO VOSTOK WATCHES-VYTENIO STR22 LY-03229 VILNIUS ,LITHUANIA ; EMAIL  info @votok -europe.com

54.  KOLIZ VOSTOC - CEO VOSTOK EUROPE WATCHES - VYTENIO STR.22 ,LT -03229 VILNIUS ,LITHUANIA +370 52 10 6342

55. JEAN PIGOZZI -  CEO -(LIMOLAND APPAREL )1 WEST 67 TH STREET STE NEW YORK ,NY 10023

56. CEO-KD WAVE-  LIMO APPAREL -1 WEST 67 TH STREET STE 901 NEW YORK ,NY 10023                                                                                 57.CEO -

LIMO AND LIQUOR APPAREL 1HACKER WAY MENLO PARK,CA 94025

58. CEO-ZIMZILLA -  70 BLANCHARD RD BURLINGTON ,MASSACHUSETTS  01803

59.MATT WIGHAM- CEO -BIG CARTEL.COM-362 WEST PIER POINT AVENUE ,SALT LAKE CITY , UTAH 84101

60. ERIC TURNER-  CEO- BIG CARTEL.COM-362 WEST PIER POINT AVENUE ,SALT LAKE CITY ,UTAH 84101

61.BARRY NEWSTEAD - CEO RED BUBBLE/TEE PUBIC- 111 SUTTER STREET 17TH FLOOR ,SAN FRANCISCO,CA 94104                                                             62.

MARTIN  HOSKING - CEO RED BUBBLE/ TEE PUBLIC- -111 SUTTER STREET 17TH FLOOR ,SAN FRANCISCO ,CA 94104

63.MARK ECKO-CEO -(ECKO CLOTHING TM )501 WEST 38TH STREET N.Y.,NY 10018

64.  CEO- LIMO SUN - GAOSHA INDUSTRIAL COMPLEX BUILDING ,2A Z   HONGCUN



STREET ,PANYU ,DISTRICT GUANGZHOU CHINA 511400

65. CEO -(GORGEOUS GIRL COSMETICS CEO )- 6776 SOTHWEST FREEWAY #530 HOUSTON TEXAS ,77036

66. PENNY  PRITZER-  (EX EMPLOYEE DEPT COMMERCE ) 300  N. LASALLE STREET SUITE 1500 ,CHICAGO, ILLINOISE

67. REBECCA BLANK ( EX EMPLOYEE  DEPT COMMERCE) -161 BASOM HALL 500 LINCOLN DRIVE MADISON ,WI 53706

68. WILBUR ROSS -( CEO/EMPLOYEE- COMMERCE DEPT ) HERBERT C. HOOVER BUILDING ,1401 CONSTITUTION AVENUE ,NW, WASHINGTON DC 20230

69.. MICHAEL BLOOMBERGE -( EX MAYOR NYC )731 LEXINGTON AVENUE ,NEW YORK,NY 10022

70.KATHLEEN SHEEHAN - ( ALBANY,  NY MAYOR )  24 EAGLE STREET  ALBANY ,NY 12208

71.ROBERT  SEARS  ( ALBANY NY EX POLICE CHIEF ) 165 HENRY JOHNSON BLVD ALBANY ,NY  12210

72.STEVEN KROKOFF -2006 HERITAGE WALK ,MILTON ,GA  30004 (ALBANY NY EX -POLICE CHIEF)

73.BRENDAN COX ( ALBANY NY EX POLICE CHIEF  ) 165 HENRY STREET ALBANY NY 12210

74.  DERRICK SCHULTZ  ( ALBANY NY ) POLICE OFFICER - 165 HENRY JOHNSON BLVD 12210

75.  KURT VAN WAGENEN - CEO -TECH VALLEY-FIRST LIGHT -  41 STATE STREET ALBANY NY 12207

76.TOM KEPPLER-   ( EX-LANDLORD )588 ELM AVENUE , SELKIRK ,NY 12158

77.  SCOTT WAGNER-CEO -GO DADDY.COM - 14455 N. HAYDEN RD,SUITE 226 SCOTTSDALE,ARIZONIA 85260

78.SEAN MORIARTY- CEO ENOM -  58808 LAKE WASHINGTON BLVD ,NE 300 KIRKLAND ,WA 98033

79. ELLIOT NOSS -CEO ENOM  5808 LAKE WASHINGTON BLVD , NE 300 KIRKLAND ,WA 98033

80.DAVID BROWN -CEO NETWORKSOLUTIONS - 12808 GRAN BAY PARKWAY ,JACKSONVILLE ,FLORIDA 32258

81. JAMIE DIMON- CEO CHASE BANK- 270 PARK AVENUE FLOOR FLOOR 12 NEW YORY ,NY 10017

82. CEO- NAME.COM- 414 14TH STREET  # 200, DENVER,COLORADO 80205

83. CEO- NAMESILO.COM-1300 E. MISSOURI AVENUE ,SUITE  110 PHOENIX ,ARIZONIA 85014

84. JEFF BERRY- CEO - HUGEDOMAINS.COM 2635 WALNUT STREET DENVER ,COLORADO 80205

85. ANDREW BERRY CEO HUGEDOMAINS.COM - 2635 WALNUT STREET DENVER ,COLORADO 80205

86. TODD HAN-CEO- DYNADOT,LLC-  PO BOX 701 ,SAN MATEO,CALIFORNIA 94401

87.CEO-DROPCATCH.COM  -2635 WALNUT STREET ,DENVER COLORADO 80205

88.(CEO) -FASTDOMAIN.COM-1500 N PRIEST DR,SUITE 200 TEMPE ,ARIZONIA 87281

88.CE0-ASICO TECHNOLOGIES-   EMAIL;sales@ascio.com

89.JEFF FOX -CEO OF HOSTGATOR / ENDURANCE INTERNATIONAL -10 CORPORATE DRIVE ,BURLINGTON MA 01803

90.ELLIOT NOSS - CEO OF TUCOWS -5808 LAKE WASHINGTON BLVD NE #201 KIRKLAND WA 98033



91. ROB VILLENEUVE-CEO- REBEL.COM-EMAIL; ABUSE@REBEL.COM

92. CEO- 123 REG LIMITED -EMAIL; 123REG@portland.communications.com.Address;- (CEO) 123 REG,THE SHIPPING BUILDING,OLD VINYL FACTORY,252-254 BLYTHRORB,MIDDLESEX,ENGLAND UB31HA

93 CEO-NAMESAY LLC- 2635 WALNUT STREET DENVER COLORADO 80205

94. SCOTT WAGNER- CEO- WILD WEST DOMAIN-14455 NORTH HAYDEN ROAD ,SUITE 226 SCOTTSDALE ARIZONIA 85260

95. BRUCE WINN- CEO -CSC CORPORATION  -251 LITTLE FALLS DRIVE WILMINGTON ,DE 19808

96. ACHIM WEISS-CEO-1 AND 1 INTERNET AG- 701 LEE RD. SUITE 300 CHESTERBANK PA 19087

97 kawada adams-Superintendant of ALBANY NEW YORK SCHOOLS   -1 academy park ,albany new york 12207

98. SEAN REILY-CEO -LAMAR ADVERTISING- 5321 CORPORATE BLVD,BATON ROUGE,LA 70808

99. COREY STEMP - CEO-CHOOSEHAPPYCLOTHING.COM -222 WEST KENNEWICK AVENUE KENNEWICK WA 99336

100. KATIE STEM-CEO CHOOSEHAPPYCLOTHING.COM -222 WEST KENNEWICK AVENUE KENNEWICK WA 99336

101.WALKER WILLIAMS -CEO -TEE SPRING -3 DAVOL SQ STE B200 PROVIDENCE RI 02903                                                                                102.

102 EVANS CLAYTON -CEO -TEE SPRING -3 DAVOL SQ STE B200 PROVIDENCE RI 02903

103.MARC ECKO- CEO ECKO APPAREL-501 WEST 38TH STREET NEW YORK,N.Y.10018

104.JURGEN STARK -CEO TURTLE BEACH COMPANY-11011  VIA FRONTERA  SUITE A SAN DIEGO,CA 92127

105. ADENA FRIEDMAN - CEO NASDAQ  -1 LIBERTY PLAZA -165 BROADWAY NEW YORK ,N.Y. 10006                                                                              106.

106 SHERGFANG CHEN -CEO- EB- FRAGRANCE/EAST-B CORP/CHOOSE FRAGRACES -1135 WESTMINSTER  AVENUE,ALHAMBRA ,CA 91803



...................JURISDICTION AND VENUE

**1**.The court has subject matter jurisdiction over this action pursuant to 18USC 1964..

**2**.TheVenue is proper in this district pursuant to 18 USC 1965 and 28usc1391 because plaintiff resides in this district and in New York ,defendants is subject to personal jurisidiction in this judicial district , is targeting and defrauding plaintiff and plaintiffs brand trademark companies and product lines in new york , from other states,and in new york which enjoins the defendants.Note that RICO provides that process may be served in any judicialdistrict in the united states when required by the end of justice , in this district court,that has subject matter,jurisdiction over this action pursuant to 18usc1964 ...........................

..........................................................................................................................................................................STATUE OF LIMITATIONS......................... Plaintiff also alledges of not discovering the fraudulent schemes by the named defendants until 2015,in which the defendants are suppose to be, accredited search engine providers,emailing plaintiff to subitt domain into their computer server blast engines to get traffic,to conceal that they where actually diverting and collecting profit from the activity. US A law officials,officials from the intelligence agencies did not contact the public of the ponzi like scam by named defendants ,and has acted as protection rackets for them,allowing the conduct,The named defendants had continued the conduct on to plaintiffs other brand trademarks in the similar manner in which plaintiff was able to discover in 2015,the pattern and method of the defendants using their computer servers as a access device to defraud plaintiff and use trade secrets of brand companies and product lines.................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................................

.............................................................INTRODUCTION

Plaintiff is a native New Yorker moving to New York in 1975,from Conniecut at 11 years old. Plaintiff worked at age 18 from 1982-1998 ,in Hauppauge New York,Deer Park New York ,Farmindale New York Melville New York manufacturing assorted products including toys,apparel,cosmetics, in many factories including Cosmetic Giants DELL LABS and ESTTEE LAUDER. Plaintiff in 1997 in Mastic New york started,named and formed as a sole proprieter brand name company business GORGEOUS JEANS INTERNATIONAL TM Plaintiff filed a DBA business certificate ,and formed full brand name product line of streetclothes,cosmetics,fragrances magazines,footwear,swimwear food products,and online matching domain brand name in 1998 www.gorgeousjeans.com .Plaintiff formed the company in the dot com boom ERA , to generate millions of dollars in profit and advertised nationwide 24/7 the online website www.gorgeousjeans.com plans to go public, marketing ,to gain stockholders attention.Plaintiff automatically obtained common law trademark rights in 2003 after 5 years of forming and upon information and belief obtaining famous trademark rights as other brand companies in 2003-2019.Plaintiif formed 2 other companies in 2013 ,INSIDE LIMOS CLOTHING TM ,and HERE -DEAR INTERNATIONAL TM,CHUONG OO CHOOSE ,FRANKIE SALLY , with full product lines, and registering matching domain names of the High quality brand companies..There was no other product line with similar,as of incorporating plaintiffs brand trademark names. plaintiff..is the first to use in commerce and are of plaintiffs intellectual property rights worth billions of dollars in commerce in which plaintiff has sole rights and usage. ....................................................................................................................................................................................................................... Named defendants cyberstalked /stalked/ and or participated in multiply racketeering/fraudulent activity to obtain plaintiffs brand company /and or companies and product lines in unfair trade practices,common law trademark infridgement,cyberstalking/stalking,racketeering in violation of RICO. . Defendants/from austrialia/california/washington state/kentucky/and new york city cyberstalked/stalked plaintiffs New York brand trademark company/and or companies after seeing online company and intentionally caused plaintiff and plaintiffs brand trademark company /and or companies damages in loss profits ,loss profits as other brand trademark companies and nation wide corrective advertising damages,and relocation damages. Plaintiff is the founder of named brands ,which are high end designs that can generate plaintiff and plaintiffs company millions to billions of dollars in profit,profit as other brand companies.There is nothing frivilous,or baseless,or no merits



about,being allowed to profit millions to billions of dollars off own company, ceasing and deceasing anyone else from usage,or collecting un just profit,or suing for intentional damages to plaintiffs brand trademark company/and or companies and product line in which plaintiff ,has the right with out abuse of process or arbiturary predjudice, One or more of the named defendants have a pattern of similar conduct to other company/and or companies and counterfeiting /selling others brands and plaintiff is suing all named defendants and state a claim under the following for damages in the amount of $34.960 BILLION DOLLARS:

1.RICO.1962(a)(b)(c)(d)
2.COMMON.LAW.TRADEMARK.INFRIDGEMENT,UNFAIR                    COMPETITION,FALSE DESIGNATION       OF      ORIGIN,OF       THE      LANHAM      ACT      43a1125
3.STALKING/CYBERSTALKING..UNDER.2261(A)(B)
4.DEPRIVIATION.OF.RIGHTS.UNDER.18USC241,18USC.242
5.FRAUD..UNDER.USC1064..43(a)1125.
6.CYBERSQUATTING.under.ANTICYBERSQUATTING.act.1996.43A1125...................................
....................................................................................... Defendants did commit 2 or more predicate offenses in a manner in which they calculated and premeditated intentionally ,and intentionally to threaten continuity of wide spread racketeering activity which affect interstate and       foreign       commerce       .    .........................
.........................................................................................................................
.................................................................................................
............. ............. ........................... ................... .............. .......
. .......                                                                                                   ...
......           ..           ......           ..    **1**.upon
information and belief and evidence defendants #1,2,3,4,5,6,7,8,9,10,11,12,15,17, are the Ceo's of the enterprises.yahoo, msn, google, bing, go duck go ,ask, you tube,facebook and computer programmers. In as early as 2004,and 2010 at various times and continuing , named defendants at their place of businesses , targeted,cyberstalked,stalked plaintiffs online company ,acting in concert and used their business as a criminal business enterprise computer, computer servers ,internet as a access device. to defraud plaintiffs brand trademark GORGEOUS JEANS INTERNATIONAL TM .Defendants intentionally and knowingly inserted thousands to millions of other businesses that they solicited to place in the online search of plaintiffs online company GORGEOUS JEANS INTERNATIONAL TM ,www.gorgeousjeans.com in their computer servers to defraud plaintiffs brand trade mark company and collect profits off plaintiffs brand trademark company name Defendants used emails to contact plaintiff as helpful accredited search engine providers of dot com businesses to get traffic by plaintiff injecting company domain www.gorgeous.com into their blast engines,to conceal that the defendants were actually defrauding plaintiff and plaintiffs brand trademark company.Defendants solicited, ,and collecting profits from thousands to millions of other businesses knowingly and intentionally to divert online traffic and profit away from plaintiffs online company to themselves ,in unfair trade practices,common law trade mark infridgement ,false designation of origin,fraud,computer fraud,wire fraud,mail fraud,scheme to defraud,cyberstalking,stalking,interference with commerce,racketeering ,violating and in violation of RICO (a) collecting and /or receiving income derived from a pattern of racketeering activity.(b) Maintaining and /or controling a business engaged in racketeering activity (c)conspiracy to engage or participate in a RICO enterprise engaged in racketeering.Named defendants conduct appears to be of one or more that conspired to harm plaintiff over brand trade mark company/and or companies and product line in violation of extortion under the hobbs act.SEE EXTORTION .SEE 43a1125 common law trademark infidgement,false designation of origin,economic espionage,unfair trade practices,18USC       1029,1030,1343,1341,1346,1951,1961,       18 USC183CYBERSTALKING/STALKING    2261(a)(b),SEE    RICO    1961-1962(a)(b)(c)(d) **2**.The same named defendants # 1,2,3,4,5,6,7,8,9,10,11,12,15,17,in as early as 2004,2010 and continuing,continued schemes to defraud plaintiff,in furtherance ,again used their businesses as a criminal enterprise and computer servers as a acess device to create online search pages of plaintiffs product line GORGEOUS JEANS INTERNATIONAL TM to divert commerce to plaintiffs online company. Named defendants conspired co-defendants to intentionally and knowingly and fraudulently inject the multiply similar /as of/incorporating cyber sqatted domains of co

(7)

defendants   into their created  online search pages  on their computer servers of  plaintiffs brand trademark GORGEOUS JEANS INTERNATIONAL TM and   product line . The acts of  mass businesses  with identical company brand trademarks  of plaintiffs company  appearing  online ,where   not isolated incidents of different businesses and individuals with the same company ideas at the same time but of the  named organized  defendants using their computer servers as a access device to to  manipulate and defraud  online commerce and profits  to  plaintiffs brand trademark company GORGEOUS JEANS INTERNATIONAL TM and product line in unfair trade practices,common  law  trademark  infringement,false  designation  of  origin,wire  fraud,mail fraud,scheme     to     defraud,traficing     in     counterfet     goods,interference     with commerce,cybersquatting,cyberstalking,stalking,computer     fraud,     economic     espionage ,racketeering in violation of RICO (a) collecting and receiving income derived from a pattern of racketeering(b)Acquisition and maintainance,and control  of a enterprise engaged in racketeering activity               SEE          43a1125,18USC1343,1341,1346,18USC2320,18USC 183,18USC1951,18USC1029,1030,18USC1961SEE    RICO    1961-1962    (a)(b)(c)(d) **3**.Upon information and belief and evidence  ,and plaintiffs discovery in 2015  defendant  #6 marrisa mayer  the  ex ceo of search engine company  yahoo  in as early as 2004 at place of business  targeted, and participated in  acts  to defraud plaintiffs company brand trademark and cosmetic trademark product line,using the  computer servers at yahoo  as a access device to defraud plaintiffs company. Defendant #6  as ceo of yahoo  knowingly and intentionally interfered with commerce to plaintiffs interstate website , injecting thousands to millions of other companies in  yahoos  computer  servers  in     the     online  searches  of  plaintiffs online  website www.gorgeousjeans.com     to     divert     commerce     away     from     plaintiffs     website www.gorgeousjeans.com  to intentionally cause a false designation of origin,  and  then collect income and payments from the a fraudulent ctivity  and investing the income  back into the  yahoo business.In 2015  defendant #6  left employment at  yahoo   and as chairman of  walmart , defendant and walmart CEO defendant # 31 conspired to scheme to defraud   plaintiff and plaintiffs  brand cosmetic  product  line  GORGEOUS  JEANS  INTERNATIONAL  TM- FLAMBOYANT FRAGRANCES and COSMETICS with co defendant #28 David Mcconnell  . The named defendants are all in association with one another which enjoins them ,  intentionally and knowingly and fraudulently  manufacturing  and selling in commerce the as of and incorporating brand trademark cosmetic line  of plaintiffs brand trademark cosmetic line GORGEOUS JEANS INTERNATIONAL TM -FLAMBOYANY FRAFRANCES and COSMETICS  on line at  walmarts ,and norstorm stores,obtained fraudulently  by cyberstalking/stalking/economic espionage and cybersquatting/infridging on plaintiffs brand trademark,using the internet and mails in furthernce of their schemes,  in  unfair competition ,common law trademark infridgement,cybersquatting, interference with commerce,wire fraud, mail fraud  scheme to defraud, trafficing in counterfeit goods,economic espionage,racketeering, in violation of RICO (a) collecting and receiving income derived from a pattern of racketeering activity (b) maintaining and controlling a enterprise in a pattern of racketeering activity (c) participating in a RICO enterprise (d) conspiracy to engage in a pattern          of          racketeering          activity .SEE.1343,18USC1341,18USC1346,18USC2320,18USC183,11961   .SEE  43a1125,18   USC 1951, 2261(a)(b) 18USC 8USC1961-1962 (a) (b) (c)(d)  e corrective  advertising  damages. SEE 1341,1343,1346, **4**..Upon information and belief and evidence  and plaintiffs discovery in 2015  and continuing in as early as 2004  defendant # 28David Mcconell of austraila seen plaintiffs online nation wide advertisement  of going public ,and stalked plaintiffs usa  company from austraila. Defendant #28 knowingly and intentionally   cyber sqatting  the domain name of plaintiffs company brand trademark  ,and cosmetic  product  line  GORGEOUS  JEANS  INTERNATIONAL  TM  - FLAMBOYANT FRAGRANCES-COSMETICS, registering in  2004 www.gorgeouscosmetics.com in  violation of the 1999 Anticybersquatting act .. Defendant #28 knew  that plaintiff was based in new york,and new jersey area and  went out west to california  to avoid and conceal plaintiff detection of  defendants scheme to defraud. plaintiffs New York based company brand trademark and   cosmetic brand   trademark  product line.Defendants #29 Kim  Kardashian west and defendant #30 Kyle kardashian conspired  to intentional cause a false designation to plaintiffs cosmetic  brand ,making nation wide internet videos with co-defendant in about 2009 ,to sabotaging   plaintiffs  brand in which they where and  are competitors with their own cosmetic

brand . Defendants used their celebrity to intentionally  promote co-defendant from austraila who was from austraila in california fraudulently using plaintiffs brand trademark comany name and cosmetic brand trade mark. Their participation in aiding  defendant #28 in fraudulently defrauding plaintiffs  brand trademark product line enjoins them,in the racketeering activity,in which they intentionally participated out of malice for plaintiffs brand  as competitors. A search online would reveal that plaintiff is the founder and owner of the gorgeous cosmetic brand with the formation of GORGEOUS JEANS INTERNATIONAL TM.,in which plaintiff has promoted nation -wide  online taking GORGEOUS JEANS INTERNATIONAL TM public with full product line.Defendant # 28 david mcconnell from austraila  also went to several u.s  states  except new york,knowing plaintiff resided,and  conspired with co defendants #31,#35,#43,#6  to sell plaintiffs brand  trade mark cosmetic product line   in their stores,and online stores using the internet and mail delivery in furthurance of their schemes to defraud plaintiff and plaintiffs product line .The named defendants association.with.one.another.enjoins.  them.Defendants  #  6,28,29,30,31,35,43,conspired  with search engine  co defendants # 1,2,3,4,5,6,7,8,9,10,11,12,15,17, to cause a false designation of origin  by using the of co defendants  computer servers ,who created  a separate search page of gorgeous cosmetics. Defendant# 28  claim to have started the brand  gorgeous product line in  in australia.,in which defendant actually was using brand name ACADEMY.Defendant.came to the usa  after 1997,when plaintiff formed GORGEOUS JEANS INTERNATIONAL TM ,and was operating a company called The Acadamy,and traveled back  and forth to  California and austrailia claiming ownership of plaintiffs company brand cosmetic line and trademark brand identity  name in  economic espionage, unfair trade practices,cybersquatting,false designation of origin,cyberstalking,stalking,wire  fraud,mail fraud,  Interfering  with  interstate  and  foreign commerce,trafficing    in    counterfeit    goods,racketeering,in    violation    of RICO.SEE.43a1125,18usc183,2261 (a)(b),18USC1341,18USC1343,18USC1346,18USC1951,2320,18USC1961-1962(a)(b)(c)(d)

**5.**.  Upon information and belief,and evidence defendant #33 HELEN GIBSON   in as early as 20012 and  continuing  and  upon discovery in 2015  and in 10 calendar years  defendant # 33 participated in schemes to defraud plaintiff and plaintiffs company brand trademark  product line . Defendant #33  started a hair salon HELLO- GORGEOUS  at unknown date , a  investigation by plaintiff of start up dates, online are  falsified,altered,and  tampered, including registration dates of domain registration date   on go daddy showing   1997.Go da daddy.com was not a domain registra,1997 .Network solutions was the only registra.Posts online call company a scam company.  Dates on the wayback websites with hello gorgeous are altered to appear that defendant sold cosmetic line .Defendant #33 intentionally tried to conceal that defendant never sold any gorgeous products before  plaintiffs 1997 company or even possible registered the domain as recorded online   with go daddy.com   before plaintiffs registered 1998   domain www.gorgeousjeans.com  with networksolutions. com .Defendant #33 conspired with  search engine defendants# 1,2,3,4,5,6,7,8,9,10,11,12,15,17, in a scheme to defraud    the product line brand trademark from the plaintiff. Defendant #33 and  Hair Salon Hello Horgeous have 0 prior use   ever of a gorgeous product line before plaintiff formed the 1997  company brand name GORGEOUS JEANS INTERNATIONAL TM and full product line and matching brand name full product line . Defendant #33  sold full or part ownership to possible   co- defendants and associates possible law enforcement agents or ex law enforcement agents,in.whicg defendants discovery will reveal.ownerships and start up dates .of company .Plaintiff has received stalking like incidents and bias unequal treatment from  law enforcement and public officials in which plaintiff has.probable cause to believe are participants.in multiply. of schemes to  defraud plaintiffs companiy  GORGEOUS JEANS INTERNATIONAL TM and other brand trademarks formed by plaintiff . Defendant #33  franchised  salon claims  to be non profit .In 2012 ,and is actually selling infridging and counterfeit goods as of /similar of plaintiffs brand trademark for profit..   Defendant   #   33   conspired   with   search   engine   defendants #1,2,3,4,5,6,7,8,9,10,11,15,17,which enjoins defendant #33 in the complaint,racketeering activity, to use co- defendants computer servers as a access device to intentional and knowingly  insert Defendant.#33 HELLO GORGEOUS  product line of apparel,cosmetics,fragrances,in  separate created pages in search on co defendants# 1,2,3,4,5,6,7,8,9,10  computer servers in search of plaintiffs  product  line of  apparel,cosmetics,fragrances,in  unfair  competion,and  infridging  on plaintiffs  brand  trade  mark  GORGEOUS  JEANS  INTERNATIONALTM,and  product  lines.



Plaintiff  did not know of the salon existed until a  news report about person being called Vinny Gorgeous owning a  franchised   hello gorgeous  salon and went to  jail in 2013. Defendant# 33, in as early as 2012 and continuing  cyber stalked plaintiffs online  company and created domain name shop hello gorgeous.com to compete with plaintiff brand trademark in unfair competion,manufactured and  started  selling gorgeous product line items  of plaintififfs gorgeous product lineto cause a false designation of origin. Plaintiff  advertised  2015-2018 plans for a casino hotel coming soon upstate ny ? in  which defendants registered at the trademark office a similar mark to opening a similar venue , in  a continued scheme  to  cause a false designation  of origin,after seeing plaintiffs 2015-2018  website to form a casino after going public.Defendants motives  are about the plaintiff taking company public,and fraulently.obtaining the  intellectual property rights of plaintiffs and product line that is  essential to taking public and stockholders investing . .Defendants hello gorgeous salon,motives are to take hello -gorgeous pubic, has no bases for huge profits to take their company  public,. Investors would not invest in a  hair salon in which does not create enough revenue, they have never advertised to take company public. The named defendant#33  conspired to  obtained the intellectual property rights of  plaintiffs  intentionally infridging on plaintiffs brand trademark product line, in   unfair trade practices,and   causing   a   false   designation   of   origin,trafficing   in   counterfeit goods,wire.fraud,mail.fraud,scheme.to.defraud,cyberstalking,stalking,racketeering   ,interfernce with   interstate   commerce,economic   espionage,in   violation   of   RICO.SEE. 43a1125,18USC1343,18USC1341,18USC1346,   18USC2320,2261(a)(b),18USC   1961-1962 (a)(b)(c)(d)

**6**.Upon   information   and   belief   and   evidence   named defendants#27,32,34,35,37,38,41,42,43,43,44,45,46,47,48,50,52,53,54,101,102,103,106106,108 108 are competitors  of plaintiffs with their own brand name  company.Defendant.participated with co defendants 1,2,3,4,5,6,7,8,9,10,11,15,17, in schemes to defraud one or more of  plaintiffs company and /or companies and product line GORGEOUS JEANS INTERNATIONAL TM ,INSIDE   LIMOS   CLOTHING   TM,HERE-   DEAR   INTERNATIONAL   TM,CUONG   OO CHOOSE,FRANKIE SALLY INTERNATIONAL TM .  Named defendant #106 Shergfan Chen intentionally derived plaintiffs brand through fraud and  created the  fragrance line of plaintiffs brand trademark conpampany and fragrance line  chuong oo choose selling the fragrance brand in 99 cent stores from california in which defendants are based.The named defendants as competitors ,created similar /as of/infridging  counterfeit goods of plaintiffs brand trademark in unfair trade practices,common law trade-mark infridgement,false designation of origin.The named defendants targeted,  cyberstalked/ stalked plaintiffs brand products and fraudulently created as of/similar/incorporating products and used co-defendants computer servers , the internet and mail receiving services in furtherance of their scheme to colect profits derived from a pattern of racketeering,to defraud plaintiff, in economic espionage,wire fraud,mail fraud, interference with interstate commerce,trafficing in counterfeit goods, ,racketeering in violation of RICO(a) collecting income deprived from a pattern of racketeering (b) controlling and maintaining  of a business enterprise  engaged  in  a.pattern  of  racketeering  (c)  participating  in  a  RICO  enterprise (d)conspiracy  to  engage  in  a  RICO  enterprise.       .SEE  43a1125,2261(a)(b)  ,18USC 1343,18USC1341,18USC1346,18USC       2320,18USC183,SEE       1962       (a)(b)(c)(d)

**7**.Upon information ,belief and evidence and upon plaintiffs  discovery in 2015-2018 in as early as 2004    and    continuing    the    named    domain    registra's defendants#77,78,79,80,82,83,84,85,86,87,88,89,90,91,92,93,94,95,96.cyberstalked    plaintiffs brand trademark company /and or companies,obtaining plaintiffs trade secrets  and knowingly and intentionally used their computer servers as a access device to intentionally and knowingly register multiply  cybersquatted domain names of plaintiffs brand trademark /and product line in violation of the 1996 cybersquatting laws.  The defendants –used their business as a criminal enterprise and used their computer servers as a access  device ,internet and mail in furtherance.One or more of the defendants created and  formed shell companies of plaintiffs brand trademark company/and or companies and product line and sold counterfeit goods of plaintiffs .The defendants than conspired with   computer search engine   co-defendants #1,2,3,4,5,6,7,8,9,10,11,12,15,17, to place the  cybersquatted domain names in co defendants computer servers to cause a false designation of plaintiffs brand trademark company /and or companies and product lines. The defendants used the internet and mail in furtherance of their



scheme to defraud plaintiff,in unfair competion,common law trade mark infridgement ,false designation of origin ,wire fraud,mail fraud,economic espionage,trafficing in counterfeit goods,cyberstalking/stalking,racketeering.in.violation.of.1996 .ANTICYBERSQUATTING LAWS 15USC1125,and. RICO (a)collecting income derived from a pattern of racketeering activity(b)maintaining a business engaged in a pattern of racketeering activity. (c) participating in a enterprise engaged in racketeering activity (d) conspiracy toengage in a RICO enterprise SEE 43a1125,18USC            1346,18USC            1343,18USC1341,18USC1951,18USC 183,18USC1029,18USC1030,SEE      RICO      1961-1962      (a)(b(c)(d)      .
**8**.upon  information and belief and evidence ,and plaintiff discovery in 2015,in as early as 2016 , same   search engine defendants #1,2,3,4,5,6,7,8,9,10,11,12,15,17 continued  cyber stalking plaintiff  and plaintiffs  other brand  trademark company /and or companies and product lines INSIDE LIMOS CLOTHING TM , HERE DEAR INTERNATIONAL TM,CHUONG OO CHOOSE INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM  in the  same  pattern obtaining and soliciting and selling plaintiffs company brand  trade secrets . Defendants used their business as a criminal enterprise and computer servers as a access device to again interfere with commerce to plaintiffs online websites. Named defendants  removed plaintiffs 2016  online website www.insidelimosclothing.com from the search of  plaintiffs own  online company ,and in a continued pattern, solicited and injected thousands to millions of other companies in the search of plaintiffs online website .to divert traffic and profits away  from plaintiffs online  company and collect and receive profit to themselves .Defendants would place plaintiffs  website back in their computer servers when they think plaintiff was watching,and  then remove  from their computer servers when they thought plaintiff was not. One or more of the defendants conduct is consisted of   related incidents to cause harm to plaintiff to obtain the brand trademark company/or companies and product linesin violation of the hobbs act1951. Named  defendants are in association  with  one  another,in  the  fraudulent  acts  that  enjoin  them.in  in  unfair  trade practices,common      law      trade      mark      infridgement,false      designation      of origin,cyberstalking,stalking,economic      espionage      ,interference      with      interstate commerce,computer                   fraud,wire                   fraud,mail fraud,scheme.to.defraud,racketeering,in.violation.of.RICO.(a).collecting.income derived.from.a.pattern.of.racketeering.activity.(b)maintaining      of      a     enterprise      in      a pattern.of.racketeering..activity.(c)participation  in  a  racketeering  enterprise  (d)  conspiracy  to conduct            a            RICO            enterprise            SEE. 43a1125,2261(a)(b),18USC183,18USC1951,1343,18USC1341,18USC1346,18USC 1029,18USC1030      .SEE      RICO      1961-1962      (a)(b)(c)(d)      ..
**9**. Named  defendants#50 ,#51 CEO of Disney and Pixar knowingly and  intentionally  obtained the  name  INSIDE OUT through  fraud,and economic espionage ,and used in a  2015 computer movie  INSIDE  -OUT   similar  as  of  plaintiffs  company   brand trademark INSIDE  LIMOS CLOTHING TM .The defendant#50 ,#51 are all associates and investors of co-defendants #1,2,3,4,5,6,7,8,9,10,11,12,15,17,  which  enjoins  them  in  the  complaint.Discovery  will    further revel the associations.Defendants #50,51 started  manufacturing and selling a apparel  line of sublimation clothing similar as of  plaintiffs sublimation apparel on co defendants#3,8,13,14, computer servers and websites using  co- defendants#1,2,3,4,5,6,7,8,9,10,11,12,15,17 computer servers  , internet and mail receiving services to collect income derived from the pattern of racketeering activity.The defendant #50,#51, 2015 movie  INSIDE OUT title has no bases as a title,defendant #50,51 have never had a flashy clothing line,in which was derived from plaintiffs unique flashy high-end style,in which plaintiff is the first to form a INSIDE CLOTHING LINE and LIMO /LIMOUSINE LINE of products.,in which are the intellectual property rights of plaintiff,who is entitled to sole usage in commerce.The named defendants  obtained fraudulently to clone disrupt and   sell  the  identity product  brand   trademark line of plaintiffs company INSIDE LIMOS CLOTHING TM. Defendants   name INSIDE OUT,and clothing apparel ,and product line was derived  from  a  pattern of  cyberstalking, frudulent  racketeering  activity against plaintiff  and plaintiffs brand  trademark companies,  in  un  fair  trade  practices,economic  espionage, cyberstalking,stalking,common law trade mark infridgement,false designation of origin, trafficing in counterfeit goods,computer fraud,wire fraud, mail fraud,scheme to defraud,in violation of RICO (a) income derived from a pattern of racketeering activity (b)maintaining a enterprisein a pattern of racketeering activity(c) participating in a RICO enterprise (d) conspiracy to violate  RICO  .SEE



43a1125,18USC183,18USC
1029,18USC1030,18USC1341,18USC1343,18USC1346,18USC2320,2261(a)(b).SEE       RICO
1961-1962                              (a)(b)(c)(d)                                           .

**10**.Upon    information    and    belief    and    evidence    around    2018    defendants
#3,6,8,13,14,16,22,25,26,31,44,45,46,47,48,58,59,60,45,46,47,61,62,used  their  websites,and
computer  servers    to   cyberstalk  and  harrass  plaintiff  and  brand  trademark  companies .The
named defendants conspired to  sell  manufactured counterfeit  product apparel and products  of
plaintiffs   brand   trademark   INSIDE   LIMOS   CLOTHING   TM  ,and   other   brands   as   of
/cloned/similar/incorporating/infridged/ fraudulently derived from cyberstalking/ stalking plaintiffs
brand trademark company /and or companies and product line and use the internet and mail to
collect the profits. The named defendants #45,#46,#47 received investments from named  search
engine giants defendants # 1,and #2 to manufacture and sell counterfeit goods /as of/similar
incorporating plaintiffs brand trade marks,and product lines.Discovery  from the defendants would
reveal the other defendant investors, which enjoins them all in this racketeering complaint.One or
more of the defendants conduct is to harm plaintiff,(including posting a threatening t-shirt
designs,with a hearse car,etc ) to obtain plaintiffs brand trademark,and product lines in violation
of the hobbs act.. The defendants used income derived from the racketeering activity to
manufacter,and sell counterfeit goods of plaintiffs trademark brand company /and or companies
and product lines  and collect profits in violation of RICO (a) collecting income derived from a
pattern of racketeering activity (b) maintaing  and controling a enterprise in racketeering activity
(c) participation in  racketeering activity(d) conspiracy to violate RICO.   The named  defendants
#45,46,  used the computer servers of co-defendants who cyberstalked plaintiffs brand trademark
company and conspired to defraud plaintiff and plaintiffs t-shirt apparel line ,and use the internet
and mail services to collect profits off plaintiffs brand trade mark T-shirt apparel line in unfair
competition ,common law trademark infridgement,false designation of origin ,cyberstalking,wire
fraud,mail fraud ,scheme to defraud,computer fraud,economic espionage,racketeering. .SEE 43
a1125,  15usc1125,18USC1343,18USC1341,18USC1346,  18usc2320,18  USC1951,2261(a)(b)
SEE              RICO              1961-1962              (a)(b)(c)(d)                          .

**11**.Upon information ,belief and evidence ,defendant # 55JEFF PIGOZZI  and #56  KD WAVE
cyberstalked plaintiffs brand trademark INSIDE LIMOS CLOTHING TM and  schemed to defraud
plaintiffs brand  intentionally and knowingly forming a similar apparel line,and falsifying start up
dates to intimidate plaintiff and plaintiffs company, using the internet and mail  to post for sell
limo apparel  of plaintiffs brand trademark on co-defendants #3, computer servers facebook to
collect    and    receive    profits,    in    unfair    competition    ,common    law    trade    mark
infridgement,cyberstalking,economic    espionage,wire    fraud,mail    fraud,scheme    to
defraud,racketeering    in    violation    of    RICO.(c)    .(d)    SEE    43a1125,18USC
183,18USC1341,18USC1343,18USC1346,2261(a)(b).SEE   RICO   1961-1962   (a)(b)(c)(d)

**12**.Upon information and belief ,evidence defendants#32KANYE WEST and #57 LIMOS AND
LIQUOR  schemed to defraud plaintiff and plaintiffs company INSIDE LIMOS CLOTHING TM .
The named defendants cyberstalked plaintiffs brand trademark company INSIDE LIMOS
CLOTHING TM and product lines,and beverage liquor product line ,conspired and intentionally
and knowingly formed  a similar and infridging name on apparel.LIMOS And liquor ,placing
designs of kanye wests JESUS on the apparels,incorporating Kanye West as the
founder/owner/investor  of   LIMOS and LIQUOR  brand apparel fraudulently derived from
plaintiffs brand trade mark in economic espionage,unfair trade practices,common law trademark
infridgement,trafficing in counterfeit goods,wire fraud,mail fraud,cyberstalking,in a pattern of
racketeering activity on plaintiffs brand trade marks.The named defendants #32,#57 in
furtherance used, co defendants computer servers #1,2,3,4,5,6,7,8,9,10 of separted searches of
plaintiffs product line,which enjoins them all in this complaint. The named defendants used the
internet and mail to collect and receive income in violation of RICO (a)Receiving income derived
from a pattern of racketeering activity (c) participation in. a RICO enterprise (d) conspiracy to
engage       in       a       pateern       of       racketeering       SEE.
2261(a)(b),18USC2320,18USC1343,18USC1341,1346         SEE   RICO   (c)(d)

**13..**Upon information and belief   defendants # 53,#54 ceo's of Russian companies  VOSTEC
WATCHES and defendant #52 ceo of HONG KONG based  LG ENTERPRISES  obtained the
trade secrets of plaintiffs brand by economic espionage and cyberstalking and fraud . The named

defendants  cyberstalked plaintiffs brand trademark INSIDE LIMOS CLOTHING and product line
and used their businesses as a criminal enterprise to manufacture and sell   infridged/as
of/cloned/incorporating   plaintiffs      brand   trademark   watch   product   line   LIMOUSINE
watches.Plaintiff places a limo design in the watch dial.The named defendants used co-
defendants #1,2,3,4,5,6,7,8,9,10,13,14 computer servers and internet and mail  to collect and
receive income derived from a pattern of  fraudulent racketeering activity off plaintiffs brand trade
mark company INSIDE LIMOS CLOTHING TM in unfair trade practices, common law trademark
infridgement ,false  designation  of  origin,cyberstalking,stalking,economic  espionge,  trafficing  in
counterfeit  goods,wire   fraud,mail   fraud,scheme   to   defraud,interferance   in    interstate
commerce,racketeering in violation of RICO (a) income derived from a pattern of racketeering(b)
maintaing,controling   a enterprise in a pattern of racketeering activity(c)participating in a RICO
enterprise (d) conspiracy to engage in racketeering activity .SEE 43a1125,18USC183,18usc
1951,2261(a)(b),  18USC2320,18USC1343,18USC1341,18USC1346  SEE  RICO  1961-1962
(a)(b)(c)(d)

14.    Upon  information  and  belief   and  evidence  defendants#  8,13,14  amazon,and  ebay
intentionally and knowingly  conspired to use their business as a criminal enterprise and their
computer servers as a access device to   sell ,manufactured counterfeit Tshirt apparel and  the
watch    accessories  brand  of  Plaintiffs  INSIDE  LIMOS  CLOTHING  Tshirt  line.  .Defendants
conspired to   manufacture and  post  $20 t-shirts of LIMO t-shirt apparel  line in their computer
servers to  depriation plaintiffs high -end  $75 t-shirt apparel ,and then  selling counterfeit watches
of plaintiffs watch line  of defendants#52,53,54   Named defendants#8,13,14  used their computer
servers  as a access device to intentionally and knowingly  infiltrate  and defraud plaintiffs  brand
trade mark companies and product line creating searches of LIMO TSHIRT APPAREL,LIMO
WATCHES,and of plaintiffs other brand GORGEOUS JEANS INTERNATIONAL TM,CHUONG
OO  CHOOSE,HERE-DEAR  INTERNATIONAL  TM.     Named  defendants  intentionally  and
knowingly,selling  offensive,and poorly,designed counterfeit  t-shirt apparel of plaintiffs.Plaintiffs t-
shirt  apparel  line  is  a  high end  luxury brand line that plaintiff priced sells at $75 per   t-
shirts.Dendants have  never sold,marketed,any limo,or limousine t-shirts  , or apparel on their
computer server computer   until plaintiff formed in 2013. The LIMO products are counterfeit
products fraudulently  derived from and  obtained in unfair trade practices,common law trade
mark infridgement,economic espionage,cyberstalking.Defendant conspired to use business as a
criminal enterprise  and  computer servers as a access device to  collect  income derived from the
pattern of racketeering, in violation of RICO 1962 (a) collecting income derived from a pattern of
racketeering  (b)  maintaing and  controling  a business enterprise  engaged  in a pattern  of
racketeering activity(c)participating in a RICO enterprise (d) conspiracy to engage in racketeering
activity., in unfair trade practices,false designation of origin ,common law trademark infridgement
,cyberstalking,stalking,economic  espionage,computer  fraud,wire  fraud,mail  fraud,scheme  to
defraud,interferance  with  interstate  commerce,  trafficing  in  and  selling  counterfeit  goods.
Defendant #8  also traveled to the upstate new york area where plaintiff resides in.and.contacted
law makers ,in which plaintiff was  forced out of apt.related to racketeering activity of  plaintiffs
brand trade mark companies.Defendant # 8 conduct appears to be one or more of the named
defendants ,that has conspired to harm plaintiff , in a scheme to obtain plaintiffs brand trademark
companies in violation of extortion under  the hobbs act,in which the named defendants are all in
association  with  one  another  in  the  racketeering  activity  that  enjoins  them  .SEE.
43a1125,2261(a)(b),18USC183,18USC1029,18USC1030,18USC1343,18USC1342,18USC1346,
18USC2320,18USC1958,18USC1951,18USC1951,EXTORTION UNDER THE HOBBS ACT SEE
RICO                              1961-1962                         (a)(b)(c)(d

15.Upon.information.and.belief,evidence named defendant103 TURTLE BEACH  cyberstalked
plaintiffs   2013  Uniqe  brand.trade.mark.company  HERE  -DEAR  INTERNATIONAL  TM  .and
around about 2016-2018  defendant #103 and defendant #104  as ceo of Nasdaq used NASDAQ
computers as a access device to  place incorporate,and cause a false designation of origin in
unfair  trade  practices,   participating  in  fraudulent  racketeering  activity  to  obtain  the  brand
trademarks of plaintiffs brand companies ,fraudulently,and  intentionally using  plaintiffs brand
trade mark.HERE as their own on NASDAQ TRADING symbol, incorporating plaintiffs brand
trademark.company.in.common.law.trade.mark.infridgement.economic  espionage,wire  fraud,mail
fraud,scheme to defraud,interference with interstate commerce,in violation of  RICO (a)collecting

income derived from a pattern of racketeering (b)controlling a enterprise engaged in racketeering activity  (c)participating  in  a  RICO  (d)  conspiracy  to  violate  RICO.SEE 43a1125,15USC1125,18USC1029,18USC1030,18USC1341,18USC1343,18USC1346,2261A(A)( B)                                                                                                                                **16**.Upon information and belief and evidence  named defendants#66,67,68 worked in the commerce dept and under color of law and official capacity, participated in racketeering activity to defraud plaintiffs brand trademark  companies,and product lines. Defendants  knowingly and intentionally registered multiply  trademarks of plaintiffs company/and or companies  and plaintiffs product line GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE-DEAR INTERNATIONAL TM , CHUONG OO CHOOSE, FRANKIE SALLY to co defendants #28,#33 and others,in which discovery will reveal..Defendants while employed at the U.S. Depatment of commerce targeted, cyberstalked ,and solicited out plaintiffs brand company /and or companies trademarks and product lines name. Defendants# 66,67,69 without plaintiffs knowledge or disregard for plaintiffs trademarks formed by plaintiff fraudulently and intentionally gave to co-defendant#28, #33 trademarks consistant of a bribery.CO- defendants obtained the trademarks of plaintiffs brand trademark companies knowing them to be of plaintiffs  fraudulently in violation of fraud under 1064 (43) (a)1125 Plaintiff has kept nationwide ads online and a internet check would have  revealed  trade  marks  belonged  to  plaintiff.  Defendants  #66,67,68  used  their computers,internet,and emails  as a access device,  to collect and receive income derived from a pattern of racketeering activity,in unfair trade practices,common law trademark infridgement,false designation  of  origin,cyberstalking,stalking,computer  fraud,mail  fraud  ,wire  fraud,scheme  to defraud,interference with interstate commerce,economic espionage ,racketeering in violation of RICO.SEE           43a1125,1064,15USC1125,            (43)            (a)112518USC 1029,18USC1030,18USC1343,18USC1341,18USC1346,18USC183,18USC201,18USC1951.SE E                            RICO                      1961-1962                  (a)(b)(c)(d)

**17**. Upon information and belief and evidence in as early as 2002 named defendant # 80 of networksolutions  domain registras cyber stalked plaintiffs brand trade mark companies and intentionally  used their computers as a access device to  cybersquatt domains similar/as of incorporating plaintiffs brand trade mark companies GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM, CHUONG OO CHOOSE INTERNATIONAL TM ,FRANKIES SALLY INTERNATIONAL TM in violation of the Anticybersquatting Act. .Defendant #80 and #81 ceo of Chase Bank in 2017 used their computer servers to block plaintiff from paying fees on the domain names www.insidelimos.com,and www.frankiesally.com  plaintiff registered of brand trademark company product line and  aka name.Defendant #81 as ceo of chase, continued retaliation acts against plaintiff in ceasing plaintiff from making overdraft charges on checking account. Defendant # 80  registered the domain names to themselves, sold them.in unfair trade practices,common law trademark infridgement ,false designation of origin, cybersquatting,wire fraud ,computer fraud ,mail fraud, interference with interstate commerce,trafficing in counterfeitt goods,economic espionage,racketeering in violation of RICO (a) collecting income derived from racketeering (b) controling a enterprise in a pattern of racketeering activity (c)participating in RICO        (d)conspiracy      to.engage      in      RICO      SEE.      15 USC1125,43a1125,18USC1029,18USC1030,18USC183,18USC1341,18USC1343,18USC1513,1 8USC1346,2261         (a)(b),2320.SEE         RICO         1961-1962         (a)(b)(c)(d) .                                                                                                                               **18**.Upon information and belief and evidence  defendant #49 Jared Rowe ceo of yellow book cyber stalked plaintiff and plaintiffs company GORGEOUS JEANS INTERNATIONAL TM and  participated in retaliation acts against plaintiff and plaintiffs brand trade mark company GORGEOUS JEANS INTERNATIONAL TM in a scheme to defraud plaintiffs brand trademark company.The named defendants  used their  business as a criminal enterprise to     post  fraudulent defamation posts of plaintiff and plaintiffs company  GORGEOUS JEANS INTERNATIONAL TM  on co defendants #1,2,3,4,5,5,7,8,9,10, computer servers of plaintiff being muslim  and sold muslim products in the online searchs of plaintiffs online company knowingly to be false.Defendants  used the internet to intimidate consumers into not going on plaintiffs online website in unfair trade practices,false designation of origin,cyberstalking,wire fraud,retaliation,in violation of RICO (c)  participation in racketeering      activity      (d)      conspiracy      to      violate      RICO      .SEE      43a1125,2261

14

(1)(b),1343,18USC1346,18USC1513

**19.**Upon    information    and    belief    and    evidence    named    New    York defendants#16,18,19,20,21,23,24,36,40,
of.pinterest,heygorgeous,thegorgeous.magazine,gorgeouscounture,gorgeous
antiques,cyberstalked stalked,cyber squatted,infridged on plaintiffs  New York company brand trademark GORGEOUS JEANS INTERNATIONAL TM.  Defendants from new york city  #40 came to albany new york and  located place of business  arond the corner from plaintiffs residence  in albany n.y.,to  intimidate  plaintiff  of plaintiffs brand  trademark,  and brand product line.  defendants #16,18,20,21,23,24,36,40,created and manufactured as of brand names and /and or/product lines of plaintiffs in unfair trade practices,common law trademark infridgement,and used the internet ,computer servers of defendants  #1,2,3,4,5,6,7,8,9,10 to mail , and receive profits  of counterfeit goods of plaintiffs brand trademark company /and or companies and product lines in a  racketeering scheme to defraud plaintiffs brand trade mark company/and or companies and product line   in unfair trade practices,  false designation of origin,  common law trademark infridging,wire      fraud      ,mail    fraud,scheme    to    defraud,interference    with    interstate commerce,trafficing in counterfeit goods in violation of RICO (a) collecting income derived in a pattern of racketeering (b)mainting or controling a enterprise engaged in racketeering (c) participation in a RICO enterprise (d) conspiracy to violate RICO. SEE 43a1125,18USC 1343,18USC1341,18USC1346,18USC1951,2320,2261                                             (2)(A)(B)

**20**. upon information and belief and evidence defendant # 69 michael bloomberge appears to be one of the perpatrator behind the  stalking like incidents in as early as 2005 and continuing in some unusual hate crime act , related to plaintiff forming the title of company brand name GORGEOUS JEANS INTERNATIONAL TM.Defendant  #69 has made contact with both mayors of the towns that plaintiff relocated to in Newark NJ,and again in Albany NY in 2015, plaintiff has been  immediatly after harrassed by local police,  soon after defendant made contact with both mayors  appearing as  retaliation in exchange for bribery . Defendant #69 has given donations,cash,gifts  to  the  areas,etc,.Plaintiff  has  had  to  relocate  in  response  to  incidents. Plaintiff has probable cause to believe defendant #69 is the perpatrator  of  incidents  by person judge lawrence bushing in which person   interupted and presided over a court case of plaintiffs,immediately after becoming a judge and sworn in by defendant #69 and tried to maliciously prosecute  plaintiff and abuse the process of the courts on false assault charges ,that where  dismissed.  Defendant#69  ,and  co-defendants-  1,2,3,4,5,6,7,8,9,10,70,  are  in association,discovery from #69 will reveal.Defendant and co-defendants #3.8, stalked plaintiff to residence in albany ny  and conspired to cause harm to plaintiff by bribing public officials defendants # 70,71,72,73,74  to cause harm to plaintiff, disrupt and obtain the brands of plaintiffs company /and or companies product lines.in   in violation of  the hobbs act ,in violation of federal stalking laws and in violation of the hate crimes act,in violation of RICO.(a) Receiving income derived from a pattern of racketeering(c) conduct and   participate in a enterprise in a RICO enterprise (d). Conspiring to engage in a RICO enterprise SEE RICO 1962 (a)(c)(D),2261 A(1) (a)(b)(2)(a)(b),18           USC1958,18USC1513,18USC     HATE     CRIMES     ACT,
**21.**upon information and belief and evidence ,Albany New York police   participated in acts to harm plaintiff in violation of extortion under the Hobbs Act,related to  defendants trying to obtain plaintiffs  brand companies. The defendants #71,72,73,74  ex albany new york police chief's acting under color of law,in individual capacity,  conspired with  other unknown defendants to get plaintiff out of apt  out of new york  so that co defendants  from California and austraila could set up companies  in New York and sell the product lines of plaintiffs brand trademark companies in New York in violation  extortion under  the Hobbs Act. Defendants conspired under the color of law ,and in their individual and official capacities , intentionally ,knowingly  interfered with plaintiffs equal right to  police protection,  luring ,coiercing,   armed  drug dealers  carrying guns to loiter and  sell narcotics around plaintiffs  apt. in violation of New York penal code loitering laws 240.10,240.20,240.26,240.45,240.46. Defendants allowed  the drug dealers to  loiter and sell narcotics on a daily base 2015-2018. . Plaintiff was made homeless by the activity.Plaintiff was also unlawfully  tracked and monitered and  stalked  to parks multiply times  when going to workout by the albany new york police ,who where using plaintiffs phone to  surveillance plaintiff and appear  and intimidate causing plaintiff   concern for  safety.. Defendants conduct are consisted of  bribery ,public corruption,and participation in the racketeering activity to obtain the

brand trademark company and /or companies and product lines of plaintiff in violation of extortion under the hobbs act,depriviation of rights,obstruction of local and state laws enforcement,bribery,murder.for.hire,and in violation of 18USC242, RICO 1962 (c)(d)18USC201,18USC1513,18USC1958,18USC1951,2261A(2)                    (A)(B)

**22.** Upon information and belief ceo of tech company tech valley defendant #75 , and defendant # 70 acting under color of law   participated in retaliation acts,and acts to disrupt plaintiff in filing a civil complaint against named defendants ,in racketeering activity to obtain plaintiffs brand trade mark company /and or companies and product lines. Named defendants intentionally  disrupted and disabled internet services to plaintiff in 2015-2018,and disconnecting plaintiff from the internet services in 2018.Named defendants conspired to deprive plaintiff of free use  of the internet that was free to others and to plaintiff,until defendants used the compters and computer servers to retaliate against plaintiff,disconnecting internet service to plaintiffs residence to force plaintiff to move in depriation of plaintiffs rights,and in retaliaion,in violation to RICO (c)(d) SEE 18USC1513,18USC201,18USC1961,18USC242.18USC241

**23.** upon information and belief defendant Tom Keppler     previous landlord of plaintiffs participated in retaliation acts against plaintiff,  to disrupt plaintiff in filing a civil complaint ,and intentionally coiercing tenants and local drug dealers  to give plaintiff a hard time , telling them he wants her out,  in which they would mumble around plaintiff , TOM  wants her out . Plaintiff rented apt ,found on craigslist in 2013 for $375 and paid $400 to landlord owner per month,to tom keppler,who had no bases to evict tenant except out of retaliation for co-defendants.Defendant refused to turn plaintiffs gas heater on, or do repairs in apt in which plaintiff had to contact city housing code enforcement . Defendant filed a non payment eviction, the following month and refused to accept rent payments. Defendant  participated in retaliation acts against plaintiff  for the co- defendants   albany new york police , and albany new york mayor,in intentional acts to make plaintiff homeless,which they did make plaintiff homeless  in violation of new york state Retaliation eviction  laws ,and participating in racketeering activity, in violation of RICO  (c) participation in racketeering activity (d) conspiracy to participate or engage in racketeering activity. SEE 18USC1513,18USC201,18USC1961,SEE RICO (c)(d)

...........................................**<u>COUNT  I</u>**
.....................Income Derived  from a pattern of Racketeering Activity.          ..
or through the collection of a unlawful dept:
.................................18 U.S.C. <u>1961</u> (5), <u>1962</u> (a)
.....................

1. The allegations of paragraph1 through 23 are  incorporated herein by reference.

2.The  <u>COUNT I</u>  is against all  defendants named  ,except and  specifically excluding the  named  defendants of 1962(b) (c),(d)

3. At various times and places all  defendants received income from a pattern of racketeering activity ,that include common law trademark infridgement ,stalking,cyberstalking, cybersquatting,fraud, and/or through a collection of an unlawful dept,directly or indirectly

4. During the past 10 years, all defendants did cooperate jointly and severally in the commission of two(2) or more of the predicate acts itemized at 18 U.S.C. 1961 (1) in violation of 18 U.S.C.<u>1962</u> (a)

5.All defendants did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten continuity,a continuing threat of their respective racketeering activities,in violation of the RICO law 18 U.S.C.<u>1962</u> (a)

6.As a direct and proximate result of the count I defendant racketeering activities and         violations of 18 U.S.C <u>1962</u>(a) plaintiff have been injured in their business +property.                                        ....

WHEREFORE ,plaintiff request that this court enter    judgement    against the count I defendant as follows (.SEE RELIEF  REQUESTED )   ...                        .

# COUNT  II

....    **Acquisition and Maintenance  of an interest in and  Control**
**an Enterprise Engaged in a Pattern of Racketeering Activity**
..                               18 U.S.C.<u>1961</u>(5) <u>1962</u> (b)

1.The allegation of paragraphs  1----through-23 are  incorporated here in by
reference

2.This count is against all defendants ,except and excluding   COUNT 1962(c)(d)
defendants

3 At various times and places all  named  defendants  ,(excluding named
defendants of count III,IV,) enumerated in plaintiffs   , did acquire and /or
maintain ,directly or indirectly  an interest in or  control of a RICO enterprise of
individuals who were associated in fact and who did engage in ,and whose
activities did affect,interstate and foreign commerce,all in violation of  18
U.S.C.1961,<u>1962</u>(b)            .

4.The count II defendants  have directly and indirectly acquired + maintained
interests in and control of the enterprise through a pattern of racketeering activity

5.The racketeering activity listed above constitutes a pattern of racketeering
activity pursuant             to 18 U.S.C. 1961(5)

6. During the ten years,all  defendants did cooperate jointly and severally in the
commission of two or more of the predicate acts itemized at 18 U.S.C. 1961 (1)
in violation of 18 U.S.C. 1962(b)

7..All defendants did commit two (2) or more of the offenses itemized above in a
manner which they calculated and premeditated intentionally to threaten
continuity,a continuing threat of their respective racketeering activities,in violation
of  the RICO law18 U.S.C.<u>1962</u>(b)

8.As a direct and proximate result of the COUNT II defendants racketeering
activities and violations of 18 U.S.C. 1962 (b) plaintiff have been injured in their
business .

9. WHEREFORE -Plaintiff request that this court enter  judgement  against the
COUNT II defendants as follows ( SEE RELIEF REQUESTED )

# .COUNT.III

. Conduct and participation in a RICO Enterprise through a Pattern of Racketeering.Activity:
18 U.S.C. 1961(5) 1962 (c)

1. The allegations of paragraphs1 through23  here in by reference.

2 This  COUNT III is against all defendants

4  Named defendants is a  enterprise engaged in and whose activities affect interstate  and foreign  commerce. The count III defendants are employed by or associated with the enterprise.

5.The  COUNT III defendants agreed to and did and conduct and participate in the conduct of the enterprises affairs through a pattern of racketeering activity and for the unlawful purpose

6. At various times and places enumerated in plaintiffs documentary material,all defendants did associate with a RICO enterprise of individuals who were associated in fact and who engaged in ,and whose activities  did affect ,interstate and foreign commerce. All defendants did conduct and /or participate either directly or indirectly,in the conduct of the affairs of said RICO enterprise through a pattern of racketeering activity in                              violation of 18 U.S.C. 1961 (5),1962 (c)

7..During the ten years,all defendants did cooperate jointly and severally in the ..commission of two or more of the predicate acts itemized at      18 U.S.C. 1961(1) in violation of 18 U.S.C. 1962 (c)

8.All defendants  did commit two (2) or more of the offenses itemized above in a manner which they calculated and premeditated intentionally to threaten a continuity , a continuing …     …........threat of their respective racketeering activities ,in violation of                              the RICO law 18 U.S.C. 1962 (c)

9 The count III defendants have directly and indirectly conducted  and participated in the conduct of the enterprises affairs through the pattern of racketeering and activity described above in violation of 18 U.S.C. 1962 (c)

10.. As a direct and proximate result of  the count III defendants racketeering activities and violations of 18 U.S.C. 1962 (c) plaintiff have been injured in their business.          …….

…..                         WHEREFORE -Plaintiff request that this court enter judgement  against the count III defendants as follows ( SEE X---------)

# COUNT IV

.....           Conspiracy to Engage in a

...     ..... ….......................pattern of Racketeering Activity :

.....................................18 U.S.C. 1961 (5) 1962 (d)

.                                   1.The allegations of paragraph

1through 23 are    incorporated     here in by reference

                                                 2.This

COUNT IV  is against  all named defendants

3. At various times and places partially enumerated in plaintiffs documentary material all defendants conspired to receive  income derived,directly or indirectly from a pattern of racketeering activity ,or through collection of an unlawful debt in which such persons has participated   which is engaged in or the activities affect interstate or foreign commerce in violation of 18 USC 1962 (a) (d)

4..At various times and places partially enumerated in Plaintiffs documentary material, all defendants did conspire to acquire and maintain an interest in a RICO enterprise engaged in a pattern of racketeering,in violation of  18 U.S.C.1962 (b)(d)                               5 At various times and places partially enumerated  in plaintiffs documentary material  all defendants did also conspire to conduct and participate  in said RICO enterprise  through a pattern of racketeering activity  in violation of  1962 (c) (d)

6.During the ten years,all defendants did cooperte jointly and severally in the commission of two (2) or more of the predicate acts itemized at 18 U.S.C. 1961 (1) in violation of 1962 (d)

7. All defendants did commit two (2) or more of the offenses itemized  above in a manner which they calculated and premeditated  intentionally to threaten a continuity ,a continuing threat of their respective racketeering activities,in violation of the RICO law 1962 (d)

8. As a direct and proximate result of the count IV defendants conspiracy,the overt acts taken in furtherance of that conspiracy ,and violation of 18 U.S.C. 1962 (d) plaintiff have been injured in their business and property in that

. .....

WHEREFORE ,plaintiff requests that this court enter   judgement  against the COUNT IV defendants as follows  ( SEE RELIEF  REQUESTED)

…. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## PLAINTIFF DEMAND TRIAL BY JURY

*Sheila Robinson*

*# Shmu l*

*DATE  7/18/2019*

COUNT V                                                         **COMMON**
**LAW TRADEMARK INFRIDGEMENT ,UNFAIR TRADE PRACTICES,FALSE DESIGNATION OF ORIGIN UNDER 43a1125 /15USC1125**
1.The named defendants # 1-69,  #77- #108 did  knowingly and intentionally cyberstalk /stalked /and or cyberquatted plaintiffs brand trademark company /and or companies and created/manufactured/and sold online/nationwide as of similar/incorporating plaintiffs brand trademark to cause a false designation of origin of plaintiffs company brand trademark and product lines**.**                                     2.The named defendants did intentionally cause a false designation of one or more of plaintiffs name brand trademark companies and product lines using similar /as of/incorporating brand  trademark names and products of plaintiffs brand trademarks and product lines
3.The named defendants intentionally and knowingly created /manufacured/advertised one or more of plaintiffs brand trademark companies  and /or product lines online in unfair competion, to cause a mass false designation.
................................................................................................................................................................
............... COUNT.VI                                            .................
.**CYBERSTALKING 2261 (2)(B)**
1.The named defendants #1-69 77-108 used their computers/computer servers as a access devive  and  internet to harrass,intimidate, intentionally  disrupt /deprive online profits to plaintiff and plaintiffs brand trade mark companies.The named defendants have 0 to do with plaintiff and will not leave plaintiff alone, or plaintiffs named brand trademark companies, going from brand to brand of plaintiffs causing monetary loss in damages and profits as other brands,and corrective advertising damages.The named defendants #1-69,#77-through # 108 targeted plaintiff ,brands ,using their computer servers as a access device,to create plaintiffs product line and place cybersquatted domains,and infridged counterfeit goods of plaintiffs online to furthe disrupt plaintiffs brand companies from making a profit as other brand companies.
2. Conduct of one or more of the named defendants,including defendants #3,8,69 targeted,stalked  plaintiff to plaintiffs albany new york residence and conspired with defendants #70,71,72,73,74, to get plaintiff harmed,out of apt ,(in which plaintiff was forced out of apt) out of new york, out of retaliation ,and  in furtherance of a  racketeering  scheme to extort plaintiffs brand trade mark company and /or companies  and product line conduct ,  in violation of extortion under the hobbs act 18USC1951.
....................................................**COUNT.VII**
.........................FRAUD UNDER 1064 43a1125.                                       1.Named defendants #28#66,#67,#68  participated in racketeering activity to extort plaintiffs brand trademark company/and or companies and product lines.Plaintiffs trademarks where obtained by multiple acts of fraud,and fraudulently,through cyberssstalking,stalking,cybersquatting on plaintiffs brand trademark company and /or companies and knowingly and intentionally ,defendants,fraudulently registering  the trademarks of plaintiffs with co-defendants,with out plaintiffs authority or knowledge.
.............................................................................................**COUNT.VIII**
...........**ANTICYBERSQUATTING UNDER THE 1996 ACT 43A1125 ,15USC125**
1.The named defendants #20-24,#27,#28,#36,#39,#40,#65,#77 through-#96 intentionally and knowingly cybersquatted on plaintiffs brand trademark company /and or companies and product line registering the domains of as of/ similar/incorporating/and infridging on the brand trade marks and product line of plaintiffs
..............................................................................**COUNT.VIIII**
.............................................. ........................ DEPRIATION OF RIGHTS UNDER 241,242
1.The named defendants # 70 through #74 under color of law and in individual capacity



,conspired to violate plaintiffs civil right to equal protection allowing drug dealers to loiter in front of plaintiffs residence, in a racketeering scheme to get plaintiff harmed /and or killed by the drug dealers who appeared armed at plaintiffs residence daily. Plaintiffs ignored and refused to respond to the activity,and told the drug dealers that plaintiff,called. The named defendants under official and individual capacity coecered other  police officers to make plaintiff move,in which the officers repeatedly told plaintiff to move,and coeicered plaintiffs landlord to evict,in which he didleaving plaintiff homeless,in which plaintiff was retaliated against in seeking temporary/permanent  housing assistance by new york state employees... The plaintiff found studio apt on online on  craigslist in 2013 that  defendants had 0 to do with,and acting under color of law and individual capacities conspired to force plaintiff out in,participating in racketeering activity  related to extorting the brand trademarks of plaintiff.

2.The named defendants #1-108 intentionally deprived plaintiff , of equal treatment under the law/and or conspired to deprive plaintiff and plaintiffs brand trademark companies out of making online profit as other brand name companies in a scheme to defraud plaintiff ....

..................................................................................................................................................
........................

**.JURY.TRIAL.DEMANDED**..................................................................................................................

...................................................................................................................................................**W**

**HEREFORE PLAINTIFF  DEMANDS JUDGEMENT AGAINST ALL NAMED DEFENDANTS FOR  INJUNCTIVE RELIEF AND DAMAGES  TOTALING- $34.960 BILLION DOLLARS (SEE RELIEF REQUESTED )**

....................................................................................

**..SUMMARY.OF.DAMAGES**                                                   ..

**LOSS PROFITS .**                                             **1**.NAMED  3 BRANDS GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING,TM,CHUONG OO CHOOSE @ $60 MILLION DOLLARS A YEAR SINCE 2015 ,TOTALING $2.440 BILLION DOLLARS IN LOSS PROFITS                  **2**. CORRECTIVE ADVERTISING AT @1 MILLION DOLLARS A DAY AT 365 DAYS SINCE 2015-2019 TOTALING $1.460 BILLION DOLLARS  AND CONTINUED CORRECTIVE ADVERTISING FOR TWENTY  YEARS TOTALING@  $30.660 BILLION DOLLARS   PER  3 BRAND COMPANIES

**3**.   PERMANENT RELOCATION COSTS AND SECURITY @ $100MILLION DOLLARS

**4**.PRO SE COURT COSTS AND SECURITY @ $100 MILLION DOLLARS

**5**.UNPAID ROYALTIES ESTIMATED @ $200 MILLION DOLLARS

...........................................................................................................TOTALING $ 34.960 BILLION DOLLARS IN DAMAGES                  ..SUMMARY OF DAMAGES PER PLAINTIFF                  1.DAMAGES CALCULATED  @ 108 DEFENDANTS DIVDED BY $34.960 BILLION DOLLARS

2.DAMAGES PER PLAINTIFF  various among defendants ,to be calculated.

......................RELIEF.REQUESTED

......................................................................................................................................

...........................................................................................

**1**. Damages  for $34.960 BILLION DOLLARES IN DAMAGES .SEE SUMMARY OF DAMMAGES .DAMAGES CALCULATED PER DEFENDANT DIVIDED BY $34.960 BILLION DOLLARS X3

**2**.Cease and Decease selling ,soliciting ,or placing other businesses advertisement ad space in their computer servers, or any computer server in the online search of any of plaintiffs company ,or companies product lines; GORGEOUS JEANS INTERNATIONAL TM,INSIDE LIMOS CLOTHING TM,HERE -DEAR INTERNATIONAL TM,FRANKIE SALLY INTERNATIONAL TM,CHUONG OO CHOOSE..

**3**. Remove the thousands to millions of others company ads, others .com businesses, or other content posted,not associated with any of plaintiffs named companies or companies product lines out of your computer servers in the online search for plaintiffs companies.

**4**. Remove the created search pages of plaintiffs named companies product lines out of your computer servers ,in search of plaintiffs product lines permanantly. (Plaintiffs product lines can only be found on plaintiffs website or designated stores ) ( Plaintiff is marketing – advertising - promoting to get store accounts for large orders )

**5**.Cease and Decease manufacturing ,selling, imitating ,as of/similar/cloned/infridged products, product lines in interstate or foreign commerce of / as of /cloned /similar of /incorporating any of plaintiffs named companies or companies product lines**.**

**6**.Cease and Decease promoting,advertising,marketing any similar ,cloned ,infridging,as of incorporating product as of plaintiffs company or companies or companies product lines

**7** . Cease and Decease  targeting, interfering, disrupting, with any online sells, collecting any income off plaintiffs  company or companies  ,interfering with online traffic ,online profits ,store sales ,interstate or foreign commerce of as of /similar /cloned /infridged /incorporating / of plaintiffs named companies or product lines**.**

**8**.Cease and Decease intentionally contacting ,interfering with any of plaintiffs product line manufacturers, or suppliers**.**

**9**. Cease and Decease intentionally monitering plaintiffs computer ,online searches ,to gain and use or – sale any information of trade secret designs ,trade secret creation of brand company names ,or other business related in commerce, or commerce for profit

**10**. Cease and Decease registering the domain names as of /similar / cloned /infridging /incorporating plaintiffs companies or or plaintiffs product lines.             **11**. Cancel the registered multiply domain names registered as of /similar /cloned /incorporating / of plaintiffs companies or companies product lines.                    **12**. Cancelation of  the  multiple registered trademarks  registered at the U.S.A. Commerce Department defendants  knowingly and willfully knew of plaintiffs company brand trademarks formed earlier by plaintiff.

**13**.Cease and Decease taking public ,offering stock ,of any of as of /similar /cloned /incorporating any of plaintiffs companies or companies product lines.                              **14**.Cease and Decease  interfering with ,disrupting plaintiff taking company or companies public**.**

**15**.Cease and Decease buying any stock or investing in any of plaintiffs companies.

**16**.Cease and Decease contacting any of plaintiffs associates ,family , or friends,neighbors.

**17**.Cease and Decease moving to Albany New York ,relocating anywhere upstate past Albany NY, were plaintiff resides and business resides, or other temporary places plaintiff resides,frequent,is going to be. (Does not apply to defendants already living in Albany NY,area before 2013,and from upstate NY or past Albany NY or in Albany )

**18**.Cease and Decease , monitering ,interfering with ,intercepting ,disrupting, any of plaintiffs mail or email**.**

**19**.Cease and Decease interfering with plaintiffs internet connections ,business internet traffic,website online traffic,interrupting internet service.



**20**.Cease and Decease and remove posted yellow pages posted that plaintiffs online company sells muslim clothing,in which plaintiff does not,is not muslim or have any connection.
..

**21**.A permanet  Stalking Injunction against all the named defendants.

**22**. A court appointed account for plaintiff to receive funds obtained from the defendants in transferring to plaintiffs bank account                                                          **23**.A court appointed court officer to moniter ,receive payments owed to the court on behalf of plaintiff, and release payments to plaintiffs designated bank account.

**24**.For PRO SE fee 's and cost ,attorney's fee's and cost  by  each named defendant

**25**.For costs of suit herin incurred ,that include travel expenses to and from court . by each named defendant.

**26**. For named defendants  to pay unpaid royalaties of $ 15 million dollars each in their unauthorized licensing and usage of plaintiffs intellectual property.

**27**.Cancellation of the cybersquatted domains and $ 100,000 of the each domain names.SEE DECLARATION DOMAINS LIST ,SEE 43 (a) 1125 (d) ,15USC1125  PLUS -PRO SE fee's and cost in filing complaint in the amount of  $ 433,000 dollars by each domain registra defendant paid to court appointed ……

……………………………………………………………………………………………………………………

………………………                         .  .

.

