UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHEILA ROBINSON,<br><br>                        Plaintiff,<br><br>      -against-<br><br>LARRY PAGE, et al.,<br><br>                       Defendants. | 1:18-CV-12233 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued September 25, 2019, dismissing this action for failure to state a claim on which relief may be granted,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court note service on the docket.

Dated:   September 27, 2019
             New York, New York

                                                                       Louis L. Stanton
                                                                       Louis L. Stanton
                                                                         U.S.D.J.